Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)     FILED 18 JAN '24 10:14 USDC-ORP

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Portland Division

| | |
|---|---|
| **Modesto Luis-Hernandez**<br><br>*Plaintiff,*<br><br>-v-<br><br>**Marion County Sheriff Joe Kast,<br>Marion County Jail; Marion County<br>Medical staff "John Doe",**<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:24-cv-120 AL
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed *in forma pauperis*.

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name: | Modesto Luis-Hernandez |
| All other names by which you have been known: | |
| ID Number: | 21941529 |
| Current Institution: | Snake River Correctional Institution |
| Address: | 777 Stanton Blvd. |
| | Ontario, OR 97914 |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name: | Joe Kast |
| Job or Title: | Marion County Sheriff |
| Shield Number: | |
| Employer: | Marion County Jail |
| Address: | 4000 Aumsville Hwy SE |
| | Salem, OR 97301 |
| | ☐ Individual capacity ☒ Official capacity |

**Defendant No. 2**

| | |
|---|---|
| Name: | Dr. "John Doe" |
| Job or Title: | Marion County Medical Doctor |
| Shield Number: | |
| Employer: | Marion County Jail |

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Address:                    4000 Aumsville Hwy SE
                            Salem, OR 97301
                            ☒Individual capacity ☒Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 US. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**     Are you bringing suit against *(check all that apply)*:

☐Federal officials (a *Bivens* claim)

☒State or local officials (a§ 1983 claim)

**B.**     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 8th Amendment constitutional right to be free from cruel and unusual punishment was violated by local officials from the Marion County Jail.

**C.**     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**D.**     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant Kast acted under color of law when he failed to investigate or assign a designee to look into the providing of medical care that was needed for

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Modesto Luis Hernandez after an injury that he had sustained while in the care and custody of his staff and within his facility of the Marion County Jail.

Defendant Dr. "John Doe" acted in his official capacity when he failed to provide prompt and proper medical attention to inmate Modesto Luis Hernandez after he had sustained an injury while performing his duties as inmate worker and while he was in custody at the Marion County Jail, and brought to the medical provider located within the facility. Inmate Luis-Hernandez submitted various medical request forms to be seen for his injuries and for treatment. Dr. "John Doe" and the staff at the Marion County jail were absolutely indifferent to Mr. Luis-Hernandez' medical needs. Treatment was not provided promptly, which has resulted in Plaintiff having limited ability to work and daily routine activities. If the required medical care had been promptly provided plaintiff would have had full function and ability to work, and would not have had to resort to file a lawsuit against these individuals.

### III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other (explain) _____

### IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**A.**    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I suffered an injury while in custody, and as inmate worker, at the Marion County Jail, located at 4000 Aumsville Hwy SE., Salem, OR 97301
The accident took place in October 17, 2021, between 07:00 and 07:30 am.

**B.**    If the events giving rise to your claim arose in an institution, describe where and when they arose.

I had slipped and fallen while working as an orderly in the Marion County Jail. When I fell I yelled, and an officer attempted to get me up, and due to the pain, I asked him to not move me, and I then asked to have medical staff check on me. From there medical staff arrived and moved me to the medical area. I was asked on which side of my body the pain was (left side) and was given 30 days of no work. During that time, and while recovering, I began to regain limited movement. This is when one of the jail officers noticed this slight recovery and decided to force me to continue working (before 30 days from the accident) and I was threatened that if I refused to work I would be punished for it. I was only able perform a little bit of work as my limitations allowed me to.

**C.**    What date and approximate time did the events giving rise to your claim(s) occur?

The accident took place in October 17, 2021, between 07:00 and 07:30 am.

**D.**    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

As part of my orderly duties, as inmate worker while in custody in county jail, I was told to go and clean two of the cells that serve as isolation for inmates that violate behavioral rules while in custody of the county jail. I had just finished cleaning the first of the two cells, and I was on my way to clean the second one. I was walking down the hallway and I slipped on water that I did not see on the floor right in front of the showers (there were no Wet Floor signs either). I know there were 3 or 4 officers present because I slipped and fell right in front of them. I was not able to get their names. It was one of those officers that rushed to my aid. He tried to pick me up, but since I was badly hurt and could not get up it was this officer who made the attempt to find the on-site doctor and provided me with a wheelchair and even wheeled me out to the doctor's office.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

When I slipped and fell I landed on the left side of my body. I hit my head on the hard floor, so much so that I was immediately dazed/dizzy. My left shoulder and my left leg both hit the floor as well, and although I didn't notice any bruising soon after the fall, I have been in pain ever since. The shoulder injury that I sustained entailed torn tendons/ligaments, and the shoulder itself dislocated
The injuries were such that my shoulder was basically useless. I couldn't do even do the simplest of tasks, like taking a shower and such. My shoulder was numb and just limply hanging.
I sustained pretty much the same type of injuries on my left leg (tendons, ligaments, considerable bruising) and subsequently lost feeling on it as well. The doctors that attended to my injuries informed me that the tendons in the back of my leg were displaced about 5 centimeters due to the fall (I basically did the splits).
I had to climb the stairs to the second floor to be able to meet with my court appointed attorney. When he noticed how I had a hard time because of my injuries he arranged for our meetings to take place in the first floor.
I had It took about 3 months, from the time of the accident, for me to be seen by the Hope Orthopedic clinic. The doctor that took care of me there informed me that the displaced tendons/ligaments had already healed in the wrong place and surgery meant to have to cut muscle tissue and possibly the tendons/ligaments in order to repair the sustained damage. The doctor indicated that the chances of getting back to full recovery were slim to none, not to mention that the chances of amputation were very high. In the end, the doctor suggested to just leave it alone, that I would lead a somewhat normal life, although with limited mobility and long-lasting pain, but I would at least be able to walk on my own two legs.
After I had my shoulder surgery I was placed in the inmate recovery area of county jail. Two days after that a deputy came to see me to tell me that I was well enough to move to general population area, because according to him I should have recovered enough to be moved.
The morning after being moved to the general inmate area I was on my way to get my meds from the med cart. I was still limping, dizzy, and in a lot of pain, when I once again fell. The floor conditions were the same as with the original injury: water on the floor and no signs indicating so. There were quite a few witnesses, to include attorneys visiting with their clients, and these attorneys were the ones that

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

alerted C.O. Felix about my fall and threatened the staff to take care of me or they
would act as witnesses of that incident.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do
not cite any cases or statutes. If requesting money damages, include the amounts
of any actual damages and/or punitive damages claimed for the acts alleged.
Explain the basis for these claims.

$100,000.00 for shoulder, $100,000.00 for leg, and $100,000 for pain and
suffering and continued future recurring pain.

The basis for these amounts is the estimated income that I would have
been able to earn had I been able to function properly and perform all the required
work that I would have been able to perform if I had not had any functional
limitations. I have been told by the medical staff that because of my injuries I
won't be able to attain full function and that my condition may even worsen,
which it has.

It is also worth mentioning the following: medical deliberate indifference,
negligence, and abuse of discretion as actions from the Marion County Jail staff
and the medical staff in considering the relief I'm seeking.

**Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that
"[n]o action shall be brought with respect to prison conditions under section 1983
of this title, or any other Federal law, by a prisoner confined in any jail, prison, or
other correctional facility until such administrative remedies as are available are
exhausted."

Administrative remedies are also known as grievance procedures. Your case may
be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other
correctional facility?
☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were
confined at the time of the events giving rise to your claim(s).

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Marion County Jail**

**B.**    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

**C.**    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)? _____

**D.**    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.**    If you did file a grievance:

**1.** Where did you file the grievance?

Marion County Jail

**2.** What did you claim in your grievance?

My claim was that of the accident, witnesses, the sustained injuries and the lack of proper medical care.

**3.** What was the result, if any?

The result was that of delayed proper medical care at the time of the accident, the indifference expressed by the medical personnel, and the denial of proper medical care/solutions.

**4.** What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I followed the proper grievance procedure, the sending of the communication Kytes reminding/pleading the medical personnel to provide me with the necessary medical care, and the safekeeping or all the grievance responses I received.

**F.** If you did not file a grievance:

**1.** If there are any reasons why you did not file a grievance, state them here:

**2.** If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

**3.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. _____

**A.**   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

**B.**   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

**1.**   Parties to the previous lawsuit

Plaintiff(s): _____
Defendant(s): _____

**2.**   Court (*if federal court, name the district; if state court, name the county and State*)

**3.**   Docket or index number

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    **4.**     Name of Judge assigned to your case

    **5.**     Approximate date of filing lawsuit
    **6.**     Is the case still pending?
            ☐Yes

            ☒No

            If no, give the approximate date of disposition. _____

    **7.**     What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

## VIII.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          01/11/2024

Signature of Plaintiff:     Modesto Luis Herd

Printed Name of Plaintiff:    Modesto Luis-Hernandez
Prison Identification #:     21941529
Prison Address           Snake River Correctional Institution
                       777 Stanton Blvd.
                       Ontario, OR 97914

                                      Form 39.010

**LUIS-HERNANDEZ, MODESTO**   RECORDS REQUEST INVENTORY FORM
21941529
07/24/1969

PATIENT SID#: _____

DATE RANGE OF RECORDS PROVIDED AND DESCRIPTION

| | | |
|---|---|---|
| Dental | | |
| Flow Sheets | 3 | 3.23 to 11.27.22 |
| Special Needs | 1 | 2.24.23 |
| Problem List/ Facesheet | 2 | 5.18.23 |
| Physician Orders | 5 | 7.3.23 to 11.22.22 |
| Progress Notes | 4 | 7.4.23 to 11.22.22 |
| Labs | 10 | 6.10.23 to 11.22.22 |
| X-Rays | 3 | 2.23.23 to 2.6.23 |
| TB Test | 1 | 11.2022 |
| Misc Test | — | — |
| MARS | 1 | 12.22 |
| Optical | — | |
| Consults | 3 | 2.28-23 to 2.12.23 |
| Consents | 6 | 12.26.22 to 11.22-22 |
| Intake Papers | 5 | |
| Old Records Medical Kytes | 2 | 11.22.22 to 11.2022 |
| **BHS RECORDS** | | |
| Progress Notes | | |
| Evaluations | | |
| Assessments | | |
| Kytes | | |
| Other | | |

☐ Total Pages/Fee ($1.25 per page for first 10 pages then $.25 per page): _____

Total Copy Charge: _____

☒ No Charge (e.g., provider request or AIC free copy per OAR 291-124-0100)

Requested By: _____

Prepayment Notification Sent: _____   Records Mailed/Delivered: **07-11-2033**

Patient/AIC Signature for Receipt of Records: *Modesto Luis H*



COVID |  /
Flowsheet

Evaluation for circle one:

Confirmed COVID          Suspected COVID 19          Quarantine          14-Day Observation

| PT's Sticker Name/SID # | Housing Unit | Date of Onset | COVID 19 Testing Y/N | COVID 19 | FLU |
|---|---|---|---|---|---|
| Luis-Hernandez, M. 21941529 | 3F05B | | If Yes Data Tested: | NEG/ POS | NEG / POS |

| y #<br>After<br>posure | Date. | Time | TEMP/ BP<br>SAO2 | SYMPTOMS<br>INDICATE WITH (X) IN BOX IF PATIENT REPORTS POSITIVE SYMPTOM BELOW | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fever/<br>Chills | Cough | SOB/<br>difficulty<br>breathing | Fatigue | Muscle<br>or<br>Body<br>Aches | Headache | New<br>Loss<br>of<br>Taste<br>or<br>Smell | Sore<br>Throat | Congestion<br>/ runny<br>nose | Nausea<br>or<br>Vomiting | Diarrhea | None | Screening Personnel Name and<br>Signature |
| | 12/21 | 800 | 97.1 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | X | 九ω |
| | 12/22 | | 97.1 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | X | AR |
| | 12/23 | | 96.9 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | X | AR |
| | 12/27 | | 97.1 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | X | AR |
| | 12/28 | | 97.1 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | X | AR |
| | 12/29 | | 96.6 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | X | 九ω |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |

ther:



COVID
Flowsheet

Evaluation for circle one:

Confirmed COVID        Suspected COVID 19        Quarantine        14-Day Observation

| PT's Sticker Name/SID # | Housing Unit | Date of Onset | COVID 19 Testing Y/N | COVID 19 | FLU |
|---|---|---|---|---|---|
| Robbason, Jeremy 13574946 | 3E/BBA | | If Yes Date Tested: | NEG / POS | NEG / POS |

SYMPTOMS

INDICATE WITH (X) IN BOX IF PATIENT REPORTS POSITIVE SYMPTOM BELOW

| Day #/ ...ra | Date. | Time | TEMP/ BP SAO2 | Fever/ Chills | Cough | SOB/ difficulty breathing | Fatigue | Muscle or Body Aches | Headache | New Loss of Taste or Smell | Sore Throat | Congestion / runny nose | Nausea or Vomiting | Diarrhea | None | Screening Personnel Name and Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/29 | 800 | 96.8 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | ⊠ | AR |
| | 12/30 | | 97.1 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | ⊠ | AR |
| | 1/3 | | 96.6 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | ⊠ | AR |
| | 1/4 | | 97.3 | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | ⊠ | AR |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |
| | | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | |



**COVID 19**
**Flowsheet**

**Evaluation for circle one:**

| Confirmed COVID | Suspected COVID 19 | Quarantine | ~~14 Day Observation~~ |
|---|---|---|---|

| PT's Sticker Name/SID # | Housing Unit | Date of Onset | COVID 19 Testing Y/N<br><br>If Yes Date Tested: | COVID 19<br><br>NEG/ POS | FLU<br><br>NEG / POS |
|---|---|---|---|---|---|

## SYMPTOMS
INDICATE WITH **(X)** IN BOX IF PATIENT REPORTS POSITIVE SYMPTOM BELOW

| Day # After Exp | Date | Time | TEMP/ BP SAO2 | Fever / Chills | Cough | SOB/ difficulty breathing | Fatigue | Muscle or Body Aches | Headache | New Loss of Taste or Smell | Sore Throat | Congestion/ runny nose | Nausea or Vomiting | Diarrhea | None | Screening Personnel Name and Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Other:



**COVID 1**
**Flowsheet**

Evaluation for circle one:

**COVID**        **Suspected COVID 19**        **Quarantine**        ~~14 Day Observation~~

5 day observation

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

| Housing Unit | Date of Onset | COVID 19 Testing Y/N | COVID 19 | FLU |
|---|---|---|---|---|
| B117B | | If Yes Date Tested: rapid pcr  11/22/22 | NEG/ POS | NEG / POS |

## SYMPTOMS
INDICATE WITH (X) IN BOX IF PATIENT REPORTS POSITIVE SYMPTOM BELOW

| Day ll After Exp | Date | Time | TEMP/ BP SAO2 | Fever / Chills | Cough | SOB/ difficulty breathing | Fatigue | Muscle or Body Aches | Headache | New Loss of Taste or Smell | Sore Throat | Congestion/ runny nose | Nausea or Vomiting | Diarrhea | None | Screening Personnel Name and Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/22 | 1024 | 98.3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | X | _(signature)_ RN CMA? |
| | 11/27 | 10 | WNL | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | 4 | _(signature)_ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Other:

Luis Hernandez

CD# 1868 Rev 7/2020

# OREGON DEPARTMENT OF CORRECTIONS – DIET ORDER FORM

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

_____ _____ (D.O.B)   _____ 2/24/23 (Start Date)

_____ (Unit/bunk – if delivered)   8/24/23 (Expiration Date)

**New Diet Order:** ☒Yes ☐No    **Changes to Existing Order:** ☐Yes   Previous Diet Code_____
**New diet order forms replace all previous diet order forms.**

**Check desired diet and Email/Fax form to Food Services. Enter _code_ in DOC400 Special Needs-Diet-Comments.**

**Retain diet order form under special needs tab in medical file until diet is expired or discontinued.**

| | **Diet** | **Code** | **Description: Clinical Indications** |
|---|---|---|---|
| ☐ | Clear Liquid | **CLQ** | Clear Liquids only: surgery prep, procedure prep, post-op, bowel rest. Not nutritionally adequate, 3-day maximum recommended |
| ☐ | Full Liquid | **FLQ** | Next step in diet advancement after CLQ, adds opaque liquids. Not nutritionally adequate, 3-5 day maximum recommended |
| ☒ | Pureed | **PUR** | Smooth texture, no chewing required: dysphagia, wired jaw, post-dental work |
| ☐ | Dental Soft | **DS** | No hard, crunchy foods (chips, apples, raw veg): missing teeth, TMJ |
| ☐ | Low Residue | **LR** | Restricts high-fiber foods and common bowel irritants, also functions as Bland diet: Crohn's, Colitis, IBS, cancer, post-bariatric surgery |
| ☐ | Gluten-Free | **GF** | Eliminates food containing wheat, barley & rye: celiac disease only |
| ☐ | Low-Protein Renal | **REN** | Restricts protein, sodium, potassium & phosphorus: stage 1-4 CKD |
| ☐ | High-Protein Dialysis | **DIA** | Increased protein while restricting sodium, potassium & phosphorus: Stage 5 CKD, active dialysis (CCCF & TRCI only) |
| ☐ | Double Protein Entrée | **DBL** | Extra portion entrée only (not dbl meal): malnutrition, cancer cachexia |

## Snacks

| | | **Code** | |
|---|---|---|---|
| ☐ | AM (served at breakfast) | **SNB** | 1 whole sandwich (includes 2 oz protein) + 1 svg fruit |
| ☐ | PM (served at lunch) | **SNL** | 1 whole sandwich (includes 2 oz protein) + 1 svg fruit |
| ☐ | HS (served at dinner) | **SND** | 1 whole sandwich (includes 2 oz protein) + 1 svg fruit |
| ☐ | AM/PM/HS (served TID) | **SNBLD** | 1 whole sandwich + 1 svg fruit for each snack |
| ☐ | Diabetic Snack (served at dinner) | **DBSN** | 1/2 sandwich + fruit, provides 2 carb-choices: insulin-dependent diabetics |
| ☐ | Post-Op Snack | **PSN** | whole sandwich (lean meat only) + fruit + milk: recovery, pregnancy |

☐ Other order from MD or RD:_____

J. Frank NP/ Clopper RN _____ NP/ RN _____ 2/24/23.
(Medical Staff Signature)    (Print Name)    (Title)    (Date)

CD 1648 (03-20)

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Luis-Hernandez, Modesto  DATE & TIME          INST.          DNS ☐
# 21941529

---

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

NAME: Luis-Hernandez, Modesto  DATE & TIME          INST.          DNS ☐
# 21941529

---

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

NAME: Luis-Hernandez, Modesto  DATE & TIME 7/3/23 1500  INST. SCI  DNS ☐
# 21941529

Proceed US - (L) inguinal hernia s/our
femoral
Betadine cleanse to lower (L) torso X 14 days

**LUIS-HERNANDEZ, MODEST** SID: 21941529
**TERBINAFINE~ (GEN.LAMISIL) 1% 30GM CRM**
APPLY TO LEFT FLANK TWICE DAILY -
OK IN CELL
START: 07/03/23    STOP: 09/30/23

F/u after Ultrasound is avail.

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

NAME: Luis-Hernandez, Modesto  DATE & TIME 6·14·23 900  INST. SCI  DNS ☐
# 21941529

F/u 2 wks (L) FP wound
C6 when Culture avail.

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: LUIS-Hernandez, M    DATE & TIME 6/0/23    INST. SCL    DNS ☐
# 21941529

Wound culture to lab
Rocephin 1g m 1m Repeated today
Wound ✓ ē me Weds.

noted 6.10.23 RN
Jeff

ALLERGIES:

SEND DUPLICATE TO PHARMACY

NAME: LUIS-Hernandez, M    DATE & TIME 6/6/23  2020    INST. scel    DNS ☐
# 21941529

Noted
6/6/23
6:35

Rocephin 1gm inj × 1 now
R/V ē me Saturday for wound/Int ✓
Start Doxy 100 BID × 10 day
will need 2nd Rocephin cout Saturday + loss wound
Frank NP /          culture

6/10/23
@ 0945

**LUIS-HERNANDEZ, MODEST**    SID: 21941529
– DOXYCYCLINE MONO 100MG CAP (VIBRAMY)
A TAKE 1 CAPSULE ORALLY TWICE DAILY TIME(S) 10
– DAYS (DISPENSED FROM STOCK) (FILL IN BLANK
– CARD USED) - OK IN CELL
START: 06/08/23    STOP: 06/17/23

**LUIS-HERNANDEZ, MODEST**    SID: 21941529
SMZ/TMP DS^– (GEN. SEPTRA DS) 800/160MG
**DC'ED MED - 1743642**
START: 06/06/23    DC Date: 06/08/2023

SEND DUPLICATE TO PHARMACY

NAME: LUIS-Hernandez, M    DATE & TIME          INST.          DNS ☐
# 21941529

Septra DS 2 tab BID × 10 day

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

NAME: Luis-Hernandez, Modest  DATE & TIME 5/19/23 1600    INST. SKCI    DNS ☐
# 21941529

DC light duty – Full duty Now ē
ē No lifting >50# × 1 yr
ē R/V 3 mos for shoulder pain

ALLERGIES:

SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)

OREGON DEPARTMENT OF CORRECTIONS
# PHYSICIAN'S ORDERS

NAME: Luis-Hernandez    DATE & TIME  4/1/23  1315  INST. SRCI    DNS ☐
#21941529

Reschedule

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

---

NAME: Luis-Hernandez    DATE & TIME  3/10/23  1130  INST. SRCI    DNS ☐
#21941529

Dc pureed diet

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

---

NAME: Luis-Hernandez    DATE & TIME  2/21/23  1300  INST. SRCI    DNS ☐
#21941529

pureed diet x 1 week

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

---

NAME: Luis-Hernandez    DATE & TIME  2/17/23  1430  INST. SRCI    DNS ☐
#21941529

X ray Lumbar ⊥ (L) hip

A Sutton RN / Frank FNP

ALLERGIES: NKDA

SEND DUPLICATE TO PHARMACY

---

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME:            DATE & TIME 2/16/23      INST. SRCI     DNS ☐

\# luis-Hernandez, modesto
21941529      Transcribed from pink sheet:
Recommend wall crawl's, table slides, doorway stretch, towel stretch. Hold 10
seconds each. Repeat 10 times, 4x/day. Strength training. As tott follows
using resistance band; shoulder V, I, ABD, ADD, IR, ER, rows, bicep curls,
3 sets of 10 reps each, 2x/day. FU in 3-4 wks. Stephens/BBrenda
                                     Franz FNP

ALLERGIES: NKA

**SEND DUPLICATE TO PHARMACY**

NAME:            DATE & TIME 2/17/23 0820 INST. SRCI     DNS ☐

\# luis-Hernandez, modesto
21941529      Xray (L) shoulder

Noted           PT eval & tx recent SLAP
2/17/23           Repair (L) shoulder

ALLERGIES: NKA

**SEND DUPLICATE TO PHARMACY**

NAME:            DATE & TIME 1/21/23 1400 INST. SRCI     DNS ☐

\# luis-Hernandez, modesto
21941529    It duty & pushing /pulling /lifting > 20#
         x 1 yr
      BB x 1 yr (L) shoulder injury/repair
      14096, HgbA1C 1 yr

ALLERGIES: NKA

**SEND DUPLICATE TO PHARMACY**

NAME:            DATE & TIME 1/4/23 1740 INST. SRCI     DNS ☐

\# luis-Hernandez, modesto
21941529
     14096, 290, PSA, HgbA1C prior
                                 to scheduler
     to intake 1/22/23

ALLERGIES: NKA

**SEND DUPLICATE TO PHARMACY**

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

| NAME: Luis-Hernandez | DATE & TIME | INST. | DNS ☐ |
|---|---|---|---|

# 2194529

**LUIS-HERNANDEZ, MODEST**     SID: 21941529
**NAPROXEN     (GEN NAPROSYN) 375MG TA**
TAKE 1 TABLET ORALLY TWICE DAILY IF NEEDED
FOR FIVE DAYS (FILL IN BLANK CARD USED)
**NURSE PROTOCOL** - OK IN CELL
START: 12/31/22          STOP: 01/04/23

PER NP / NP FRANK / JACKSON, N

NO TED
12/31/22
2330

ALLERGIES: Nka

SEND DUPLICATE TO PHARMACY

| NAME: Luis-Hernandez | DATE & TIME 12/3/22 | INST. CIIC | DNS ☐ |
|---|---|---|---|

# 21941529

OK low bunk x 3 wks, til seen by
provider.
Per reg order / Roberts / S. Anderson

ALLERGIES: Nka

SEND DUPLICATE TO PHARMACY

| NAME: Luis-Hernandez | DATE & TIME 11/22/22 | INST. CCIC | DNS ☐ |
|---|---|---|---|

# 21941529

1-D/C Med ISO-INTK Status
2-Med ISO CC X 5D
3- Schedule 5 Day rapid PCR
   when CC ID'ed from R&D
VO Dr. Roberts

ALLERGIES: Nka

SEND DUPLICATE TO PHARMACY

| NAME: Luis-Hernandez | DATE & TIME 11/22/22 | INST. CCIC | DNS ☐ |
|---|---|---|---|

# 21941529          Modesto

MED ISO INTK X 5D          hartshor
Rapid Covid PCR test Day 0 in R&D
TO. Dr. Roberts

Sign:
Date:
Time:

ALLERGIES: Nka

SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 11-22-22 | 1414 | R+D | Patient offered COVID-19 testing. Nasal swab sample collected. BinaxNOW COVID-19 Ag |
| | | | Rapid test completed. Result:    ~~Negative~~    or    **Positive**    _(signature)_ |

Date 11/22/22  Time 1414    Patient identified as close contact of Covid + AIC. Placed on MED ISO CC x 5 days, Scheduled for rapid PCR in 5 days. Scheduled for RICK checks Monday, Wednesday, Friday. Signature _(signature)_

Date: 11/27/22    Patient offered COVID-19 testing.  Nasal swab sample collected.  Abbot ID NOW Rapid PCR
Time: 0936    Rapid Test Completed. Result: ~~Negative~~ or **Positive**    _(signature)_
                                                                        (Nurse Signature)

| 12/3/22 | 1000 | Sick | S/p S/s L shoulder surgery 7/2022, brings document Limited ROM, Also c/o knee pains. A/o OK bottom bunk til seen by provider. -S. Anderson |
| 12/4/22 | 1300 | Sick | Patient seen for sick call L shoulder pain / leg pain. Full ROM noted. Patient advised that a provider would determine if the patient meets the requirements for low bunk. Patient advised if condition changes or worsens to notify medical. Patient verbalized understanding. R. Hall |

Allergy _NKA_

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

CD 495H (12-07

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|--|
| | | | |

Allergy_____

_____

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

CD 495H (12-07)

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 1/23/22 | 1330 | C2 | S: I HAVE THIS PAIN IN MY STOMACH SINCE I TRANSFERRED HERE. |
| | | | O: A&O x 3, NAD, c/o (L) SIDED ABD PAIN x 10 DAYS SINCE XFR TO SRCI, STATES WAS CRAMPED SITTING IN BUS X 7°, NOW MUSCLE PAIN TO ABD. ON INSPECTION BELLY SOFT/OBESE, BS X 4, BM WNL, URINATING 3 DIFF, ⊕ APPETITE, Ø N/V/D, BETTER c̄ OTC PAIN RELIEVERS, WORSE c̄ ACTIVITY |
| | | | A: ALT IN COMFORT |
| | | | P: NAPROXEN PRN NP, REST, AVOID ACTIVITIES THAT AGGRAVATE, FT. V/U + AGREES c̄ POC. |
| | | | _____ JOCHEN ___ RN ___ |
| 1/18/22 | 1920 | NEU | NEU instructions given _____ |
| 2/2/23 | 0710 | CM | SRC-9115 _____ Labs drawn HAC — KRat |
| | | | NAME |
| 1/2/23 | 1321 | C-2 | S: "I had surgery to my left shoulder. I already have the order for BB, I was wanting to see it I can see the physical therapist for my shoulder" |
| | | | O: A&O on clinic, steady gait, states L shoulder hurts at times, no redress, bruising or obvious deformity noted. Full ROM noted. Grips equal/str |
| | | | A: Alt in comfort / Health seeking. |
| | | | P: will schedule CR asky Sic, PT to consult, A&O V/U agrees c̄ POC on further consult verbalized _____ |
| 2/6/23 | 1340 | CM | 3v Lt Shoulder x-ray Completed _____ KRat |

Allergy _____

NAME: **LUIS-HERNANDEZ, MODESTO**
SID: **21941529**
DOB: **07/24/1969**

Oregon Department of Corrections

# Progress Notes

DATE   TIME   PROB.#

---

### Coffee Creek Intake Center Chart Review    Transfer OUT

Pt. Name: LUIS-HERNANDEZ, Modesto   SID: 21941529   Transfer To: SRCI   Transfer Date: 12/20/22

1. Patient stable for transport? (Yes) / No   Current health concerns: see chart
2. Date of last PPD: 11/25/22   Results (mm): Ø   Green Sheet in Health Record? (Yes)/No
   If PPD positive, Chest X-ray Date:   Chest X-ray Results:
3. Date Intake Physical Completed: NO   Date Dental Intake Completed: NO
4. List Major Diagnoses or Chronic Diseases:
5. Are Major Diagnoses current and accurate?  Yes (No)   Are DOC-400 Major Diagnosis code(s) current and accurate?  Yes / (No)
6. Hep A/B vaccine started?  Yes (No)  Date of: Last Hep A/B vaccine:   Next Hep A/B vaccine:   Date of completion: —
7. Influenza Vaccination?  Yes / (No)  Date of Influenza Vaccination:   Refused Influenza Vaccination? (Yes)/No
8. COVID 19 Vaccine? (Yes) No  Date of 1st Vaccination: 07/04/21  Date of 2nd Vaccination: 09/27/21  Refused COVID 19 Vaccination? Yes / (No)
   COVID 19 Test Results: Positive / (Negative)  Date: 12/19/22
9. List ALL prescribed Medications:
   a. MAR(s) pulled?  Yes / No   b. ALL meds (including overflow) pulled?  Yes / No
   c. Frequency of Medlines (circle one): (none)  QD  BID  TID  QID
10. List ALL pending appts: see DOC   On BHS Caseload?  Yes (No)
11. List disability and/or special equipment/housing needs: Spanish speaking, low tier   Health Status updated & Face Sheet printed?  Yes / No
12. Chart being sent? (Yes) No   Overflow chart (# sent):   X-rays being sent?  Yes /(No)

Signed: [signature]   Printed Name: Judi Tunnell   Date: 12/20/22  Time: 0340   CD 1849 Rv 2/5/21

---

### Medical Chart Review  -  Transfer IN

Pt. Name: Luis-Hernandez, Modesto   SID: 21941529   Received At: SRCI   Received From: CCIC   Transfer Date: 12/20/22

1. Patient medically stable? (Yes) / No   Current health concerns: ⊙
2. Date of last PPD: 11-22-22   Results (mm): ⊙   If positive, was TB coordinator notified?  Yes / No
   If PPD positive, Date of:  Chest x-ray:   Chem Profile:   Any TB treatment:
3. Hep A/B vaccine started? [unknown] Date of: Last Hep A/B vaccine:   Next Hep A/B vaccine:   Date of completion:
4. Influenza Vaccination?  Yes (No)   Date of Influenza Vaccination:   Refused Influenza Vaccination? (Yes)/No
5. COVID 19 Vaccine? (Yes) / No  Date of 1st Vaccination: 7/4/21  Date of 2nd Vaccination: 8/27/21  Refused COVID 19 Vaccination? Yes /(No)
   COVID 19 Test Results: Positive / (Negative)  Date: 12/19/22
6. List Major Diagnoses / Chronic Diseases: No intake exam yet
   a. Are DOC-400 Major Diagnosis codes current?  Yes / No   Major Diagnoses current?  Yes /(No)
   b. All DOC appointments updated for this facility?  Yes (Needed)
   c. Labs current?  Yes (No) / NA   d. All Outside appointments updated for this facility?  Yes / No (NA)
7. List ALL prescribed Medications: N/A
   a. Did medications arrive?  Yes / No   b. Meds placed for NP Medline?  Yes /(No)
   c. MAR(s) reviewed for accuracy and expiration? Yes / No   d. Meds ordered from pharmacy (as needed)?  Yes / No
8. Est. Parole Date: 4/14/2032   a. Parole meds?  Yes / No   b. Current orders for Parole medications?  Yes / No /(NA)
   c. Parole meds received?  Yes /(No)  if NO, actions taken:   d. Parole Med Nurse notified?  Yes /(No)
9. a. Health Status updated & Face Sheet printed? (Yes) / No / NA   b. Dental referral? (Yes) / No   c. BHS referral? (Yes) No
10. Chart received? (Yes)   a. Overflow chart (# received):   b. X-rays received?  Yes / No (NA)

Signed: [signature] Juradom   Printed Name: JJuradom   Date: 12/21/22  Time: 0003   CD 1843 Rv 2/4/21

---



Allergy: NKA

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

CD 495H (12-07)

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 1/4/23 | 0800 | C2 | pt- given cleaser per order. ~~illegible signature~~ |
| | | | |

Allergy____NKDA_____

_____

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

CD 495H (12-07

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Allergy _____ NKDA _____

_____

_____

N: **LUIS-HERNANDEZ, MODESTO**
SII **21941529**
DC **07/24/1969**

CD 495H (12-07)

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 2/17/23 | 1415 | C-2 | (1) sided pain starts in low (L) side of back & goes down the back of (L) leg usually happens after he walks alot or plays hand ball. Pt had an accident in county had surgery on broken arm. but not for leg because it was too late. Hurts a lot when he walks. In his hip & leg (L) side. It hurts more when it walks/exercise. Why does it hurt, & can you do any xrays to figure out what's wrong. I don't take medication. Because I want them to fix it. And I didnt have any kind of therapy for it. Pain lasts for 1 or 2 days after he massages it hot showers it stops. (L) shoulder also hurts when it's cold outside since he had surgery would like therapy for that. O) Pt has full ROM able to walk  c̄ a limp when hurt. Standing fine s̄ pain. A) alt in comfort. P) Gave siatic stretches/exercises to do to help. Warm compresses 20 min on/off. Pt refused pain meds he just wants it fixed. |
| | | | *a. Sutherson* |
| 2/20/23 | 1300 | C-2 | S) "Pt called called down to see if therapy excersises have been started. Pt state that he recieved some forms but is not sure if they are for exercise or not. O) A) Health. P) Pt to come in 7:45 tomarrow with the forms to show RN. Pt educated on needing to do the excercises when ordered by PT. |
| | | | Pt u/u and agrees to poc ~ |

Allergy_____

```
N     LUIS-HERNANDEZ, MODESTO
S:    21941529
D     07/24/1969
```

CD 495H (12-07)

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 2/24/23 | 1330 | CM | faxed pureed diet order to production kitc. |
| 6/6/23 | 1300 | 25 | S) I have an infected pimple *Elisa Dr* about 1 1/2. 0 work in the kitchen it hurts & itches |
| | | | O) 98.9 Left forearm, 3 cm induration, WB10) center red & brown area in the middle & does bleed, warm to the touch. No drains |
| | | | 0) 78 at this time. Patient long *?* |
| | | | *A/P* *10* A) in Skin integrity |
| | | | P) *illegible* illegible |
| | | |   to be V'd next 3 days. Did circle |
| | | |   indurated area. Discussion plan |
| | | |                                   *signature* |
| 6/8/23 | 1300 | | S) wound check |
| | | | O) LFA mild edema wrist to elbow, |
| | | |   wound erupting from skin Tender. |
| | | |   White head @ edge of wound |
| | | |   Scant dry serous drainage. Firm |
| | | |   mass approx 1/2 cm below surface skin. |
| | | |   VSS |
| | | | A) Altered skin. 7 Pt on oral Abx. Cleaned |
| | | |   wound, w/ bandaid. Appt. c̄ provider |
| | | |   AM tomorrow |
| 6/10/22 | *SRC-2775* | | LFA wound culture on Rocephin Zosyn |
| | *NAME* | | |
| 6/14/23 | | | S wound √ culture pending on interpate - F/U 2wks *signature* |

Allergy _____ NKDA _____

_____

_____

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

CD 495H (12-07

 **INTERPATH** LABORATORY

Client: SNAKE RIVER CORRECTIONS

Mountain Time
**LUIS-HERNANDEZ, MODESTO**     Acc: 6-42845       **Coll:** 06/10/2023   **18:00**
**DOB: 07/24/1969 53y M**        Req: SRC-2775      Recd: 06/12/2023   19:52
Dr: FRANK FNP, JOHN JAY          ID : 21941529      Rept: 06/17/2023   13:00
Mailstop: FAX                    SSN:               Hrs Fast: N/A


AEROBIC/ANAEROBIC CULTURE
    SOURCE: LEFT ELBOW
     ANTIBIOTICS: ROCEPHIN

    GRAM STAIN                                                                 AA
        06/13/2023 11:05 AM
        Many White Blood Cells
        Many Gram Positive Cocci

    CULTURE, AEROBIC                                                           AA
        06/13/2023 03:24 PM
        Specimen has been received and plated by Microbiology Lab.

        06/14/2023 08:45 AM
        Heavy growth Gram Positive Cocci , Identification to follow.

        06/15/2023 08:46 AM
        Gram Positive Cocci identified as Staphylococcus aureus


    CULTURE, ANAEROBIC                                                         AA
        06/13/2023 12:00 PM
        Specimen has been received and plated by Microbiology Lab.
         Negative results for anaerobic cultures are reported after
        4 (four) days of incubation. Positive results will be reported
        as soon as they become available.

        06/17/2023 10:00 AM
        No anaerobic growth after 4 (four) days incubation.


    SUSCEPTIBILITY/MIC # 1  Staphylococcus aureus

    SUSCEPTIBLE        ug/mL   INTERMEDIATE      ug/mL    RESISTANT        ug/mL
    ----------------   -----   ---------------   -----    ---------------  -----
    OXACILLIN          <=0.25                             CIPROFLOXACIN    >=8
    GENTAMICIN         <=0.5                              LEVOFLOXACIN     4
    ERYTHROMYCIN       <=0.25                    Stopped  SMX             160
    CLINDAMYCIN         0.25
    LINEZOLID           2
    DAPTOMYCIN          0.25
    VANCOMYCIN         <=0.5
    DOXYCYCLINE        <=0.5
    TETRACYCLINE       <=1       Started + Rocephin 1ml x 2
    RIFAMPIN (RIFAMPICIN) <=0.5
    AMOX/CLAV ACID
    AMPICILLN/SULBACT
    PIPERACILLIN/ TAZOBACTAM
    IMIPENEM                      Resolved  2.1.23

(continued on the next page)


**INTERPATH**
LABORATORY

Client: SNAKE RIVER CORRECTIONS

LUIS-HERNANDEZ, MODESTO         Acc# 6-42845              Mountain Time
DOB: 07/24/1969 53y M           Req# SRC-2775            Coll: 06/10/2023  18:00
Dr: FRANK FNP, JOHN JAY         ID # 21941529            Recd: 06/12/2023  19:52
Mailstop: FAX                   SSN:                     Rept: 06/17/2023  13:00
                                                         Hrs Fast: N/A

    AZITHROMYCIN
    CLARITHROMYCIN
    MINOCYCLINE


Performing Laboratory Legend
----------------------------
IP PENDLETON 1
2460 SW Perkins Ave
PENDLETON, OR 97801
(541) 278-4730
Report Code: AA


                    THIS IS A COMPLETED REPORT




LUIS-HERNANDEZ, MODESTO         06/17/2023         21941529



# STATE OF OREGON DEPARTMENT OF CORRECTIONS

## Health Services

## ABBOTT ID NOW Rapid Covid-19 PCR Test Results

☒ **NEGATIVE**          ☐ **POSITIVE**

Lot No. _1083372_

Expiration Date: _2023-04-19_

Completed By: _Lagda Crawford, LPN_

Date: _12/01/2022_

Time: _15:29_

Abbott ID NOW
Test Result Sticker

Nam **21941529**
SID: **Luis-Hernandez, Modesto**
**B117**
DOB: _114 A_

PSA, ULTRASENS    0.780    0    ng/ml    AA

The Roche e801 PSA electrochemiluminescent immunoassay is the test methodology used. Results obtained with different assay methods or kits cannot be used interchangeably. The Roche e801 PSA method is approved for use as an aid in the detection of prostate cancer when used in conjunction with a digital rectal exam in men age 50 and older. The Roche e801 PSA is also indicated for the serial measurement of PSA to aid in the prognosis and management of prostate cancer patients. Elevated PSA concentrations can only suggest the presence of prostate cancer until biopsy is performed. PSA concentrations can also be elevated in benign prostatic hyperplasia or inflammatory conditions of the prostate. PSA is generally not elevated in healthy men or men with non-prostatic carcinoma.

Biotin in specimens taken from patients on high-dose biotin therapy or supplements may interfere with this test and cause inaccurate test results. It is recommended that for patients receiving therapy with high biotin doses (> 5 mg/day), no laboratory test specimen should be collected until at least 8 hours after the last biotin administration.

---

**TSH w/FT4 Reflex**

LUIS HERNANDEZ, MODESTO    1-77069

| TEST | VALUE | REF. RANGE | UNITS | LC | TEST | VALUE | REF. RANGE | UNITS | LC |
|------|-------|-----------|-------|-----|------|-------|-----------|-------|-----|
| TSH w/FT4 Reflex | 2.780 | 0.270-4.20 | uIU/ml | AA | | | | | |

Biotin in specimens taken from patients on high-dose biotin therapy or supplements may intefere with this test and cause inaccurate test results. It is recommended that for patients receiving therapy with high biotin doses (> 5 mg/day), no laboratory test specimen should be collected until at least 8 hours after the last biotin administration.

---

**CBC w/ANC**

LUIS HERNANDEZ, MODESTO    1-77069

| TEST | VALUE | REF. RANGE | UNITS | LC | TEST | VALUE | REF. RANGE | UNITS | LC |
|------|-------|-----------|-------|-----|------|-------|-----------|-------|-----|
| WBC | 5.2 | 3.6-11.0 | K/ul | AA | MCV | 84.7 | 81-99 | fl | AA |
| RBC | 4.82 | 4.3-5.7 | M/ul | AA | RDW | 13.3 | 10.5-15.0 | % | AA |
| HEMOGLOBIN | 13.8 | 13.5-18.0 | g/dl | AA | MCH | 29 | 27-33 | pg | AA |
| **HEMATOCRIT** | **40.8 L** | **41-50** | **%** | **AA** | MCHC | 34 | 30-36 | g/dL | AA |
| PLATELET COUNT | 210 | 140-440 | K/ul | AA | | | | | |
| NEUTROPHILS | 55.1 | 39-80 | % | AA | EOSINOPHILS | 1.9 | 0-6 | % | AA |
| BANDS | 0 | 0-7 | % | AA | BASOPHILS | 1.0 | 0-2 | % | AA |
| LYMPHOCYTES | 29.7 | 24-44 | % | AA | OTHER | 0 | 0 | % | AA |
| **MONOCYTES** | **12.3 H** | **0-12** | **%** | **AA** | | | | | |
| NEUT, ABSOLUTE | 2.87 | 2.0-6.9 | K/ul | AA | EOS, ABSOLUTE | 0.10 | 0.0-0.7 | K/ul | AA |
| BAND, ABSOLUTE | 0.00 | 0.0-0.6 | K/ul | AA | BASO, ABSOLUTE | 0.05 | 0.0-0.2 | K/ul | AA |
| LYMPH, ABSOLUTE | 1.54 | 0.6-3.4 | K/ul | AA | OTHER, ABSOLUTE | 0.00 | 0.0 | | AA |
| MONO, ABSOLUTE | 0.64 | 0.0-1.1 | K/ul | AA | | | | | |

---

LABORATORY TESTING WORK CENTER CODES

**AA**
IP PENDLETON 1
2460 SW Perkins Ave
PO BOX 1208
PENDLETON, OR 97801
(541) 278-4730

---

**LUIS HERNANDEZ, MODESTO**      **THIS IS A COMPLETED REPORT**      1-77069



JAN 25 2023



**INTERPATH LABORATORY**

(800) 700-6891
BEND (541) 385-1837
BOISE (208) 375-2350
PENDLETON (541) 278-4730
SEATTLE (206) 623-3814

Patient Name: **LUIS HERNANDEZ, MODESTO**
    DOB: Jul 24, 1969  53y  M
    Dr: FRANK
    Mail stop: FAX

Accession: 1-77069
Request: SRC-9115
ID: 21941529
SSN:

Client: SNAKE RIVER CORRECTIONS
Collected: Jan 20, 2023 N/G
Accessioned: Jan 20, 2023 13:00 MST
Completed: Jan 21, 2023 07:00 MST
Hrs Fast: 9.00

### THIS IS A COMPLETED REPORT

#### LIPID PANEL

LUIS HERNANDEZ, MODESTO    1-77069

| TEST | VALUE | REF. RANGE | UNITS | LC | TEST | VALUE | REF. RANGE | UNITS | LC |
|---|---|---|---|---|---|---|---|---|---|
| **CHOLESTEROL** | **202 H** | **OPT: <200** | **mg/dL** | **AA** | VLDL | 25 | 4-40 | mg/dL | AA |
| TRIGLYCERIDES | 127 | 30-150 | mg/dL | AA | CHOL/HDL | 4.2 | OPT: <4.97 | | AA |
| HDL | 47.9 | OPT: >40 | mg/dL | AA | **NON-HDL CHOL** | **154 H** | **OPT: <130** | **mg/dL** | **AA** |
| **LDL** | **129 H** | **OPT: <100** | **mg/dL** | **AA** | | | | | |

#### COMPREHENSIVE METABOLIC PANEL

LUIS HERNANDEZ, MODESTO    1-77069

| TEST | VALUE | REF. RANGE | UNITS | LC | TEST | VALUE | REF. RANGE | UNITS | LC |
|---|---|---|---|---|---|---|---|---|---|
| SODIUM | 140 | 132-143 | meq/L | AA | CARBON DIOXIDE | 25 | 19-31 | meq/L | AA |
| POTASSIUM | 4.3 | 3.6-5.1 | meq/L | AA | ANION GAP | 15.3 | 7-21 | | AA |
| CHLORIDE | 104 | 95-112 | meq/L | AA | | | | | |
| GLUCOSE | 94 | 70-100 | mg/dL | AA | GFR ESTIMATION | 76 | | ml/min | AA |
| UREA NITROGEN | 13 | 6-23 | mg/dL | AA | BUN/CREAT.RATIO | 12.6 | 6.0-28.6 | | AA |
| CREATININE, SERUM | 1.03 | 0.70-1.33 | mg/dL | AA | CALCIUM | 9.1 | 8.5-10.3 | mg/dL | AA |
| AST(SGOT) | 21 | 13-39 | U/L | AA | PROTEIN | 7.3 | 6.0-8.3 | g/dL | AA |
| ALT(SGPT) | 27 | 7-52 | U/L | AA | ALBUMIN | 4.4 | 3.5-5.0 | g/dl | AA |
| ALKALINE PHOS | 97 | 31-120 | U/L | AA | GLOBULIN | 2.9 | 1.8-3.5 | g/dl | AA |
| BILIRUBIN, TOTAL | 0.4 | 0.0-1.2 | mg/dL | AA | A/G RATIO | 1.5 | 1.1-2.4 | | AA |

```
ESTIMATED GFR Reference Range:
GFR = Greater than or equal to 90: Kidney damage with normal or increased GFR.
GFR = 60-89: Kidney damage with mild decreased GFR.
GFR = 30-59: Moderate decreased GFR.
GFR = 15-29: Severe decreased GFR.
GFR = Less than 15: Kidney Failure.

GFR = Less than 60: Chronic Kidney Disease, if found over a 3 month period.
For African Americans, multiply the calculated GFR by 1.21.
GFR calculation is not valid for patients under age 18 years.
For patients over age 70 please interpret results with caution as results have not been
validated for this calculation method.

Please Note: Estimated GFR reference range change as of 10/18/2021.
```

#### HEMOGLOBIN A1C PANEL

LUIS HERNANDEZ, MODESTO    1-77069

| TEST | VALUE | REF. RANGE | UNITS | LC | TEST | VALUE | REF. RANGE | UNITS | LC |
|---|---|---|---|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 6.2 | | % | AA | EST AVG GLUCOSE | 131 | | mg/dL | AA |

```
Reference Range for HEMOGLOBIN A1c:
   Non-Diabetic                <5.7%
   Increased Risk for Diabetes  5.7% - 6.4%
   Diagnostic for Diabetes     >6.4
   Diabetic Goal               <7.0%
These values are for non-pregnant individuals according to the American Diabetes
Association.  'Diabetes Care. 2010;33(suppl):S15-S61.'

Hb A1C results may be falsely decreased in the presence of conditions that shorten red
cell survival such as the presence of unstable hemoglobins or hemolytic anemia. Results
may be falsely elevated in the presence of Iron deficiency anemia.
```



#### PSA, ULTRASENS

LUIS HERNANDEZ, MODESTO    1-77069

| TEST | VALUE | REF. RANGE | UNITS | LC | TEST | VALUE | REF. RANGE | UNITS | LC |
|---|---|---|---|---|---|---|---|---|---|



# STATE OF OREGON DEPARTMENT OF CORRECTIONS

## Health Services

### ABBOTT ID NOW Rapid Covid-19 PCR Test Results

 **NEGATIVE**          ☐ **POSITIVE**

Lot No. ___1084513___

Expiration Date: ___2023-04/29___

Completed By: ___M. Brugger RN, BSN___

Date: ___12/29/2022___

Time: ___1000___

```
            COVID-19 Test

Patient ID: 21941529
Date: 29/Dec/2022
Time: 11:00am

COVID-19: Negative
Procedural control valid

Lot number: 1084513
Test ID: 4575cf56-6f3a-48
        3f-8ec9-0bacca944416
User ID: admin
Instrument serial number: C2DA401D

            ID NOW
```

Name
SID: **LUIS-HERNANDEZ, MODESTO**
     21941529
DOB 07/24/1969



# STATE OF OREGON DEPARTMENT OF CORRECTIONS

## Health Services

## ABBOTT ID NOW Rapid Covid-19 PCR Test Results

 **NEGATIVE** ☐ **POSITIVE**

Lot No. __1084513__

Expiration Date: __2023-04-29__

Completed By: __M. Brugger RN__

Date: __12/26/2022__

Time: __1415__

COVID-19 Test

Patient ID: 21941529
Date: 26/Dec/2022
Time: 3:09pm

COVID-19: Negative
Procedural control valid

Lot number: 1084513
Test ID: cd25dbed-8a7c-48
58-8e48-d88d64b0af96
User ID: admin
Instrument serial number: 08C9401D

ID NOW

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969



# STATE OF OREGON DEPARTMENT OF CORRECTIONS

## Health Services

## ABBOTT ID NOW Rapid Covid-19 PCR Test Results

☒ **NEGATIVE**          ☐ **POSITIVE**

Lot No. _1083372_

Expiration Date: _2023-04-19_

Completed By: _Nisha Crawford, LPN_

Date: _12/19/2022_

Time: _18:04_

Abbott ID NOW

Test Result Sticker

| Name | LUIS-HERNANDEZ, MODESTO |
|------|-------------------------|
| SID: | 21941529 |
| DOB: | 07/24/1969   B1094 |

_Transport_



# STATE OF OREGON DEPARTMENT OF CORRECTIONS

## Health Services

## ABBOTT ID NOW Rapid Covid-19 PCR Test Results

☒ **NEGATIVE**          ☐ **POSITIVE**

Lot No. _1083372_

Expiration Date: _4-19-23_

Completed By: _Christina Hazen LPN_

Date: _11-27-22_

Time: _0936_

Abbott ID NOW
Test Result Sticker

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969      _B117B_
                _C C_



# STATE OF OREGON DEPARTMENT OF CORRECTIONS

## Health Services

## ABBOTT ID NOW Rapid Covid-19 PCR Test Results

☒ **NEGATIVE**          ☐ **POSITIVE**

**Lot No.** _1083372_

**Expiration Date:** _4-19-23_

**Completed By:** _Christina Hazen LPN_

**Date:** _11-22-22_

**Time:** _1414_

> Abbott ID NOW
> Test Result Sticker

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969



Accession: 0223-1529    MRN: 21941529    Name: LUIS-HERNANDEZ, MODESTO 21941529    DOB: 7/24/1969 Age 53 years
Diagnosis: PAIN DOWN LT LEG



| | | | |
|---|---|---|---|
| **Name:** | **LUIS-HERNANDEZ, MODESTO 21941529** | **Exam Date:** | 2/23/2023 |
| **DOB:** | 7/24/1969 Age 53 years | **Accession:** | 0223-1529 |
| **Gender:** | M | | |
| **MRN:** | 21941529 | **Exam:** | XR LUMBAR SACRAL 4 VIEWS OBLIQUES |
| **Account #:** | | **Physician:** | FRANK, FNP, JOHN |
| **Consulting Physicians:** | | **Fax#:** | 15418814946 |

EXAM: Lumbar spine series with obliques are

HISTORY: Pain radiating to the left leg.

COMPARISON: None

VIEWS: AP lateral, bilateral oblique, oblique and coned-down views of the lumbosacral junction

FINDINGS:
Subtle levoscoliosis versus postural effects.
Normal lumbar lordosis.
Maintained lumbar vertebral body stature and disc spacing.
The bones are intact and well mineralized.
No significant facet arthropathy.
Well corticated sacroiliac joints.

IMPRESSION:
No notable degenerative changes seen within the lumbar spine.

| | | | |
|---|---|---|---|
| **Dictated By:** | GAMBINO, JOHN | | |
| **Signed By:** | GAMBINO, JOHN | **Signed On:** | 2/24/2023 10:39 AM |

*Accession:* 0223-1529   *MRN:* 21941529   *Name:* LUIS-HERNANDEZ, MODESTO 21941529   *DOB:* 7/24/1969 Age 53 years
*Diagnosis:* PAIN DOWN LT LEG



| | | | |
|---|---|---|---|
| **Name:** | **LUIS-HERNANDEZ, MODESTO 21941529** | **Exam Date:** | 2/23/2023 |
| **DOB:** | 7/24/1969 Age 53 years | **Accession:** | 0223-1529 |
| **Gender:** | M | | |
| **MRN:** | 21941529 | **Exam:** | XR HIP UNILAT MIN 2-3V W/PELVIS LT |
| **Account #:** | | **Physician:** | FRANK, FNP, JOHN |
| **Consulting Physicians:** | | **Fax#:** | 15418814946 |

EXAM: AP view of the pelvis with the hips in neutral position and coned-down abducted view of the left hip

HISTORY: Pain radiating to the left leg.

COMPARISON: None

FINDINGS:
The pelvis looks intact and well mineralized.
The pubic symphysis and sacroiliac joints are not widened.
The femoral heads are normal in shape and position with symmetric joint spacing.

IMPRESSION:
No bony abnormalities demonstrated within the pelvis or left hip.  3/2/23

| | | | |
|---|---|---|---|
| **Dictated By:** | GAMBINO, JOHN | | |
| **Signed By:** | GAMBINO, JOHN | **Signed On:** | 2/24/2023 10:37 AM |

 Teton Radiology

4545 Enterprise Way Caldwell, Idaho 83605
Ph: 208.454.0442 | Fax: 208.455.7555

This transmission is privileged and confidential information for use by the intended recipient, if you are not that party you are in possession of confidential information and property to which you are unauthorized to possess. Please notify the sender and destroy this transmission.

page 1 of 2

*Accession:* 0206-1529    *MRN:* 21941529    *Name:* **LUIS-HERNANDEZ, MODESTO** 21941529   *DOB:* 7/24/1969 Age 53 years
*Diagnosis:* SURGICAL REPAIR, STILL HAVING PAIN



| | | | |
|---|---|---|---|
| **Name:** | **LUIS-HERNANDEZ, MODESTO 21941529** | **Exam Date:** | 2/6/2023 |
| **DOB:** | 7/24/1969 Age 53 years | **Accession:** | 0206-1529 |
| **Gender:** | M | | |
| **MRN:** | 21941529 | **Exam:** | XR SHOULDER MIN 2V COMPLETE LT |
| **Account #:** | | **Physician:** | FRANK, FNP, JOHN |
| **Consulting Physicians:** | | **Fax#:** | 15418814946 |

EXAM: Left Shoulder Series

HISTORY: Previous shoulder repair. Still painful.

COMPARISON: None

VIEWS: AP internal / external l & Transcapular Views

FINDINGS:
The bones look intact and well mineralized.

Adequate internal and external rotation of the humeral head.

The acromioclavicular and coracoclavicular distances are maintained. Mild superior hypertrophy of the distal clavicle at the acromioclavicular joint.

No regional heterotopic ossifications.

Glenohumeral jointspacing within normal limits.

IMPRESSION:
Mild hypertrophic changes at the acromioclavicular joint.

| | |
|---|---|
| **Dictated By:** | GAMBINO, JOHN |
| **Signed By:** | GAMBINO, JOHN |

| | |
|---|---|
| **Signed On:** | 2/7/2023 10:00 AM |

Institution CCCC

# Oregon Department of Corrections
## Tuberculosis Screening Flow Sheet



Cough > 3 wks, coughing up blood or blood-stained mucus — yes/no
Unexplained Wt. Loss> 10 lbs — yes/no
Unexplained fever, chills, night sweats> 3 wks — yes/no
AIDs/Known HIV + — yes/no
Other Immuno-compromised (e.g. Corticosteriod use)>3 mos — yes/no
Current Cancer Dx &/or Chemotherapy — yes/no
Current Immunosuppressant or Biological Rx — yes/no
Known recent contact of someone with TB? — yes/no
(Signature)                                    Date 11/22/22

Known past + PPD NO
What Year? ___

LTBI Tx: (circle) Yes or No
Date completed:_____

Old records confirmed_____

Annual screening, signs and symptom review:
(circle) yes/no
(Signature):_____

**Place PPD, initiate TST#1, then refer to TB Coordinator**

**TST #1**    Aplisol _____  Tubersol X
Lot# C5923AA Exp. Date 01 Mar 2024
Placement Date 11/22 Signature _____
Reading Date 11/25/22 Signature S. Anderson
0 mm induration
(Reading 48 to 72 hours) if reaction present, a second read by another nurse is needed

**Second reading:**
Date _____ Signature_____
_____ mm induration
If readings differ, refer to the TB Coordinator (check box) □
TB Coordinator Signature:_____

If (+) PPD:
CXR _____
Lab* _____
Confirm Hx of TB _____
Tx Dates _____

*Labs: CBC, CMP, HBsAG/AB, HIV, HCV-Ab

| <5 mm | 5-9 mm | ≥10 mm |

Refer to TB Coodinator

Hx of (+) PPD and BCG:
T-SPOT (circle) Yes/NO

No         No        Yes

Recent known close contact with active TB case

Suspected HIV infection

**TST #2**    Aplisol _____  Tubersol _____
Lot#_____ Exp. Date_____
Placement Date _____ Signature _____
Reading Date _____ Signature _____
_____ mm induration
(Reading 48 to 72 hours) if reaction present, a second read by another nurse is needed

**Second reading:**
Date _____
Signature_____
_____ mm induration
If readings differ, refer to the TB Coordinator (check box) □
TB Coordinator Signature:_____

Rescreen in 1 year

Retest in 2 months

Re-ask all questions, refer to TB Coordinator and provider, CXR, Labs*,
LTBI tx if Active TB is ruled out by provider

<10mm          ≥ 10 mm

Rescreen in 1 year

TB Coordinator consult appt.

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

Month/year: 11/2022  CD#1110H Rev. 11/2019

## Staff:

### Nurses: 2023

| Initials | Name: | Signature: | Initials: | Name: | Signature: |
|---|---|---|---|---|---|
| | Andero, C. | | | Martinez, N. | |
| | Bagha, V. | | | Monaghan, J. | |
| | Baxter, S. | S.B. RN | | Muto, J. | |
| | Brotherson, K. | Brotherson | | Navarrete, A. | |
| | Brugger, M. | MBrug | | Nicholson, D. | Dnicholsonrn |
| | Cagle, L. | LCagle RN | | Ochoa, J. | |
| | Campbell, S. | | | Piekarz, M. | RN |
| | Carnig, T. | | | Potter, K. | |
| | Emery, A. | | | Purdy, T. | T. Purdy RN |
| | Fisher, T. | | | Reutzel, R. | RReutzel |
| | Fritts, P. | PFritts RN | | Rick, M. | |
| | Garcia, E. | RN | | Robinson, A. | A Robinson RN |
| | Gibbons, A. | A Gibbons | | Rodriquez, I. | I Rodriquez RN |
| | Greenewald, R. | | | Saito, J. | |
| | Jones, T. | T Jones RN | | Sanchez, M. | RN |
| | Jurado, J. | J Jurado | | Soppe, C. | Soppe RN |
| | Kelley, J. | RN | | Strowd, B. | B Strowd RN |
| | Killion, L. | | | VanNess, B. | B VanNess RN |
| | Kimball, C. | | | Vickers, T. | T Vickers RN |
| | LeMaster, C. | LeMaster | | Ward, C. | C ___ |
| | Lopez, K. | Lopez | | Williams, J. | J Williams RN |
| | Luna, V. | | | | |

### Provider:

| Initials | Name: | Signature: | Initials: | Name | Signature |
|---|---|---|---|---|---|
| | Cushing, M. | M. Cu | | Hartley, L. | |
| | Clements, A. | A Clements | | Hemphill, B. | DO |
| | Flash, K. | | | Siegersma, W. | |
| | Frank, J. | | | | |
| | Gulick, G. | | | | |

### Pharmacy Tech:

| Initials | Name: | Signature: | Initials: | Name | Signature |
|---|---|---|---|---|---|
| | Bertrand, E. | E Berb | | Points, R. | R Points |

### Management:

| Initials | Name: | Signature: | Initials: | Name | Signature |
|---|---|---|---|---|---|
| | Bradford, J. | J Bradford RN | | Price, L. | L ___ |
| | Keller, L. | L Keller | | Warden, J. | |

### Other:

| Initials | Name: | Signature: | Initials: | Name | Signature |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |



Department of Corrections

## MEDICATION ADMINISTRATION RECORD

| FACILITY NAME | MO. BEGINNING | PHARMACY NAME |
|---|---|---|
| SRCI | 12/22 | SNAKE RIVER |

| MEDICATION ORDERS | DAY OF MONTH |
|---|---|

**LUIS-HERNANDEZ, MODEST**   SID: 21941529
**NAPROXEN   (GEN NAPROSYN) 375MG TAB**
TAKE 1 TABLET ORALLY TWICE DAILY IF NEEDED
FOR FIVE DAYS (FILL IN BLANK CARD USED)
**NURSE PROTOCOL** - OK IN CELL
START: 12/31/22        STOP: 01/04/23

Luis Hernandez Modesto
#19  issued
12/31/22  Jell

The following symbols will be used to indicate medication administration practices:

- Initials----------------- Dose was administered as ordered
- Diagonal Line -------- No dose is scheduled
- Circled Initials-------- Dose was prepared but patient refused

- X------------------------No medication available
- Blank -------------------No show
- Circled R ------------- Patient Refused

| ALLERGIES | Drug Regimen Reviewed For Federal Requirements | DATE ADMITTED  /  / |
|---|---|---|
| | ROOM NUMBER | LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969 |

Modesto Luis-Hernandez   21941529



**SHOULDER**

Created by Cody Stephens  Feb 17th, 2023

View at my-exercise-code.com using code: GSFSPCE



Total 12  Page1 of 2

**1**



Repeat   10 Times
Hold      10 Seconds
Complete 1 Set
Perform  4 Times a Day

**WALL WALK**

Place your affected hand on the wall with the palm facing the wall. Next, walk your fingers up the wall towards overhead. Lastly, slide your hand back down the wall to the starting position.

**4**



Repeat   10 Times
Hold      10 Seconds
Complete 1 Set
Perform  4 Times a Day

**INTERNAL ROTATION TOWEL STRETCH - IR TOWEL**

Gently pull up your affected arm behind your back with the assist of a towel. Hold this as a stretch, then lower back down and repeat.

**2**



Repeat   10 Times
Hold      10 Seconds
Complete 1 Set
Perform  4 Times a Day

**TABLE SLIDE - SCAPTION**

Sitting in a chair and rest your injured arm on a table.  Gently slide it forward and to the side by leaning in that direction. Move at approximately 45 degree angle and then return to starting position and repeat.

**5**



Repeat   10 Times
Hold      1 Second
Complete 3 Sets
Perform  2 Times a Day

**ELASTIC BAND SHOULDER FLEXION**

While holding an elastic band at your side, draw up your arm up in front of you keeping your elbow straight.

**3**



Repeat   10 Times
Hold      10 Seconds
Complete 1 Set
Perform  4 Times a Day

**WALL EXTERNAL ROTATION STRETCH - ER**

Start by standing in a doorway or at the corner of a wall and place your hand on the wall with your elbow bent as shown. Next, gently turn your body the opposite direction causing your shoulder to externally rotate until a stretch is felt. Hold, return to starting position and repeat.

**6**



Repeat   10 Times
Complete 3 Sets
Perform  2 Times a Day

Shoulder extension w/scap stability

Start position: pull your shoulder blades together and maintain position

End position: while maintaining scapular stability pull your arms into extension against resistance from the band. Slowly return to start position.

Modesto Luis-Hernandez 21941529

Powered by HEP2go.com          Created By Cody Stephens          Feb 17th, 2023 - Page 2 of 2

7



**ELASTIC BAND SHOULDER ABDUCTION**

While holding an elastic band at your side, draw up your arm to the side keeping your elbow straight.

Repeat     10 Times
Hold        1 Second
Complete  3 Sets
Perform    2 Times a Day

10



**ELASTIC BAND SHOULDER EXTERNAL ROTATION - ER**

While holding an elastic band at your side with your elbow bent, start with your hand near your stomach and then pull the band away. Keep your elbow at your side the entire time.

Repeat     10 Times
Hold        1 Second
Complete  3 Sets
Perform    2 Times a Day

8



**ELASTIC BAND SHOULDER ABDUCTION**

While holding an elastic band away from your side, pull the band towards your side. Keep your elbow straight.

Repeat     10 Times
Hold        1 Second
Complete  3 Sets
Perform    2 Times a Day

11



**ELASTIC BAND ROWS - 90 ABDUCTION**

Start by holding an elastic band with both hands and then move your elbows back as you bend your elbows. Keep your upper arms about 90 degrees away from the side of your body. Return to starting position and repeat.

Repeat     10 Times
Hold        1 Second
Complete  3 Sets
Perform    2 Times a Day

9



**ELASTIC BAND SHOULDER INTERNAL ROTATION - IR**

While holding an elastic band at your side with your elbow bent, start with your hand away from your stomach, then pull the band towards your stomach. Keep your elbow near your side the entire time.

Repeat     10 Times
Hold        1 Second
Complete  3 Sets
Perform    2 Times a Day

12



**BICEP CURLS**

With your arm at your side, bend at your elbow to raise up the free weight / dumbbell. Lower back down and repeat.

Keep your palm face up the entire time.

Repeat     10 Times
Hold        1 Second
Complete  3 Sets
Perform    2 Times a Day

## CDOC REFERRAL / PRECERTIFICATION REQUEST FORM

### CHP
**Correctional**Health**Partners**
1125 17th St. #1000
Denver, CO  80202

**CHP CDOC Medical Management**
**Phone:  1-866-362-1374 Option 2**
**Fax:  1-866-362-1375**

**Date of request:** 2/10/2023

---

**Offender**

Last Name Luis-Hernandez          First Name Modesto
Offender ID 21941579

Gender ☒ Male      ☐ Female      DOB 7/24/1969
Facility    SRCI

---

**Priority Level** _____          **Custody Level** 3

---

**Request**

Request Type (*check one*):
☐ Ambulatory Surgery          ☐ Inpatient          ☐ Pharmacy
☐ DME (Durable Medical Equipment)   ☐ Observation       ☐ Surgical Assistant (SA)
☐ Office Visit               ☒ Therapy (PT/OT/ST/Card Rehab)   ☐ Outpatient Diagnostic
☐ Other _____

---

**Requesting Provider**

Name John Frank FNP          Contact _____
Phone 541-881-5000          Fax 541-881-4928

---

**Refer to Provider**

Name TRICITY PT FRUITLAND
Phone 208-452-6366          Fax 208-452-6399
Surgical Assist _____          Facility _____

---

**Clinical**

DOS 2/16/2023
ICD-9 1. M75.6  2. _____   3. _____   4. _____
CPT 1. 97162  2. _____   3. _____   4. _____

---

**Supporting Medical Information** (Criteria for Surgery / DME / What is the provider trying to rule out? / Past tx, history (therapies, etc.) / Test results (radiological evidence, etc.):

PT Consult recent SLAP repair (L) shoulder

SRCI NURSE 541-881-4982

_____

_____

_____

_____

*This precertification is not a guarantee of payment.  Coverage will be determined based on medical necessity, eligibility, policy provisions and availability of remaining benefits, at the time of service.*

Effective 9/1/05
Reviewed 08/2013

## PROVIDER'S RETURNING INFORMATION

Diagnosis and Findings:

In 2021 pt slipped & fell tried to catch himself with his (L) arm. Injured (L) shoulder. Dx c torn labrum underwent labral repair last August. Since then he is doing fairly well, but still has some pain when trying to climb a ladder, and occasionally has a shooting pain down the radial aspect of the arm into the thumb of (L) hand. ROM WFL throughout.

Provider's Recommendations / Orders (**Do not mention any specific follow up dates or times to the inmate/patients for security reasons**):

Recommend wall crawls, table slides, doorway stretch, Towel stretch. Hold 10 seconds each. Repeat 10 times, 4x/day. Strengthening as follows using resistance bands; Shoulder √, ↑ ABD, ADD, IR ER, rows, bicep curls: 3 sets of 10 reps each, 2x/day. F/u in 3-4 weeks.

Community Provider's Signature: _____ Date: 2/16/23

PLEASE REMEMBER TO SEND/ FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN

## POST CONSULT DOC COMMENT SECTION (Institution Use Only)

O  Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:
◻ No Urgent Needs          ◻ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _____ RN          Date: 2/17/23    Time: 1800

O  Orders Approved

O  Orders Denied

O  To TLC

Comments:

ODOC Provider: _____          Date: 2/17/23

CD 491 H Revised 04/2017



Departamento de Correciones de Oregon- Division de Servicios de Salud
**Formulario de Vacunas para Adultos- Dosis de Refuerzo**
Bivalente Moderna COVID-19 Vacuna

El Departamento de Correctiones esta ofreciendo la vacuna para el COVID-19 Moderna, Bivalente para todas personas que son elegible.

**He recibido, leído, o me han explicado, y entiendo la información de la hoja provista de la vacuna COVID-19.  Por la presente autorizo al Departamento de Correcciones de Oregon que me administre la vacuna de Refuerzo de Mordena para COVID-19, la vacuna Bivalente.  El alcance de este consentimiento incluye la administración de la vacuna, discusión con un proveedor medico si se solicita, atención y tratamientos inmediatamente después de la administración según sea necesario.**

| Dosis de Refuerzo de Moderna Bivalente | | Recomendaciones | |
|---|---|---|---|
| Firma ☐ yo doy consentimiento | Fecha | Historia de la Vacuna<br>Serie primaria<br>Serie primaria + 1 refuerzo<br>Serie primaria + 2 refuerzos | Siguiente dosis<br>Al menos de dos meses  1 bivalente dosis<br>Al menos de dos meses  1 bivalente dosis<br>Al menos de dos meses  1 bivalente dosis |

☐ **Yo rechazo de recibir la dosis de Refuerzo de Moderna Bivalente para COVID-19**

_Luis Heonald 12/26-2022_
Firma                                   Fecha

_J H W_   _M. Brügger_   **DEC 2 6 2022**
M. Brügger RN, BSN
Firma de Testigos del Personal (Solamente Rechazo) Fecha

**Preguntas de detección médica para vacunas para adultos. Favor de contestar sí o no a las siguientes preguntas. Estas preguntas determinaran si debería recibir vacunación hoy.**

| Dosis de Moderna para COVID-19 | | | | | |
|---|---|---|---|---|---|
| Se siente enfermo hoy? | Si | No | Mujeres: Está usted o cree que podría estar embarazada? | Si | No |
| Ha sido antendido con terapia de anticuerpos para COVID-19 en los ultimos 90 dias? | Si | No | Tiene usted cáncer, leucemia, VIH/SIDA, antecedentes de enfermedad autoinmune o cualquier otra condición que debilite el sistema inmune? | Si | No |
| Ha tenido una reacción alérgica grave o amenazante para la vida, como ronchas, o dificultad para respirar o *alguna* vacuna o inyección? | Si | No | Toma algún medicamento que afecte su sistema inmune como esteroides, medicamentos contra el cáncer o ha tenido algún tratamiento de radiación? | Si | No |
| En los ultimos 14 días a tenido alguna vacuna? (Incluyendo la vacuna contra la gripe) | Si | No | | | |

**Debe completar el vacunador:**

| Moderna 0.50 ml | Dosis de Moderna de Refuerzo | | |
|---|---|---|---|
| | Lot # | Exp. Date | VIS |
| | | | |
| Sitio de Administracion: | L or R deltoid (circle one) | | |
| | Administrator | | |

After conducting the appropriate patient safety screening for the intended vaccination(s) licensed nursing staff within the DOC are authorized to administer the following vaccinations under the prescriptive authority of the DOC Chief of Medicine, and according to approved DOC population health processes pertaining to the voluntary vaccination of: COVID-19

_k k_

DOC Chief of Medicine
Spanish Version on other side

9/7/2022
Date

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

CD# 1978



Oregon Department of Corrections – Health Services Division
**Adult Vaccine Consent Form _Booster Dose_**

### COVID-19 Moderna Bivalent Vaccine

**The DOC is offering the COVID-19 Moderna, Bivalent vaccine for all vaccine-eligible persons.**

**I have received, read, or had explained to me, and understand the COVID-19 vaccine information sheet provided. I hereby authorize Oregon Department of Corrections to administer a _Booster Dose_ of the COVID-19 Moderna, Bivalent vaccine.  The scope of this consent includes administration of the vaccine, discussion with a provider if requested, care and treatments immediately after administration as needed.**

| Booster Dose Moderna Vaccine | | Recommendations | | |
|---|---|---|---|---|
| | | **Vaccine History** | **Next Dose** | |
| Patient **Signature**          Date | | Primary Series | at least 2 months | 1 bivalent dose |
| ☐ I consent | | Primary Series + 1 booster | at least 2 months | 1 bivalent dose |
| | | Primary series + 2 boosters | at least 2 months | 1 bivalent dose |
| | | | | |

☐ **I decline the Covid-19 Booster Dose Vaccine**

_____    _____
Signature                                        Date

_____    _____
Staff Witness Signature (Refusal Only)    Date

**Medical screening questions for adult vaccines. Please answer yes/no to the following questions. These questions will be used to determine whether you should be given vaccine today.**

| Booster Dose Covid 19 Vaccine | | | | | |
|---|---|---|---|---|---|
| Do you feel sick today? | Yes | No | Women: Are you or do you think you might be pregnant? | Yes | No |
| Have you been treated with antibody therapy for COVID-19 in the past 90 days? | Yes | No | Do you have cancer, leukemia, HIV/AIDS, history of autoimmune disease or any other conditions that weakens the immune system? | Yes | No |
| Have you had a serious or life-threatening allergic reaction, such as hives, or difficult breathing to any vaccine or shot? | Yes | No | Do you take any medications that affect your immune system such as steroids, anticancer drugs or have you had any radiation treatments? | Yes | No |
| Have you had any vaccines in the past 14 days? (Including flu shot) | Yes | No | | | |

To be completed by vaccinator:

| Moderna 0.50ml | Booster Dose Moderna | | |
|---|---|---|---|
| | Lot # | Exp. Date | VIS |
| | AS7166B | 12/31/2069 | Aug 31, 2022 |
| **Administration site:** | L or R deltoid (circle one) | | |
| | Administrator: _____ | | |

After conducting the appropriate patient safety screening for the intended vaccination(s) licensed nursing staff within the DOC are authorized to administer the following vaccinations under the prescriptive authority of the DOC Chief of Medicine, and according to approved DOC population health processes pertaining to the voluntary vaccination of: COVID-19

_h  r̸_ _____                    9/7/2022

DOC Chief of Medicine                             Date
Spanish Version on other side

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969    3₹D5₿

CD# 1978

Departamento de Correcciones de Oregon
NOTIFICACIÓN DE EMERGENCIA DE SERVICIOS DE SALUD

| NO QUIERO DAR INFORMACIÓN A NADIE | |
|---|---|
| Firma | Fecha |
| SI QUIERO DAR INFORMACIÓN A ALGUIEN – MIRE ABAJO | |
| *Luis Hernandez Modesto* | *11-30-2022* |
| Firma | Fecha |

En caso de una investigación acerca de mi condición física o cuidado durante mi encarcelamiento, o un emergencia medica que requerir, intervención para salvar la vida o hospitalización. Yo le doy autorización a la División de Servicios de salud del Departamento de Correcciones de Oregon, para que le den la información confidencial médica a esos nombrado aquí en seguida.

✓ Enfermedad grave, hospitalización o cirugías
✓ Emergencia de salud o muerte
✓ Investigación con respeto de mi salud o cuidado
✓ La información de salud mental limitada a una visión general de servicios disponibles

*En caso de mi muerte, Yo entiendo que el Departamento de Correcciones de Oregon se pondrá en contacto con esta persona para hacer preparativos final de mi propiedad y mis restos de acuerdo con la División 27 Death (Inmate)*

Nombres y domicilios de las personas que recibirán información:

**Contacto Primario**

*Ledema de Luis*
Nombre

_____
Relación

_____
Número y Calle

_____
Ciudad, Estado y área postal

*(503) 984-5755*
Número de teléfono

**Contacto Secundario**

*Alejandro. Luis*
Nombre

_____
Relación

_____
Número y Calle

_____
Ciudad, Estado y área postal

*(503) 984-5721*
Número de teléfono

Mi consentimiento puede ser revocado en cualquier momento. La única excepción es cuando la acción ya haiga ocurrido como esta dictado en este consentimiento. A menos que no sea revocado antes, este consentimiento expirara un año desde la fecha firmada.

_____
Firma

_____
Fecha

*Revisado: 8/2009*

| |
|---|
| Nombre: _Luis -Hernandez, Modesto_ |
| Número de Identificación: _21941529_ |
| Fecha de nacimiento: _7/24/1969_ |

**FAVOR DE REGRESAR ESTA FORMA A HEALTH SERVICES AL COMPLETAR. GRACIAS.**

Departamento de Correcciones de Oregon
NOTIFICACION DE EMERGENCIA DEL SERVICIO DE SALUD

**NO QUIERO DAR INFORMACIÓN A NADIE**

_Luis Hernandez Modesto 11_

Firma                                                    Fecha

**SI QUIERO DAR INFORMACIÓN A ALGUIEN – MIRE ABAJO**

_Luis Hernandez Modesto_                _11-22-22_

Firma                                                    Fecha

En caso de una investigación acerca de mi condición física o cuidado durante mi encarcelamiento, o un emergencia medica que requerir, intervención para salvar la vida o hospitalización. Yo le doy autorización a la División de Servicios de salud del Departamento de Correcciones de Oregon, para que le den la información confidencial médica a esos nombrado aquí en seguida.

_MH_ Enfermedad grave, hospitalización o cirugías
_MH_ Emergencia de salud o muerte
_MH_ Investigación con respeto de mi salud o cuidado
_MH_ La información de salud mental limitada a una visión general de servicios disponibles

Nombres y domicilios de las personas que recibirán información:

**Contacto Primario**

_lorena de luis_
Nombre

_esposa_
Relación

_2674_
Número y Calle

_WOODBURN_
Ciudad, Estado y área postal

_503.8994-5759_
Numero de teléfono

**Contacto Secundario**

_Alejandro. Luis_
Nombre

_ijo_
Relación

_DUKE. ST_
Numero y Calle

_OR 97071_
Ciudad, Estado y área postal

_503.994.5721_
Número de teléfono

Mi consentimiento puede ser revocado en cualquier momento. La única excepción es cuando la acción ya haiga ocurrido como esta dictado en este consentimiento. A menos que no sea revocado antes, este consentimiento expirara un año desde la fecha firmada.

Firma _Luis Hernandez_                Fecha _11-22-22_

_Revisado: 12/2016_

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

**FAVOR DE REGRESAR ESTA FORMA A HEALTH SERVICES AL COMPLETAR. GRACIAS.**

CD1684

**Oregon Department of Corrections**
## HEALTH SERVICES EMERGENCY NOTIFICATION

**I DO NOT WANT INFORMATION PROVIDED TO ANYONE**

_____     _____
Signature                                                      Date

**I DO WANT INFORMATION PROVIDED - see below**

_____     _____
Signature                                                      Date

In the event of an inquiry into my health condition or care during my incarceration; or a medical emergency requiring lifesaving intervention and/or hospitalization, I hereby authorize the Oregon Department of Corrections, Health Services Section to release the following confidential medical information to those listed below:

_____Serious illness, planned hospitalization or surgery
_____Health emergency or death
_____Inquiry regarding my health condition and/or care
_____Mental health information limited to a general overview of services available

_In the event of my death, I understand that the Oregon Department of Corrections will contact this person to make arrangements for the final disposition of my property and my remains in accordance with Division 27 Death (Inmate)._

Names and addresses of those to receive information:

**Primary Contact**                                  **Secondary Contact**

_____      _____
Name                                                          Name

_____      _____
Relationship                                                Relationship

_____      _____
Street address                                             Street address

_____      _____
City, State, Zip Code                                   City, State, Zip Code

_____      _____
Telephone Number                                       Telephone Number

My consent may be revoked or changed at any time.  The only exception is when the action has already occurred as instructed in this consent.  Unless revoked earlier, this consent will expire one year from the date of signing.

_____          11/22/22
Signature                                                          Date

_Revised: 5/2016_

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

**RETURN THIS FORM TO HEALTH SERVICES UPON COMPLETION. THANK YOU.**  CD1684



**Department of Corrections – Health Services Division**
*Consentimiento para vacunación de adultos*
*Vacuna Antigripal*

*He leído la declaración de información de vacunas y se me ha explicado la información sobre la vacuna que recibiré hoy. Entiendo los beneficios y riesgos y pido que me den la vacuna.*

Luis Hesnandez Medesto

Signature/Firma                                    Date/Fecha  11/22/22

_____
Staff Witness Signature (Refusal Only)             Date  11/22/22

☐ Yo doy consentimiento ☒ Yo rechazo de recibir la **2022 – 2023 Vacuna Antigripal**.

*Proyecciones de preguntas médicas para vacunas para adultos. Favor de contestar sí o no a las siguientes preguntas. Estas preguntas determinaran si debería recibir vacunación hoy.*

| | Date/Fecha | | | Date/Fecha | |
|---|---|---|---|---|---|
| | Yes/Sí | No | | Yes/Sí | No |
| ¿Se siente enfermo hoy? | ☐ | ☐ | ¿Tiene Alergias a algún medicamento, vacuna, comida, huevos o látex? | ☐ | ☐ |
| ¿Alguna vez ha tenido una convulsión, problema del cerebro o el sistema nervioso? | ☐ | ☐ | ¿Alguna vez ha tenido una reacción grave a una vacuna? | ☐ | ☐ |
| ¿Tiene cáncer, leucemia, VIH/SIDS, u otro problema del sistema inmunológico? | ☐ | ☐ | ¿Tiene enfermedad cardiaca, asma, enfermedad de riñones, anemia o algún trastorno sanguíneo? | ☐ | ☐ |
| En el último año, ¿ha tenido una transfusión de sangre o ha recibido algún producto de sangre o globulina inmune? | ☐ | ☐ | I En los últimos 3 meses, ¿ha tomado medicamentos como cortisona, prednisona, u otros esteroides, medicamentos anti cáncer, medicamentos antivirales, o ha tenido radiación? | ☐ | ☐ |
| Para mujeres: ¿Está o piensa que quizás esté embarazada? | ☐ | ☐ | Apellido soltero de su madre. | | |

| Vaccination Type | Vaccination Date | Vaccine Information | | | Route | Site | Information Statement | | Vaccinator Name & Credentials |
|---|---|---|---|---|---|---|---|---|---|
| | | Vaccine Name Manufacturer | Lot # | Expiration Date | | | Date on VIS | Date given | |
| Influenza (Flu) | | Flucelvax/ Seqirus | 242393 | 6/24/23 | IM | L R delt | 8/6/2021 | | |

After conducting the appropriate patient safety screening for the intended vaccination(s) licensed nursing staff within the DOC are authorized to administer the following vaccinations under the prescriptive authority of the DOC Chief of Medicine, and according to approved DOC population health processes pertaining to the voluntary vaccination of: Influenza (Flu)

```
N   LUIS-HERNANDEZ, MODESTO
S   21941529
I   07/24/1969
```

_____
DOC Chief of Medicine                    Date: 9/7/2022

Department of C ....ctions – Health Services Division

**Adult Vaccine Consent Form**
Influenza Vaccine

I have read the Vaccine Information Statement (VIS) and have had explained to me the information about the vaccine I will receive today. I believe I understand the benefits and risks of the vaccine requested and ask that the vaccine be given to me.

_____    11/22/22
Signature                                            Date

_____    _____
Staff Witness Signature (Refusal Only)              Date

☐ I consent ☐ I decline to receive the **2022–2023 Influenza Vaccine** immunization.

Medical screening questions for adult vaccines. Please answer yes/no to the following questions. These questions will be used to determine whether you should be given vaccine today.

| | Date Yes No | | Date Yes No |
|---|---|---|---|
| Do you feel sick today? | ☐ ☐ | Do you have allergies to a medication, vaccine, food, eggs or latex? | ☐ ☐ |
| Have you ever had a seizure, brain or nervous system problem? | ☐ ☐ | Have you ever had a serious reaction to a vaccine? | ☐ ☐ |
| Do you have cancer, leukemia, HIV/AIDS, or another immune system problem? | ☐ ☐ | Do you have heart disease, asthma, kidney disease, diabetes, anemia or a blood disorder? | ☐ ☐ |
| In the past year, have you had a blood transfusion or been given blood product, or immune globulin? | ☐ ☐ | In the past 3 months, have you taken medications such as cortisone, prednisone or other steroids, anti-cancer drugs, antiviral drugs, or had radiation treatments? | ☐ ☐ |
| Women: Are you or do you think you might be pregnant? | ☐ ☐ | Mother's maiden name. | |

| Vaccination Type | Vaccination Date | Vaccine Information | | Route | Site | Information Statement | | Vaccinator Name & Credentials |
|---|---|---|---|---|---|---|---|---|
| | | Vaccine Name/ Manufacturer | Lot # | Expiration Date | | | Date on VIS | Date given |
| Influenza (Flu) | | Flucelvax/ Seqirus | 942392 | 6/24/23 | IM | L R delt | 8/6/2021 | | |

After conducting the appropriate patient safety screening for the intended vaccination(s) licensed nursing staff within the DOC are authorized to administer the following vaccinations under the prescriptive authority of the DOC Chief of Medicine, and according to approved DOC population health processes pertaining to the voluntary vaccination of: Influenza (Flu)

_____
DOC Chief of Medicine                    Date: 9/7/2022

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

Spanish Version on other side                              CD #1857 9/7/2022

## DIVULGACIÓN DE INFORMACIÓN DE SERVICIOS DE SALUD

**Información obtenida en la relación paciente/proveedor, así como la información contenida en el registro de salud del paciente es confidencial y no se pueden divulgar excepto como proporcionado por el estado y el estatuto federal, o por orden de Oregon o Corte Federal. Información dada a los proveedores de salud médica y mental de los servicios de salud es confidencial y no compartida con nadie fuera de los servicios de salud sin consentimiento por escrito con las siguientes excepciones:**

Personal de servicios de salud no se dé el nombre del paciente, servicios recomendados o proporcionado, nombre del proveedor, fechas de tratamiento y un breve comentario sobre el grado de participación. Los proveedores de tratamiento también pueden hacer recomendaciones al personal no - servicios de salud sobre maneras de ayudar a pacientes con problemas de salud mental o médico sin dar detalles de diagnóstico o de medicación prescrita.

Personal de servicios de salud no puede darse cierta información de salud (por ejemplo, diagnóstico, síntomas de descompensación, factores de riesgo, etc.) si:

- Actualmente están actuando dentro del ámbito oficial de sus funciones para desarrollar y evaluar estrategias de tratamiento y planes;
- están involucrados en el desarrollo de planes de correccionales, planes de tratamiento médico, riesgo o planes de manejo de comportamiento o planes de prevención de suicidio y crisis como miembros (e.g. designados consejeros correccionales, oficiales de cubierta de salud mental, etc.) de un equipo multidisciplinario, el equipo de tratamiento, el Comité, u otro oficial;
- están involucrados en la planificación de lanzamiento; o
- divulgación es necesaria para la seguridad y la seguridad de la institución.

**Información obtenida en una relación médico-paciente no es confidencial y se informará al personal no - servicios de salud y otro personal de la Agencia según sea necesario incluso sin el consentimiento escrito del paciente. Según las leyes estatales y federales, esto incluye el conocimiento de:**

- peligro para sí mismo o a otros;
- abuso de un niño menor de 18 años de edad, abuso de un adulto de 65 años de edad o más o abuso de las personas que cumplan con el requisito legal de discapacidad o enfermedad mental y una víctima especificada puede ser identificada;
- personal de abuso físico o sexual de los reclusos;
- los planes de fuga o intentos;
- abuso sexual o por otro recluso.

**Confidencialidad no se aplicará a la información cuando plantea una amenaza inminente a la salud y la seguridad de uno mismo, otros internos, personal, o a la comunidad. Los informes se limitarán a lo necesario para mantener la seguridad y mantenerse dentro de los parámetros legales.**

---

Mi firma abajo indica que entiendo la política de confidencialidad y prácticas utilizadas por los proveedores de tratamiento de HS..

Comentario interno:

| Inma | LUIS-HERNANDEZ, MODESTO |
| SID # | 21941529 |
| DOB: | 07/24/1969 |

Firma de recluso (Inmate signature) _Luis Hernandez_    Date _11/22/22_

Staff Witness Signature _[signature]_    Date _11/22/22_

hartshor
ri



# HEALTH SERVICES INFORMATION DISCLOSURE

Information obtained within the provider-patient relationship, as well as information contained in a patient's health care record is confidential and may not be released except as provided by state and federal statute, or by order of Oregon or Federal Court. Information given to Health Services medical and mental health providers is confidential and not shared with anyone outside of Health Services without written consent with the following exceptions:

Non-Health services staff may be given the patient's name, services recommended or provided, provider's name, dates of treatment, and a brief comment about extent of participation. Treatment providers may also make recommendations to non-Health Services staff about ways to help patients with medical or mental health problems without giving details of diagnosis or medication prescribed.

Non-Health services staff may be given some health information (e.g. diagnosis, symptoms of decompensation, risk factors, etc.) if:
- they are currently acting within the official scope of their duties to develop or evaluate treatment strategies and plans;
- they are involved in developing correctional plans, medical treatment plans, risk or behavior management plans or suicide and crisis prevention plans as members (e.g. designated correctional counselors, mental health housing officers, etc.) of a multidisciplinary team, treatment team, committee, or other official;
- they are involved in release planning; or
- disclosure is necessary for the safety and security of the institution.

Some information obtained in a provider-patient relationship is not confidential and will be reported to non-Health Services staff and/or other agency personnel as needed without written consent of the patient. According to State and Federal laws, this includes knowledge of:
- danger to self or others;
- abuse of a child under 18 years of age, abuse of an adult 65 years of age or older, or abuse of individuals who meet the legal requirement of developmentally disabled or mentally ill, and a specified victim can be identified;
- staff physical or sexual abuse of inmates;
- escape plans or attempts;
- sexual abuse of or by another inmate.

Confidentiality will not apply to information when it poses an immediate threat to the health and safety of self, other inmates, staff, or to the community. Reports will be limited to what is necessary to maintain safety and stay within legal parameters

My signature below indicates I understand the confidentiality policy and practices used by HS treatment providers.

Inmate Comments:

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

Inmate Signature_____    Date 11/22/22

Staff Witness Signature_____    Date 11/22/22

CD#1859 (10/2019)

22 November 2022

## ALERT Immunization Information System

### DOC - COFFEE CREEK CORRECTIONAL FAC

Immunization History Report

| Patient ID: | | Tracking Schedule: **ACIP** |
|---|---|---|

Patient Name:  **MODESTO LUIS-HERNANDEZ**

Birth Date:  **07/24/1969**  Gender: **Male**

Age:  **53 years, 3 months, 29 days**

| Vaccine Group | Date Admin | Series | Vaccine [Trade Name] | Dose | Mfg Code | Lot # | Bod Rt. | Bod St. | Provider of Information | React |
|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | 07/04/2021 | 1 of 5 | COVID19 Moderna Primary 12+ | Full | | 052C21A | IM | LA | WALMART PHARMACY 1793 | |
| | 08/27/2021 | 2 of 5 | COVID19 Moderna Primary 12+ [COVID19 Moderna Primary 12+ ®] | Full | MOD | 036C21A | IM | LA | MARION CO HEALTH DEPT | |

**Reaction Descriptions:**
No Records Found.

| **Patient Comments:** | **Start Date:** | **End Date:** |
|---|---|---|
| No Records Found. | | |

Primary Physician:

Address:

Physician's Signature

MODESTO LUIS-HERNANDEZ                    07/24/1969

Facility Name ___ 068 - MARION COUNTY (068) ___          PAGE: 1 of 1          Month/Year ___ 11/2022 ___

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

IBUPROFEN (MOTRIN) 400MG TAB
TAKE 2 TABS BY MOUTH 3 TIMES DAILY

RX 32843726          LANCE LOBERG MD
RN Init. M. M.    START DATE 7/22/2022          STOP DATE 7/21/2023

RN Init.          START DATE          STOP DATE

RN Init.          START DATE          STOP DATE

RN Init.          START DATE          STOP DATE

RN Init.          START DATE          STOP DATE

RN Init.          START DATE          STOP DATE

RN Init.          START DATE          STOP DATE

RN Init.          START DATE          STOP DATE

RN Init.          START DATE          STOP DATE

ALLERGY    NO KNOWN DRUG ALLERGY

DIAGNOSIS

| PATIENT NAME | LUIS-HERNANDEZ, MODESTO DOB: 07/24/1969 | ID 21941529 | WING |
|---|---|---|---|

DOCUMENTATION CODES =
DC - Discontinued Order       R - Refused          S - Self Administered
DO - Dose Omitted             C - Court            NS - No Show
H - Medical Hold              LD - Lock Down        O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INIT |
|---|---|---|---|
| M. M. | M | | |
| | | Cindy Gage, RN | |

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS



Oregon Department of Corrections (ODOC)
Offender Information System (OIS) Report
Produced by ROBINSAC 05/18/2023 12:24:31 PM

**Mission: To promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior**

## Health Services Facesheet



**Offender:   LUIS-HERNANDEZ, MODESTO**

SID:        21941529

Location: Snake River Correctional Institution
Cell: 2G26B

| | | | |
|---|---|---|---|
| Age: | 53 | DOB: | 07/24/1969 |
| Sex: | Male | Race: | Hispanic |
| Height: | 5' 03" | Hair: | Black |
| Weight: | 180 | Eyes: | Brown |

Primary Language:
Secondary Language:
Classification:        3
Caseload:            11035 ESTILLORE

**Inst. Admit Dt:** Nov 22, 2022      **Earliest Release Dt:** 04/14/2032      **STTL Date:**

**Medical Communication (Y/N):**  Y      **Keep At Current Location (Y/N):**  N      **Suicide History:**  N

**MH Rate:**  -      **DD Rate:**      **BHS LOF:**      **MH Case Mgr:**

## Health Status Comments:

| Category | Comment text |
|---|---|
| Light Duty Work | No push/pull/lift>20# exp 1/27/2024 |

### Major Diagnoses

| Code | Condition | Comment | Diagnosed | Last Seen | Next Appt |
|---|---|---|---|---|---|
| BICVNO | Bivalent Covid Booster -OptOut | | Dec 26, 2022 | | |
| BMI | Calculated Body Mass Index | 31% | | | |
| COVID1 | Moderna Vaccine Dose #1 | | Jul 04, 2021 | | |
| COVID2 | Moderna Vaccine Dose #2 | | Aug 27, 2021 | | |
| DIAB | Diabetes | PRE-A1C6.2 | Jan 27, 2023 | | |
| OBESE | Obesity | | | | |
| OPTOUT | FLU VACCINE OPT-OUT | | Nov 22, 2022 | | |
| REP | Surgical repair | L shoulder inj/repair | | Jan 27, 2023 | |
| REP | Surgical repair | L-Shoulder 7/22 | | | |
| VULAIC | Vulnerable AIC | | | | |

## Mental Health Diagnoses

| Code | Description | Acuity | Rx | Severity | Discontinued Date |
|---|---|---|---|---|---|

Offender SID: 21941529  Name: LUIS-HERNANDEZ, MODESTO

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.



Oregon Department of Corrections (ODOC)
Offender Information System (OIS) Report
Produced by ROBINSAC 05/18/2023 12:24:31 PM

**Mission: To promote public safety by holding offenders accountable for their actions and reducing the risk of future criminal behavior**

## Restrictions

| Category/Description | Comment text | Effective Until |
|---|---|---|
| Housing Requirements | | |
| Lower Bunk | | Jan 27, 2024 |
| Special Needs | | |
| Non-English Speaking | SPANISH | Nov 22, 2042 |
| Light Duty Work | | |
| Full light work | SEE ABOVE | Jan 27, 2024 |

## Outside Appointments

| Requested Appt | Date Requested | Disposition | Appt Date/Time |
|---|---|---|---|

## Medications:

| Drug | Dose | Sig | Start Date | End Date |
|---|---|---|---|---|

Offender SID: 21941529  Name: LUIS-HERNANDEZ, MODESTO

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

OREGON DEPARTMENT OF CORRECTIONS

# Problem List

SS# _____    SSI _____

Health Insurance_____ Veteran _____

SAIF/WC_____ Open _____
                            Closed _____

| Date Received | Date Paroled | Date Received | Date Paroled |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| Date | Prob. No. | Problems | Date Resolved |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Immunizations:
Tetanus _____
MMR _____
Polio _____
Allergies/Sensitivies _nkda_

Photo

Na LUIS-HERNANDEZ, MODESTO
SII 21941529
DC 07/24/1969

CD 493 H (11/93)

| SYSTEM | +HISTORY | EXAMINATION |
|---|---|---|
| VIII. Hernia | Concvus | ↓ darius hernia |
| IX. GU (Male) penis testes/scrotum | ∅ | Deferred Denes, 1350? |
| X. Rectum | ∅ | LI |
| XI. GU (Female) BSU/external cervix uterus adnexa | | |
| XII. Nervous System | ∅ | CN I XII intact |
| XIII. Orthopedic | L knee tendinovatory L shoulder Rototbe cuff repare | some pain & limited ROM |
| XIV. Mental Status | ∅ | AO×4 NAD Pleasant Instincts Appropriately Spanish Speaking |

## ASSESSMENT

1.  Write major diagnoses/problems on Problem List.

## PLAN

1.  Write necessary follow-up on Order Sheet.
2.  Write brief SOAP note in Progress Notes.

## PATIENT TEACHING COMPLETED DURING EXAMINATION

- ❏ Medications
- ☑ Diet/Exercise
- ☑ Self Testicular Exam
- ☑ Weight Reduction
- ☑ Back Care
- ❏ Self Breast Exam
- ❏ Communicable Disease Control
- ❏ Smoking Cessation

Instructions/Comments _____ Very ① knee ② shoulder _____

Signature of Practitioner _____ Date 1/28/23

Name 21941529
SID
DOB 07/24/1969
LUIS-HERNANDEZ, MODESTO

OREGON DEPARTMENT OF CORRECTIONS
# PHYSICAL EXAMINATION

DISTANT VISION   ❑ With   ☒ Without Glasses   R _20/20_   L _20/20_

HEARING   ❑ Adequate   ❑ Not Adequate   (Spoken voice at 20 feet)

## SUBJECTIVE

CURRENT COMPLAINT: _Ongoing Ⓛ knee & L shoulder pain_

## OBJECTIVE

Make pertinent comments regarding positive findings, correlate with positive history when indicated. WNL indicates that the examiner found no clinical evidence of disease or other health condition.

| SYSTEM | +HISTORY | EXAMINATION |
|---|---|---|
| I.   Integument<br>scars<br>scalp<br>hair<br>skin<br>nails | ∅ | Uncena koboa<br>WNL<br>intact |
| II.   HEENT<br>head<br>eyes<br>ears<br>nose<br>throat/mouth | ∅ | WNL |
| III.   Lymph Nodes | ∅ | ∅ lymphadenopathy |
| IV.   Breasts | | ∅ |
| V.   Lungs/Chest | | CTAB |
| VI.   Cardiac/Circ. | | RRR Normal S1/S2 |
| VII.   Abdomen | Some pain in abdomen | Mild Abd Pain LLQ BT active |

☒ Male   ❑ Female

Height _5'3"_   Weight _191_
Pulse _99_   B/P _124/76_
Temp _97.8_

LUIS-HERNANDEZ, MODESTO
21941529
07/24/1969

CD 1299 H p1 (11/94)

**OON DEPARTMENT OF CORRECTIONS**

## MEDICAL RECEIVING SCREENING/MEDICAL HISTORY

| LEVEL OF CONSCIOUSNESS | MENTAL STATUS | BEHAVIOR | APPEARANCE | SKIN CONDITION |
|---|---|---|---|---|
| ☒Alert | ☒Oriented AOx3 | ☒Cooperative | ☒Relaxed | ☒Unremarkable |
| ☐Confused | ☐Normal Affect | ☐Passive | ☐Clean/Neat | ☐Bruises |
| ☐Agitated | ☐Flat Affect | ☐Evasive | ☐Disheveled | ☐Breaks in Skin |
| **Ease of Movement** | ☐Elated | ☐Demanding | ☐Dirty | ☐Rash |
| ☒Normal | ☐Fearful | ☐Angry | ☐Body Odor | ☐Diaphoretic |
| ☐Limps | ☐Hyper vigilant | ☐Threatening | ☐Tremulous | ☐Infestation |
| ☐Staggering | ☐Hallucinating | ☐Combative | ☐Body Deformity | ☐Needle Marks |
| ☐Other_____ | ☐Delusional | ☐Appears in Pain | ☐Prosthetics | ☐Lesions |
| **Breathing** | ☐Incoherent | ☐Poor eye contact | ☐Poor Dentition | ☐Other_____ |
| ☐Persistent cough | | ☐Uncooperative | | |
| ☐Hyperventilation | | | | |

1.  Do you have any current illness, injury, or special health requirements?      Yes☐   No☒
    Explain: hx slip and fall injury while in jail- l leg/knee and l arm injury/dislocation- 10/2021-asked for PT but didn't receive, continued back pain and mobility issues_____

2.  Dental Screening completed    Yes☒    No☐    Follow up:    Routine ☒    Urgent ☐    Emergent☐

3.  Are you currently on medications?                                            Yes☐   No☒
    Medications:_____

4.  Do you have or have you had any communicable diseases?                       Yes☐   No☒
    Explain:_____

5.  Alcohol and drug use:                                                        Yes☒   No☐
    Alcohol: Type:_____    Amount:_____    Last Use:16-17mo ago

    Tobacco Type:  How much? denies            How Many Years?_____

    Drugs:    Type       1st Use      Last Used      Duration      Mode
              denies     _____        _____          _____         _____
              _____      _____        _____          _____         _____
              _____      _____        _____          _____         _____

6.  Have you had serious withdrawal symptoms (seizures, DT's) after stopping drugs or alcohol?   Yes☐   No☒
    Explain:_____

7.  ALLERGIES:NKDA
    Reactions:_____

## MENTAL HEALTH

1.  Have you ever been treated for mental health or emotional problems?          Yes☐   No☒
    If yes, when, why, & where? _____

2.  Are you currently on mental health medications?                             Yes☐   No☒
    Medications:_____

3.  Have you been a mental health or suicide risk during incarceration at a DOC facility?   Yes☐   No☒
    If yes, explain? _____

4.  Have you ever been hospitalized for mental illness?                          Yes☐   No☒
    If yes, where and how long? _____

5.  Have you ever attempted/considered suicide?                                  Yes☐   No☒
    If yes, when, why, & how? _____

## SUICIDE RISK ASSESSMENT

6.  Are you thinking of hurting and/or killing yourself now?                     Yes☐   No☒

7.  Is the patient currently on any level of suicide precautions?                Yes☐   No☒

Luis Hernandez,
Modesto
21941529
07/24/1969

**FEMALE INMATE**

|  | Yes | No | Comments |
|---|---|---|---|
| a. PID | ☐ | ☐ | _____ |
| b. Lumps in Breast | ☐ | ☐ | _____ |
| c. Menopausal | ☐ | ☐ | _____ |
| d. Gyn Surgery | Date: _____ | | |
| i.Tubal | | | _____ |
| ii.Hyst/Why? | _____ | | _____ |
| iii.Pan Hyst/Why? | _____ | | _____ |
| iv.C Sect | _____ | | _____ |

Pregnancy History

| a. Gravida/#pregnancies | _____ | | _____ |
|---|---|---|---|
| b. Para/# of births | _____ | | _____ |
| c. SAB/miscarriages | _____ | | _____ |
| d. TAB/abortions | _____ | | _____ |
| e. LMP | _____ | | _____ |

Birth Control Method: _____

Are you pregnant now? Yes ☐ No ☐ Unsure ☐
If female patient reports current opiate use
above (#3 or #5) pregnancy test will be
immediately offered and scheduled.
Yes ☐ N/A ☐

## MEDICAL HISTORY

Check appropriate response.  Explain all "yes" answers briefly; e.g. date of occurrence or diagnosis, type and length of treatment or prescriptions.

|  | YES | NO | COMMENT |
|---|---|---|---|
| 1. Arthritis | ☐ | ☒ | ____ |
| 2. Eczema/Skin Condition | ☐ | ☒ | ____ |
| 3. Eye disease/Blindness | ☐ | ☒ | ____ |
| 4. Thyroid Trouble | ☐ | ☒ | ____ |
| 5. Heart Trouble | ☐ | ☒ | ____ |
| 6. High Blood Pressure | ☐ | ☒ | ____ |
| 7. Emphysema/Asthma | ☐ | ☒ | ____ |
| 8. Stomach Trouble | ☐ | ☒ | ____ |
| 9. Hepatitis/Liver Disease | ☐ | ☒ | ____ |
| 10. Gall Bladder Problem | ☐ | ☒ | ____ |
| 11. Diabetes | ☐ | ☒ | ____ |
| 12. Kidney/Bladder Problem | ☐ | ☒ | ____ |
| 13. Prostate Trouble | ☐ | ☒ | ____ |
| 14. Rectal Bleeding/Hemorrhoids | ☐ | ☒ | ____ |
| 15. Epilepsy | ☐ | ☒ | ____ |
| 16. Cancer | ☐ | ☒ | ____ |
| 17. Blood Disorder | ☐ | ☒ | ____ |
| 18. HIV | ☐ | ☒ | ____ |
| 19. STD's | ☐ | ☒ | ____ |

### TRAUMA/ORTHOPEDIC/HOSPITALIZATION
### (Significant Only)

Injuries:l arm and l leg injury 10/2021

Surgeries:l arm repair 2022

Hospitalization:no

### IMMUNIZATION HISTORY

Enter date received or N/A
MMRchildhood    Tetanus_____    Pneumovax _____    Hep A_____    Hep B_____    Twinrix_____

Luis-Hernandez,
Modesto
21941529
07/24/1969

## FAMILY HISTORY

Are any or your relative known to have:

| | | YES | NO | COMMENTS |
|---|---|---|---|---|
| 1. | Arthritis | ☐ | ☒ | — |
| 2. | Allergies | ☐ | ☒ | _____ |
| 3. | Anemia | ☐ | ☒ | _____ |
| 4. | Bleeding Tendencies | ☐ | ☒ | _____ |
| 5. | Cancer | ☐ | ☒ | _____ |
| 6. | Diabetes | ☐ | ☒ | _____ |
| 7. | Epilepsy | ☐ | ☒ | _____ |
| 8. | Heart Trouble | ☐ | ☒ | _____ |
| 9. | Hypertension | ☐ | ☒ | _____ |
| 10. | Mental Illness | ☐ | ☒ | _____ |
| 11. | Other Inherited Disease | ☐ | ☒ | _____ |

## ADDITIONAL INFORMATION

Is there anything else about your health history/status that we should be aware of?          Yes☐    No☒

If yes, explain _____

*******************************************************************************************************************

## DISPOSITION

**Behavior Health Services Referral**

If answer yes to either question (#6, #7) in the suicide section above; inmate will be immediately referred to a mental health provider:

Who did you contact? _____          What time? _____

If no mental health treatment provider is on-site a suicide risk screening assessment will be completed by a licensed health care professional.

**Other Referral:    Yes ☐    Medical ☐    Dental ☐    BHS (other than above) ☐** _____

Who did you contact? _____          What time? _____

Comments related to referral: _____

**Instructed in accessing health care?**    Yes ☒    No ☐    If no, why? _____

**Date /Time Screened: 11/22/2022 1703 N Hartshorn, RN**

Signature:_____    Date:_____
              (Inmate Signature)

Signature:_____    Date: 11/22/22
              (Interviewer Signature)

Signature:_____    Date:_____
              (Practitioner Signature)

Luis-Hernandez,
Modesto
21941529
07/24/1969

## ODOC HEALTH SERVICES TREATMENT ADMINISTRATION RECORD

| TREATMENT ORDERS | | MONTH: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Thera Bands | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March 2023 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | PROVIDER: | HOUSING: | PATIENT: Luis Hernandez 2194159 |
|---|---|---|---|

TAR 2012

RECEIVED AUG 0 4 2023

July 27, 2023

TO:   Orthopedics of Oregon
      c/o Medical Records
      1600 State St
      Salem, OR 97301

From: Modesto Luis-Hernandez
      SID# 21941529
      SRCI
      777 Stanton Blvd.
      Ontario, OR 97914

RE:
Dear/To whom it may concern,

    I am requesting a copy of all medical records pertaining to all of my visits to your

facility from around September 2021 until around August 2022. I am requesting this

information for my previous surgeries and any medical care provided, including any

additional notes taken or recorded by my attending medical care providers at the time.

    My information is as follows:

    Name: Modesto Luis-Hernandez

    DOB: 7-24-1969

                                        Respectfully, *Luis Hernandez Modesto*

cc.   Willamette Surgery Center          Modesto Luis-Hernandez
      c/o Medical Records                SID# 2194152 9
      P.O. Box 13730                     SRCI
      Salem, OR 97309                    777 Stanton Blvd.
                                         Ontario, OR 97914

                                        AUG 0 7 2023

nyki

# MARION COUNTY JAIL
## HEALTH SERVICES

E5424

## MEDICAL REQUEST FORM

**NAME:** Luis Hernandez Modesto          **SID#:** 2794159
Last *(Apellido)*     First *(Nombre )*     M.I. *(Inicial)*          *(Numero de Identificacion)*

**Location: POD:** D/     **Cell:** 201     **Date of Birth:** 01-24-69     **Today's Date:** 10-15-2021
*(Ubicacion)*     *(Selda)*          *(Fecha de Nacimiento)*     *(Fecha de hoy)*

**Do you have any allergies to medications? If yes, list:** _____
*(Tiene alergias a algunos medicamentos?) Por favor diga a cuales*

**Tell us about your health problem:** Cuado estaba Trabajado
*(Describa su problema de salud)*
aFuexa me lastime el pie isquixdax
y mi doctor me dijo que badura 2 años
pada conpomece para subir las
escalera me duele su bix y bajax

**How long have you had this problem?** Cada paso es cuado
*(Por cuanto tiempo ha tenido este problema?)* me duele

This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I understand that the jail may charge me for some of these services and deduct it from my account during the current or future stays in jail. I will get necessary health care even if I am unable to pay.
*(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme por algunos de estos servicios medicos y deducirlos de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo recibir cuidado medico incluso si no pudiera pagar.*

**Signature:** Modesto LH
*(Firma)*

**If you have an emergency, tell the jail staff right away!**
*(Si usted tiene una emergencia medica avise a los oficiales pronto!)*

**Received By Alpha #:** 779          **Date:** 10/15/21     **Time:** 1753

### Health Services Nursing note/plan

**Date:** 10-19-21     Que servicio quiere que
le otorguemos?
What are you asking for?

**RN's or MH Initials:** GB          Juliet #:

E5/24

# MARION COUNTY JAIL
## HEALTH SERVICES

## MEDICAL REQUEST FORM

**NAME:** Luis Hernandez Modesto   **SID#:** 2194/529
Last *(Apellido)*      First *(Nombre )*      M.I. *(Inicial)*      *(Numero de Identificacion)*

**Location: POD:** E5   **Cell:** 124   **Date of Birth** 07-24-69   **Today's Date:** 10-19-21
*(Ubicacion)*      *(Selda)*      *(Fecha de Nacimiento)*      *(Fecha de hoy)*

**Do you have any allergies to medications? If yes, list:** no
*(Tiene alergias a algunos medicamentos?) Por favor diga a cuales*

**Tell us about your health problem:** me care estaba linpieado una celda
*(Describa su problema de salud)* y me torcie o medoble la cadera del
pie' isquierdo y no puedo centarme ni dohlarme
asi ni bajo poreso quiero que mellebe al
espital para que metome radio grafia
porque necesito saber que tanto techo arreld
porque arado me cai escucho que tronaron
los nedroos muy fuerte o bien feo

**How long have you had this problem?** o poresa necesito ir al ospital
*(Por cuanto tiempo ha tenido este problema?)*

This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I
understand that the jail may charge me for some of these services and deduct it from my account during
the current or future stays in jail. I will get necessary health care even if I am unable to pay.
*(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por
parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme por algunos de estos
servicios medicos y deducirlos de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo
recibir cuidado medico incluso si no pudiera pagar.*

**Signature:** Modesto Luis Hernandez
*(Firma)*

**If you have an emergency, tell the jail staff right away!**
*(Si usted tiene una emergencia medica avise a los oficiales pronto!)*

**Received By Alpha #:** _____   **Date:** 10/19/2021   **Time:** 1859

### Health Services Nursing note/plan

**Date** _____   nurse 10/19/21 and
_____ the doctor list for friday

**RN's or MH Initials:** _____   Juliet #: _____ G40

# MARION COUNTY JAIL
## HEALTH SERVICES

## MEDICAL REQUEST FORM

**NAME:** Modesto Luis Hernandez    **SID#:** 2194599

Last *(Apellido)*    First *(Nombre )*    M.I. *(Inicial)*    *(Numero de Identificacion)*

**Location: POD:** E5    **Cell:** 124    **Date of Birth:** 02-24-69    **Today's Date:** 10-23-21

*(Ubicacion)*    *(Selda)*    *(Fecha de Nacimiento)*    *(Fecha de hoy)*

**Do you have any allergies to medications? If yes, list:** ninguna

*(Tiene alergias a algunos medicamentos?) Por favor diga a cuales*

**Tell us about your health problem:** las medicina que me estan

*(Describa su problema de salud)* dando me estan asiendo daño ya no

las quiera tomar prefiero irme componiendo

despacio y mi planta ya esta con miedo

mejor la medicina me isp subir mucho

la precio y dolor de cabesa y

**How long have you had this problem?** me blada me la bista gracia

*(Por cuanto tiempo ha tenido este problema?)*

**This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I understand that the jail may charge me for some of these services and deduct it from my account during the current or future stays in jail. I will get necessary health care even if I am unable to pay.**

*(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo recibir cuidado medico incluso si no pudiera pagar.*

**Signature:** Modesto Luis Hernandez

*(Firma)*

**If you have an emergency, tell the jail staff right away!**

*(Si usted tiene una emergencia medica avise a los oficiales pronto!)*

**Received By Alpha #:** 296    **Date:** 10/23/21    **Time:** 2152

### Health Services Nursing note/plan

Date: _____

Placed on sick call list

RN's or MH Initials: _____    Juliet #: 226

10-25-21    1510

E5-124

# MARION COUNTY JAIL
## HEALTH SERVICES

## MEDICAL REQUEST FORM

NAME: Luis Hernandez Modesto                    SID#: 21941529
**Last** *(Apellido)*        **First** *(Nombre )*      **M.I.** *(Inicial)*          *(Numero de Identificacion)*
**Location: POD:** E-5 **Cell:** 124 **Date of Birth:** 07-24-69 **Today's Date:** 10/27/2021
*(Ubicacion)*              *(Selda)*                    *(Fecha de Nacimiento)*          *(Fecha de hoy)*
**Do you have any allergies to medications? If yes, list:** NO.
*(Tiene alergias a algunos medicamentos?) Por favor diga a cuales*
**Tell us about your health problem:** I was taking the medication that was prescribed
*(Describa su problema de salud)* to me after my accident, but the medication gave me
some negative side-effects that I couldn't stomached. So, I decided to not
take those pills, with the exception of the high blood pressure pill.
I want to continue taking the highblood pressure medication, but if I'm not getting
better after a week, I want to be taken to the local hospital for a more
comprehensive medical exam. I am very willing to pay for all my medical costs.
So, I am taking the highblood pressure medication because the Nurse took my pressure and said that-
**How long have you had this problem?** I needed to continue taking the pill for highblood pressure.
*(Por cuanto tiempo ha tenido este problema?)*

**This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I
understand that the jail may charge me for some of these services and deduct it from my account during
the current or future stays in jail. I will get necessary health care even if I am unable to pay.**
*(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por
parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme por algunos de estos
servicios medicos y deducirlos de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo
recibir cuidado medico incluso si no pudiera pagar.*

**Signature:** Luis Hernande Modesto
*(Firma)*

**If you have an emergency, tell the jail staff right away!**
*(Si usted tiene una emergencia medica avise a los oficiales pronto!)*

**Received By Alpha #:** A230              **Date:** 10/27/21 **Time:** 1650

### Health Services Nursing note/plan

**Date:** 10/27/21    on sick call list to discuss issue

**RN's or MH Initials:** LB        **Juliet #:** 803

# MARION COUNTY JAIL
## HEALTH SERVICES

### MEDICAL REQUEST FORM

Luis-

**NAME:** HerNANDEZ Modesto Luis    **SID#:** 21941529
Last *(Apellido)*    First *(Nombre )*    M.I. *(Inicial)*    *(Numero de Identificacion)*

**Location: POD:** C8    **Cell:** 107    **Date of Birth:** 07-24-69    **Today's Date:** 05-03-22
*(Ubicacion)*    *(Selda)*    *(Fecha de Nacimiento)*    *(Fecha de hoy)*

**Do you have any allergies to medications? If yes, list:** N/O
*(Tiene alergias a algunos medicamentos?) Por favor diga a cuales*

**Tell us about your health problem:** Trying to get bottom bunk
*(Describa su problema de salud)* (restriction), Due to my knee been injured because they have me on the top bunk right now, and that its hard for me to climb up, due to my knee.    Hope Orthopedics clinic

**How long have you had this problem?** 8 months
*(Por cuanto tiempo ha tenido este problema?)*

This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I understand that the jail may charge me for some of these services and deduct it from my account during the current or future stays in jail. I will get necessary health care even if I am unable to pay.
*(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme por algunos de estos servicios medicos y deducirlos de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo recibir cuidado medico incluso si no pudiera pagar.)*

**Signature:** X Luis Hernandez Modesto
*(Firma)*

**If you have an emergency, tell the jail staff right away!**
*(Si usted tiene una emergencia medica avise a los oficiales pronto!)*

**Received By Alpha #:** 2-13    **Date:** 6-3-22    **Time:** 1011

### *Health Services Nursing note/plan*

**Date:** 06/04/2022, 0170

Placed on the doctor's list for review.

**RN's or MH Initials:** M. M    **Juliet #:** 805

# MARION COUNTY JAIL
## HEALTH SERVICES

*Luis-Hernandez* **MEDICAL REQUEST FORM**

**NAME:** *Hernandez Luis*                    **SID#:** *21941529*
Last *(Apellido)*      First *(Nombre )*      M.I. *(Inicial)*      *(Numero de Identificacion)*
**Location: POD:** *C8* **Cell:** *106* **Date of Birth** *07-24-69* **Today's Date:** *7-5-2022*
*(Ubicacion)*          *(Selda)*          *(Fecha de Nacimiento)*      *(Fecha de hoy)*
**Do you have any allergies to medications? If yes, list:** *Not for this*
*(Tiene alergias a algunos medicamentos?) Por favor diga a cuales*
**Tell us about your health problem:** *I would like to know what's going on*
*(Describa su problema de salud)* *with the process of the appuation on*
*my left arm it has been hearting sevirly I am in a*
*lot of pain I was told by the surgen that it was up*
*to the jail to set up the appointment for my left*
*arm surgery, So I would like to know when is that*
*surgery going to be. Because when I am in a cedd place*
*my arm hearts very much this I have been noteceing*
**How long have you had this problem?** *10/19/2022*
*(Por cuanto tiempo ha tenido este problema?)*

**This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I
understand that the jail may charge me for some of these services and deduct it from my account during
the current or future stays in jail. I will get necessary health care even if I am unable to pay.**
*(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por
parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme por algunos de estos
servicios medicos y deducirlos de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo
recibir cuidado medico incluso si no pudiera pagar.*

**Signature:** *Modesto J H*
*(Firma)*

**If you have an emergency, tell the jail staff right away!**
*(Si usted tiene una emergencia medica avise a los oficiales pronto!)*

**Received By Alpha #:** *Pason zurlo* **Date:** *07/05/22* **Time:** *2210*

### Health Services Nursing note/plan

Date: _____

*placed on sick call list*

**RN's or MH Initials:** _____ **Juliet #:** *26*
*7-6-22    1555*

C3 102

# MARION COUNTY JAIL
## HEALTH SERVICES

### MEDICAL REQUEST FORM

NAME: __Luis Hernandez Modesto__ SID#: __21941529__

Last *(Apellido)*   First *(Nombre)*   M.I. *(Inicial)*   *(Numero de Identificacion)*

Location: POD: __C3__ Cell: __102__ Date of Birth: __07-24-09__ Today's Date: __07/26/22__

*(Ubicacion)*   *(Selda)*   *(Fecha de Nacimiento)*   *(Fecha de hoy)*

Do you have any allergies to medications? If yes, list: __No__

*(Tiene alergias a algunos medicamentos?) Por favor diga a cuales*

Tell us about your health problem: __I think I got a__

*(Describa su problema de salud)* __allergic reaction to my__
__medication because I got pimples__
__In my stomach AND I feel__
__a burning sensation on my eyes.__
__If somebody can please see me.__
__please and thank you__

How long have you had this problem? __2 days__

*(Por cuanto tiempo ha tenido este problema?)*

**This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I understand that the jail may charge me for some of these services and deduct it from my account during the current or future stays in jail. I will get necessary health care even if I am unable to pay.**

*(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme por algunos de estos servicios medicos y deducirlos de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo recibir cuidado medico incluso si no pudiera pagar.*

Signature: __Modesto L.H.__

*(Firma)*

**If you have an emergency, tell the jail staff right away!**

*(Si usted tiene una emergencia medica avise a los oficiales pronto!)*

Received By Alpha #: __A211 Boswell__ Date: __07/26/2022__ Time: __1020__

### *Health Services Nursing note/plan*

Date: __7-27-22__

__Your dressing was changed.__
__Ø Rash was observed.__

RN's or MH Initials: __12__ Juliet #: __12__

S-102

# MARION COUNTY JAIL
## HEALTH SERVICES

## MEDICAL REQUEST FORM

**NAME:** _luis Hernandez Modesto_     **SID#:** _21941529_
   *Last (Apellido)*    *First (Nombre )*    **M.I. (Inicial)**    *(Numero de Identificacion)*
**Location: POD:** _C3_   **Cell:** _102_   **Date of Birth:** _07-24-69_   **Today's Date:** _08-31-2022_
   *(Ubicacion)*     *(Selda)*     *(Fecha de Nacimiento)*     *(Fecha de hoy)*

**Do you have any allergies to medications? If yes, list:** _N/A_
*(Tiene alergias a algunos medicamentos?) Por favor diga a cuales*

**Tell us about your health problem:** _Pues miren nada mas quiero dagles_
*(Describa su problema de salud)* _de saber que porque estan posiendo_
_el cobro de la medisina en micuenta cuado ya_
_saben que si estoy Tomando esasa mesinas es por el la_
_orden del sirujano el que me opeso en mi onbro y_
_Yo nose porque quise que yo lo pague cuando la_
_Cascel Tiene que pagmar todo esos gastos o cobros_
_porque el acidente paso cuado yo estaba_

**How long have you had this problem?** _Trabajando para la cadsel o paga_
*(Por cuanto tiempo ha tenido este problema?)* _ustedes nesesito ablad con alguin_
_sobre estos Problemas._

This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I understand that the jail may charge me for some of these services and deduct it from my account during the current or future stays in jail. I will get necessary health care even if I am unable to pay.
*(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme por algunos de estos servicios medicos y deducirlos de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo recibir cuidado medico incluso si no pudiera pagar.*

**Signature:** _luis Hernandez Modesto_
*(Firma)*

**If you have an emergency, tell the jail staff right away!**
*(Si usted tiene una emergencia medica avise a los oficiales pronto!)*

**Received By Alpha #:** _A205_    **Date:** _08/31/2022_    **Time:** _1915_

### Health Services Nursing note/plan

Date: _____

_placed in sick_
_call 115_

RN's or MH Initials: _____ Juliet #: _J26_

_9-1-22   1610_

# MARION COUNTY JAIL
## HEALTH SERVICES

3-107

## MEDICAL REQUEST FORM

**NAME:** Hernandez        Modesto        Luis        **SID#:** 21941529
Last (Apellido)        First (Nombre )        M.I. (Inicial)        (Numero de Identificacion)

**Location: POD:** C3    **Cell:** 102    **Date of Birth:** 7-24-69    **Today's Date:** 8-31-22
(Ubicacion)        (Selda)        (Fecha de Nacimiento)        (Fecha de hoy)

**Do you have any allergies to medications? If yes, list:** N/A
(Tiene alergías a algunos medicamentos?) Por favor diga a cuales

**Tell us about your health problem:** I temporarily need an extra towel to do several of
(Describa su problema de salud) the excercizes ____ - physical therapy for my
shoulder. They want me to put my hand on the wall and rub with
applying pressure, my hand up the wall and down the wall. The wall is very dirty
and also have ____ kneel on the floor to do some excercizes.

Please and Thank You. Just until my physical Therapy is
finished.

**How long have you had this problem?** ____
(Por cuanto tiempo ha tenido este problema?)

**This is my permission to get psychiatric, medical or dental exams and treatment from jail staff. I understand that the jail may charge me for some of these services and deduct it from my account during the current or future stays in jail. I will get necessary health care even if I am unable to pay.**
(Este documento representa mi permiso para recibir examenes medicos, tratamiento psiquiatrico o dental por parte del personal de salud de la carcel. Yo entiendo que la carcel puede cobrarme por algunos de estos servicios medicos y deducirlos de mi cuenta, durante la presente o futuras estadias en la carcel. Yo puedo recibir cuidado medico incluso si no pudiera pagar.

**Signature:** Luis Hernandez Modesto
(Firma)

**If you have an emergency, tell the jail staff right away!**
(Si usted tiene una emergencia medica avise a los oficiales pronto!)

**Received By Alpha #:** A266        **Date:** 08-31-22        **Time:** 0957

### Health Services Nursing note/plan

Date: ____

placed on sick call list

RN's or MH Initials: ____ Juliet#: 26
9-1-22        1611

Billing: 503-566-3507
PO Box 13730
Salem, OR  97309

Pay online at:
WillametteSurgeryCenter.com



**WILLAMETTE**
SURGERY CENTER

MODESTO  LUIS HERNANDEZ
4000 AUMSVILLE HWY SE
Salem, OR 97317

# STATEMENT

**Patient Name:** MODESTO  LUIS HERNANDEZ
**Insurance Carrier:** Marion County Sheriffs Office
**Subscriber ID:** 21941529
**Group #:**

**MRN:** 400776
**Statement Date:** 08/12/2022
**Pay This Amount:** $14,647.50
**Due Date:**

| Date | Description | Charges | Adjustments | Balance |
|------|-------------|---------|-------------|---------|
| **07/19/2022** | **29827; SURGICAL ARTHROSCOPY SHOULDER W/ROTATOR CUFF RPR** | **$12,266.00** | | **$8,586.20** |
| 07/19/2022 | Write Off- Insurance Contract | | -$3,679.80 | |
| **07/19/2022** | **29828; SURGICAL ARTHROSCOPY SHOULDER BICEPS TENODESIS** | **$8,659.00** | | **$6,061.30** |
| 07/19/2022 | Write Off- Insurance Contract | | -$2,597.70 | |

| Current | 31 Days | 61 Days | 91 Days | 121+ Days | Please Pay |
|---------|---------|---------|---------|-----------|------------|
| $14,647.50 | $0.00 | $0.00 | $0.00 | $0.00 | **$14,647.50** |

**Payment due upon receipt. Pay online at WillametteSurgeryCenter.com.**

# MARION COUNTY SHERIFFS OFFICE

## Inmate Note Details

| Inmate Name | Inmate ID | Booking Number |
|---|---|---|
| **LUIS-HERNANDEZ, MODESTO** | **651660** | **21003298** |

### INMATE NOTE DETAILS

| DATE | CODE - DESCRIPTION | | |
|---|---|---|---|
| **10/23/2021 00:12** | **MED EQUIP - MEDICAL EQUIPMENT IN CELL** | | |

| SUB CODE - DESCRIPTION |
|---|
| **SHOES - DECK/PERSONAL SHOES ISSUED** |

| COMMENTS |
|---|
| **DECK SHOES** |

| ENTERED DATE | ENTERED BY | UPDATED DATE | UPDATED BY |
|---|---|---|---|
| **10/23/2021 00:13** | **7081 - DEOLUS, ANTHONY** | | |

# MARION COUNTY SHERIFFS OFFICE

## Inmate Note Details

| Inmate Name | Inmate ID | Booking Number |
|---|---|---|
| **LUIS-HERNANDEZ, MODESTO** | **651660** | **21003298** |

| INMATE NOTE DETAILS | | | |
|---|---|---|---|
| DATE | CODE - DESCRIPTION | | |
| **10/23/2021 00:13** | **MED EQUIP - MEDICAL EQUIPMENT IN CELL** | | |
| SUB CODE - DESCRIPTION | | | |
| **SOCKS - SOCKS ISSUED** | | | |
| COMMENTS | | | |
| **BLUE MEDICAL SOCKS** | | | |
| ENTERED DATE | ENTERED BY | UPDATED DATE | UPDATED BY |
| **10/23/2021 00:13** | **7081 - DEOLUS, ANTHONY** | | |



# MARION COUNTY SHERIFF'S OFFICE

## JOE KAST, SHERIFF

February 8, 2022

Modesto Luis-Hernandez
SID # 21941529
Marion County Jail
C7-104

Re: Grievance Appeal

Dear Mr. Luis-Hernandez:

I have received your request for an appeal on your grievance dated 01/26/2022, grievance number 002862. In the grievance you state you slipped and fell causing you injury. You state you were seen by the facility doctor, but need to see a hospital doctor.

10/19/2021 - you fell and submitted a kyte
10/19/2021 - you were seen by the doctor, given medication, placed on lower tier/lower bunk status, and taken off work.
10/22/2021 - you were seen by the FNP, given medication and shoes and socks.
01/21/2022 – you were seen by the doctor and given shoulder exercises.
01/28/2022 – you were seen by the doctor, consult was ordered for further evaluation.

Based on the above information, you were seen on the date of injury and now have an outside consult scheduled. If you have any other medical needs or concerns, please notify medical.

Sincerely,

Tad Larson
Commander
Marion County Jail

Marion County Courthouse • 100 High Street NE / PO Box 14500, Salem, OR 97309
503.588.5094 • 503.588.7931 (fax) • www.co.marion.or.us/so
"To whom much is entrusted, much is expected."



# MARION COUNTY SHERIFF'S OFFICE
## JOE KAST, SHERIFF

# FAX COVER SHEET

To: Scheduling

Agency: HOPE Orthopedic

Fax Number: 503-540-6404

Phone Number: 503-540-6300

Date: 03-02-2022

From: Deputy John Gelatt

Agency:___ Jail/Medical Unit

Fax Number:___ (503)588-6819

Phone Number:___ (503)588-8528

Number of Pages: 2
(Including cover sheet)

---

### *Confidentiality Notice*

The material enclosed within this facsimile transmission is private and confidential and is the property of the sender. The information may be privileged and is intended only for the use of the individual(s) or entity to which it is directed. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distributing or the taking of action in reliance on the contents of this telecopy information is strictly prohibited. If you have received this telecopy information in error, please notify our office immediately at (503) 588-8528 to arrange for the return of the forwarded documents. Thank You

---

**MESSAGE:**

**Modesto Luis-Hernandez (07-24-1969 currently resides at the Marion County Jail. He has been seen by the jail doctor, Dr. Lance Loberg. Our doctor would like this patient to be seen for MRI and arthrogram of left the shoulder and MRI of the left hamstring and any follow-up care.**

**Please make arrangements ASAP for scheduling by contacting:**

**Deputy J. Gelatt at 5035886815**

---

Name: Luis Hernandez, Modesto                    DOB: 07/24/1969                    Date

@002/002

03/02/2022 WED 17:30 FAX

PLEASE WRITE FIRMLY    USE BLACK BALL POINT PEN
## MARION COUNTY JAIL - PHYSICIAN'S ORDERS

| Date: 1/21/22 | Time: 845 | Name: luis-Hernandez, Modesto | 1 |

① off wall

*(illegible handwriting)*

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: 1/28/2022 | Time: 840 | Name: | CS-105 | 2 |

① Consult HVPE ortho. fell 10/31 while working
in jail — c/o continued problems since fall
with R arm/shoulder, + left leg —
please evaluate

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: 2/25/22 | Time: 705 | Name: | 3 |

① L shoulder MRI c arthrogram at HVPE ortho
and

② MRI of L hamstring at HVPE ortho

③ HVPE ortho f/u after MRI's

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: | Time: | Name: | 4 |

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

Patient Name luis-Hernandez, Modesto  Physician Dr Loberg

Allergies NKDA

1/15DM

DOB: 07/24/1969



# FAX COVER SHEET

To: _____

Agency: **HOPE ORTHO**

Fax Number: **503-540-6404**

Phone Number: _____

Date: **02/08/2022**

From: **DEPUTY JOHN GELATT**

Agency: MARION COUNTY SHERRIFS OFFICE

Fax Number: **503-588-6819**

Phone Number: **503-588-6815**

Email: JGELATT@CO.MARION.OR.US

Number of Pages: _____
(Including cover sheet)

---

**CONFIDENTIALITY NOTICE**

The material enclosed within this facsimile transmission is private and confidential and is the property of the sender. The information may be privileged and is intended only for the use of the individual(s) or entity to which it is directed. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distributing or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this facsimile in error, please notify our office immediately at (503) 588-5094 to arrange for the return of the forwarded documents.

---

Special Instructions:

LUIS-HERNANDEZ, MODESTO  DOB: 07/24/1969   SID: 21941529

This subject is a AIC at the Marion County Jail , Or Dr. Lance Loberg  is requesting a consult for rt arm rt shoulder lt leg pain

Please contact me to set a appointment time and date.

Thank you    Deputy John Gelatt   503-588-6815

Rev. 6/19

Marion County Courthouse • 100 High Street NE / PO Box 14500, Salem, OR 97309
503.588.5094 • 503.588.7931 (fax) • www.co.marion.or.us/so
"To whom much is entrusted, much is expected."



**Marion County Jail**
**Health Services Unit**
4000 Aumsville Hwy. S.E., Salem, Oregon 97317
Phone (503)588-8528   Fax (503)588-6819

DATE _2-2-22_

## OUTSIDE CONSULT REQUISITION

**PATIENT INFO**

Name _Luis Hernandez, Modesto_

SID _2941529_          DOB _7-24-69_

Allergies _NKDA_

MRD _____

**REFERRAL INFO**

Doctor's Name _____

Clinic Name _Hope Ortho_

Date/Time of Appt _____

Address _____

Phone Number _____

Directions _____

Reason For Consult _Fall 10/21 a Continuered_
_to Shoulder/leg, + testicle Pain_

_____

**Special Instructions** _____

_____

_____

**Date Completed** _____

PLEASE WRITE FIRMLY    USE BLACK BALL POINT PEN
## MARION COUNTY JAIL - PHYSICIAN'S ORDERS

| Date: 1/21/2 | Time: 845 | Name: Luis-Hernandez, Modesto | **1** |
|---|---|---|---|

Ⓓ off wrist

*(handwritten notes)*

L Loberg M

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: 1/28/2022 | Time: 840 | Name: | CS-105 | **2** |
|---|---|---|---|---|

Ⓓ Consult HMTZ who, full 10/31 while working
in Jail — c/o continued problems since fall
with R arm/shoulder, + left leg —
please evaluate

L Loberg M

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: | Time: | Name: | **3** |
|---|---|---|---|

COPY

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: | Time: | Name: | **4** |
|---|---|---|---|

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

Patient Name __Luis-Hernandez, Modesto__ Physician __Dr Loberg__

Allergies __NKDA__                                              1/15DM

# MARION COUNTY JAIL

## Patient Physical History Sheet

**Patient Name:** Luis-Hernandez Modesto    **SID#** 2194158 9

| Date | Physician Notes |
|------|-----------------|
| 1/28/22 6 u | Nur-uu |
| | cont c/o r arm/shoulder + L leg swell |
| | 10/81 fall — will ask for ortho consult |
| | for evaluation to see if further imaging = w/u |
| | is warranted |
| | L Cobroy m |
| | |
| | |
| | *COPY* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# MARION COUNTY JAIL

### Patient Physical History Sheet



**Patient Name:** Luis-Hernandez, Modesto          SID# 27941529.

| Date | Physician Notes |
|------|-----------------|
| 14 20/81 7u5 | Review 2 hrs long to be off work — until full resolution of back/thigh pain ——— *L [signature] M* |
| 11/4/81 6u5 | Review Tigmgin started for 9 BP — reviews well o/c but monitor BP 2x/wk — review next ——— *L Loberg M* |
| 11/x/81 730 | Review Tibinery BP v's — o/c ——— *L Loberg M* |
| 11/30/81 8u5 | Review BP free of hismgovs — o/c ——— *L Loberg M* |
| 1/30/82 8 15 | ⑧ in for cont to multiple ms since 10/81 injury L shoulder, L groin, L knee — states he needs to be sent out for imaging — told by FNP — notly in refer ⑥ neck — nl ROM   L shoulder — nl strength — + RMS on material L knee — nl   L ankle — nl DTR — yt knee, lt ankle   Grom — 2 tenderness Ⓐ ① multiple ms c/o ∈ objective tendings ⑪ ② told no reason for advanced imaging ③ off work due to ongoing c/o ③ shoulder exercises. ——— *L Loberg M* |

02/08/2022 TUE 13:37 FAX                                                    ☒006/006

# MARION COUNTY JAIL

## Patient Physical History Sheet



**Patient Name:** Luis- Hernandez Modesto          **SID#** 21941929

| Date | Physician Notes |
|------|-----------------|
| 10/19/21 845 | Ⓢ brought in for eval – slipped on floor + fell c̄ code – c̄ pain L low back + upper leg – h/o of prior fx L foot c̄ pain going up stairs |
| | Ⓞ pain – mild pain<br>MS – ul ROM Hip<br>TPP along hamstrings + low back<br>knee – wnl ul ROM<br>foot – no obvious deformity |
| | Ⓐ 1) acute low back + thigh strain<br>2) h/o L foot pain |
| | Ⓟ 1) LBLT<br>2) off wall<br>2) IBu + TEN × 14d<br>methocarbamol 500mg TEN × 7d ____ L Gibson |
| 10/22/21 0820 | S) Reports injury when mopping and slipped on wet floor. "I did the splits." States hurts so bad "I can't sit." Pain is worse in back of Ⓡ thigh and front of Ⓛ groin. From LLQ abd to Ⓡ groin. Already taking Ibu 800mg tid and Robaxin 500mg tid × 7 days.<br>O) NAD, Spanish speaking interpreter present. MSK - TPP Ⓡ hamstring, Ⓛ low back and LLQ/Ⓡ groin. No swelling or deformity. No heat.<br>A) Acute Ⓡ back and Ⓛ thigh strain<br>P) ↑ Robaxin 1000mg tid × 7 days. Tylenol 1000mg bid × 30 days. Socks + deck shoes. LBLT. ____ Ⓑmilla FNP-C |

Name: Luis Hernandez, Modesto                    DOB: 07/24/1969                    Date

Electronically Signed By: Elliott, Sean ANP 03/21/2022 12:36:38 PM



**orthopedics** of oregon

1600 State Street
Salem, OR 97301
**Phone:** 503-540-6300
**Fax:** 503-540-6404
www.hopeorthopedics.com

| | |
|---|---|
| **PATIENT ID:** 107000074752 | **EXAM DATE:** 03/17/2022 |
| **PATIENT:** MODESTO LUIS HERNANDEZ | **ACCESSION #:** 1657468 |
| **DATE OF BIRTH:** 07/24/1969 | **REFERRED BY:** SEAN ELLIOT ANP |

**MR LT HAMSTRING**

**HISTORY**
Injury 3 months ago, pain and weakness.

**COMPARISON**

**STUDIES**
Radiographic series 02/23/2022

**TECHNIQUE**
Multiplanar sequences with T1, intermediate, T2, and/or T2*-weighted image contrast.

**FINDINGS**

*Hamstring complex:* The common hamstring tendon is avulsed from the ischial tuberosity origin and is retracted distally by 4 cm. Moderate fatty atrophy of the semimembranosus, semitendinosis, and biceps femoris muscles.

*Remainder of muscle and tendon groups:* Unremarkable.

*Osseous:* No fracture or destructive process.

*General:* No soft tissue mass. Small amount of fluid in the trochanteric bursa.

**IMPRESSION**

1. Common hamstring complex tendon: Avulsed from the ischial tuberosity origin and is retracted distally by 4 cm. Moderate fatty atrophy semimembranosus, semitendinosis and biceps femoris muscles.

Electronically signed by Stephen F. Quinn, M.D. (Friday, March 18, 2022 1:57:52 PM)

*SUBSPECIALTY INTERPRETATION PROVIDED BY*

**R A D S O U R C E**

THANK YOU FOR ENTRUSTING YOUR PATIENT'S CARE TO US.

Name: Luis Hernandez, Modesto                    DOB: 07/24/1969                    Date



1600 State Street
Salem, OR 97301
**Phone:** 503-540-6300
**Fax:** 503-540-6404
www.hopeorthopedics.com

**PATIENT ID:** 107000074752
**PATIENT:** MODESTO LUIS HERNANDEZ
**DATE OF BIRTH:** 07/24/1969

**EXAM DATE:** 03/17/2022
**ACCESSION #:** 1657469
**REFERRED BY:** SEAN ELLIOT ANP

**MR SHOULDER - LEFT**

**HISTORY**
Dislocation, posterior pain, evaluate for labral tear

**COMPARISON**

**STUDIES**
Radiographic series 02/23/2022

**TECHNIQUE**
Multiplanar sequences with T1, intermediate, T2, and/or T2*-weighted image contrast.

**FINDINGS**

*ROTATOR CUFF:* Moderate severity supraspinatus and infraspinatus tendinopathy. Advanced fatty atrophy teres minor muscle. Subscapularis tendon severely attenuated lateral 2.5 cm secondary to near complete partial-thickness articular surface tearing.

*CORACOACROMIAL ARCH:* AC joint mild osteoarthritis with loss of articular cartilage, cortical irregularities and osseous remodeling.

*GLENOHUMERAL JOINT:* Long head of biceps tendon mildly medially subluxed with tendinopathy. Diffuse complex tearing of the superior and anterior labral segments. Osteochondral abnormality with loss of articular cartilage and cortical irregularities anterior inferior glenoid.

*OSSEOUS/BONE MARROW:* No fracture or significant osseous abnormality.

*GENERAL:* Small amount of subacromial bursal fluid with synovitis.

**IMPRESSION**

1. Rotator cuff tendon complex: Moderate severity supraspinatus and infraspinatus tendinopathy. Advanced fatty atrophy teres minor muscle. Subscapularis tendon severely attenuated lateral 2.5 cm secondary to near complete partial-thickness articular surface tearing.
2. AC joint: Mild osteoarthritis.
3. Glenohumeral joint complex: Long head of biceps tendon mildly medially subluxed with tendinopathy. Diffuse complex tearing of the superior and anterior labral segments. Osteochondral abnormality anterior inferior glenoid with loss of articular cartilage and cortical irregularities.

Electronically signed by Stephen F. Quinn, M.D. (Friday, March 18, 2022 1:49:57 PM)

MODESTO LUIS HERNANDEZ (107000074752)                    MR - Shoulder - Left on 03/17/2022

*SUBSPECIALTY INTERPRETATION PROVIDED BY*

**R A D S O U R C E**

THANK YOU FOR ENTRUSTING YOUR PATIENT'S CARE TO US.



# REQUEST FOR AND REPORT OF CONSULTATION
### MARION COUNTY JAIL
### MEDICAL DEPARTMENT
### 4000 AUMSVILLE HWY S.E.
### SALEM, OR 97317

DATE _5-17- 2022_

NAME _LUIS - HERNANDEZ, MODESTO_ DOB _7-24-69_ SID _21941529_

CONSULTANT _HOPE ORTHO_

PHYSICIAN REQUESTING CONSULTATION_____

PROBLEM (REASON FOR REQUEST) _____ (i) shoulder rotator cuff tear

(ii) proximal hamstring rupture.

_____

**EVALUATION**

S. _____

O. _____

A. _____

P. _____

DIAGNOSIS _____

_____

RECOMMENDATIONS _____ (i) shoulder rotator cuff repair

(ii) hamstrings → physical therapy

CONSULTANT SIGNATURE _____   DATE 5/17/2022

☐ REPORT EXTENDED TO PROGRESS NOTES                      MCJ REV 2019



# REQUEST FOR AND REPORT OF CONSULTATION

**MARION COUNTY JAIL**
**MEDICAL DEPARTMENT**
**4000 AUMSVILLE HWY S.E.**
**SALEM, OR 97317**

DATE _3-30-2022_

NAME _LUIS — HERNANDEZ_    _MODESTO_    DOB _7-24-69_ SID _21941529_

CONSULTANT _Hope ORTHO_

PHYSICIAN REQUESTING CONSULTATION_____

PROBLEM (REASON FOR REQUEST)_____

_____

_____

**EVALUATION**

S. _____

O. _____

A. _____

P. _____

DIAGNOSIS _L RER RCT SubScap. OCD Retra_
_Glenoid—Labral Complex Humerus Tear_
_Tear._
_(L)_

RECOMMENDATIONS _Route Apt. ⊂ DR ellish_
_for F/U L-Shoulder + Humerus_

CONSULTANT SIGNATURE _____ DATE _3-30-2022_

☐ REPORT EXTENDED TO PROGRESS NOTES        MCJ REV 2019



**REQUEST FOR AND REPORT OF CONSULTATION**
MARION COUNTY JAIL
MEDICAL DEPARTMENT
4000 AUMSVILLE HWY S.E.
SALEM, OR 97317

DATE 2/23/2022

NAME LUIS - HERNANDEZ, MODESTO DOB 7-24-69 SID 21941529

CONSULTANT HOPE ORTHO

PHYSICIAN REQUESTING CONSULTATION _____

PROBLEM (REASON FOR REQUEST) _____

_____

_____

**EVALUATION**

S. GLF Splits Fell L-Shoulder Pain (L) and Hamstring.

O. H.P OK. Knee OK Hamstring

A. 3/5 L - Weak c Pain. L Shoulder + Impingement Symptom ±/- Weakness Rotator cuff

P. Suspect Hamstring Tear. L - Partial vs. Full cuff Tear + PLM Injection (L) Shoulder today MRI L Hamstring F/U p̄ Abv.

**DIAGNOSIS**

Hamstring Sprain (L) Rotator cuff Dysfunction (L)

**RECOMMENDATIONS** Inject L - Shoulder today it cu't Symptoms (Pain) Recommend MRI c Arthrogram L Shoulder MRI L Hamstring. F/U p̄ MRI L Hamstring.

**CONSULTANT SIGNATURE** _____ **DATE** _____

☐ REPORT EXTENDED TO PROGRESS NOTES                    MCJ REV 2019

**Hope Therapy Services**
1600 State St
Salem, OR  97301-4257
Phone: (503)540-6472
Fax: (503) 540-6480

| | | | |
|---|---|---|---|
| **Date:** | August 30, 2022 | | |
| **Patient Name:** | Luis Hernandez  Modesto | **MR #:** | |
| **Date of Birth:** | 07/24/1969 | **Phone:** | (503)588-6815 |
| **Insurance:** | Marion County Sheriffs Office | | |

---

### HOPE THERAPY SERVICES INITIAL EVALUATION

**MEDICAL DIAGNOSIS:**     M75.121     Nontraumatic complete tear of right rotator cuff (M75.121)

**TREATING DIAGNOSIS:**     M25.512     Pain, joint, shoulder, left (M25.512)
                           M25.612     Stiffness of left shoulder joint (M25.612)
                           M62.81      Muscle weakness (generalized) (M62.81)

**PRECAUTIONS /**
 **CONTRAINDICATIONS:**     None
**TOTAL TREATMENT TIME:**    40 minutes
**DATE OF ONSET:**           07/19/2022
**TREATMENT STARTED:**       08/30/2022
**VISIT#:**                  1
**TIME IN:**                 9:10
**TIME OUT:**                10:00

**TREATING THERAPIST:**     Jennifer F. Truax MSPT ATC R
**REFERRING PROVIDER:**     Donna Millan FNP   --  Elkin

---

**Body Part / Injury:**     Left Shoulder

**Surgical Procedure**
L RCR with biceps tenodesis     **Date:** 07/19/2022     **Days post op:**  1 Month 11 Days

**Pain level at rest:**     3/10

**Pain level during activity:**     4/10

**PQRS:**
## Subjective
Luis presents to PT today w a Spanish Speaking Interpreter and a Sheriff Transport guard.  He is 6 weeks s/p R RCR with bicep tenodesis and was sent to PT for a HEP instruction to use while in prison.

---

**Date:** August 30, 2022          **Page:** 1          **Patient's Name:** Luis Hernandez Modesto
**Document Name:** NW PT Initial Eval          **MR#:**

He is using pain meds and asks when he can come off of them. He agrees to approach this question at his follow up.

**He c/o LE pain as well and asks about an injury to his L leg. We deferred this for now given he has not had any PT since surgery and he is 6 weeks s/p.**

## Objective

Interpreter present: David Ramirez  ID: 12709

Initial evaluation complete.  Neurovascular status intact. Pt educated on current surgical procedure and expectations of rehab. Instructed and demonstration of
HEP (HO provided) which includes:
Access Code: X94PWBDV
Seated Shoulder Flexion Towel Slide at Table Top - 2-3 x daily - 7 x weekly - 2-3 sets - 10-15 reps
Scaption Wall Slide with Towel -
Seated Shoulder Shrugs -
Seated Scapular Retraction -
Seated Elbow Flexion AAROM -
Seated Upper Trapezius Stretch (Mirrored) -

Pt has limitations given the prison environment.

**Initial Eval:**  PT-low complexity 15 minutes. No personal factors or co-morbidities. Presents with stable and uncomplicated characteristics.

**Ther Ex:**  25 minutes
TherEx was performed to HEP Education.

## Shoulder Evaluation

### Range of Motion

|  | **RIGHT** | |
|---|---|---|
| Flexion | Active: 170 | Strength: 5/5 |
| Abduction | Active: 170 | Strength: 5/5 |

|  | **LEFT** | |
|---|---|---|
| Flexion | Active: 60 | Passive: 115 |
| Abduction | Active: 30 | Passive: 115 |

## Assessment

Patient presents to therapy s/p Lt RCR. Pt demonstrates a good understanding of the surgical procedure and HEP. The clinical findings support the medical necessity to implement physical therapy treatment. Pt presents with deficits in ROM and strength. Pt would benefit from therapy to increase ROM and strength and decrease pain to return to prior level of function as described in the eval.

Rehab potential is expected to be good
Patient's motivation appears to be good
Patient's understanding of the condition is good

---

**Date:** August 30, 2022          **Page:** 2          **Patient's Name:** Luis Hernandez Modesto
**Document Name:** NW PT Initial Eval          **MR#:**

## Plan

Patient to be seen as listed to meet goals. Will progress ROM and strength per MEDIUM/LARGE RCR protocol and as appropriate. Modalities as needed for pain control. Patient was informed of evaluation findings, involved in goal development and education. Given evaluation findings, the prognosis is GOOD with respect to achieving the above listed goals.

I will give Tommy Vu his advancement exercises for phase II of his rehab process. :

**Exercises**

      Range of motion
      Strengthening
      Home exercise program

**Frequency**:      1 times per week
**Duration:**      1 week(s)

## GOALS

**Short Term Goals**

Maintain integrity of repair by Following precautions and adhering to sling usage
      **To be met in 1 weeks  To be met by 08/30/2022**

Pt compliance with HEP 2-3x daily
      **To be met in 2 weeks**

Increase PROM flexion to 115 deg
      **To be met in 3 weeks  To be met by 08/30/2022**

Pt to begin transition out of sling abd pillow 08/30/2022

*I have reviewed and agree with today's treatment.*

**I certify the need for these services for up to 90 days under this plan of treatment and while under my care.**

_____      _____8/30/22.
**Provider**                         **Date**

*This document was generated electronically through NextGen EMR system.*

Electronically signed by Jennifer F. Truax MSPT ATC R on 08/30/2022 11:07 AM

**Date:**  August 30, 2022      **Page:**  3      **Patient's Name:**  Luis Hernandez Modesto
**Document Name:**  NW PT Initial Eval                **MR#:**

July 27, 2023

TO:   Willamette Surgery Center
      c/o Medical Records
      P.O. Box 13730
      Salem, OR 97309

From: Modesto Luis-Hernandez
      SID# 21941529
      SRCI
      777 Stanton Blvd.
      Ontario, OR 97914

RE:
Dear/To whom it may concern,

     I am requesting a copy of all medical records pertaining to all of my visits to your facility from around September 2021 until around August 2022. I am requesting this information for my previous surgeries and any medical care provided, including any additional notes taken or recorded by my attending medical care providers at the time.

     My information is as follows:

     Name: Modesto Luis-Hernandez

     DOB: 7-24-1969

Respectfully, *Luis Hernandez Modesto*

_____

cc.   Orthopedics of Oregon
      c/o Medical Records
      1600 State St
      Salem, OR 97301

Modesto Luis-Hernandez
SID# 2194152 9
SRCI
777 Stanton Blvd
Ontario, OR 97914

AUG 0 7 2023

 Quest Diagnostics    Page 1 of 1        07/18/2022    07:30:49 AM

**Report Status: Final**

**LUZS-HERNANDEZ, MODESTO**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **LUZS-HERNANDEZ, MODESTO**<br><br>DOB: 07/24/1969    AGE: 52<br>Gender:  M    Fasting: U<br>Phone:  NG<br>Patient ID: 21941329 | Specimen:  OW967624R<br>Requisition: 7043311<br><br>Collected:  07/16/2022 / 02:56 PDT<br>Received:  07/17/2022 / 08:18 PDT<br>Reported:  07/18/2022 / 07:20 PDT | Client #: 31006202    SL00005<br>LOBERG, LANCE G<br>MARION COUNTY CORRECTIONAL<br>4000 AUMSVILLE HWY SE<br>SALEM, OR 97301-9112 |

## SARS-CoV-2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT | | | NW |
| SARS CoV 2 RNA | NOT DETECTED | NOT DETECTED | |

A Not Detected result means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection.

A Not Detected result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in the context of clinical observations and epidemiological data for patient management decisions.

Test Method: Nucleic Acid Amplification Test including reverse transcription polymerase chain reaction (RT-PCR) and transcription mediated amplification (TMA). This test method meets the US Centers for Disease Control and Prevention (CDC) pre-departure and arrival requirement for viral test for COVID-19 dated January 28, 2021. Testing requirements for traveling may change with time. The patient is responsible for determining the test requirements for each nation while they are traveling.

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2 https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/fact-sheet2

Due to the current public health emergency, Quest Diagnostics is accepting samples from appropriate clinical sources collected using a wide variety of swabs and transport media for COVID-19. Not detected test results derived from specimens received in non- commercially manufactured viral collection kits or those not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and take extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid-19.

For patients with a Detected or Inconclusive test result, please see CDC's COVID-19 Treatments and Medications page located at https://www.cdc.gov/coronavirus/2019-ncov/your-health/treatments-for-severe-illness.html for information on COVID-19 therapeutics.

For patients with a Not Detected test result, please see CDC's Vaccines for COVID-19 page located at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html for information on COVID-19 vaccines.

Physician Comments:

**PERFORMING SITE:**

NW    QUEST DIAGNOSTICS-SEATTLE, 1737 AIRPORT WAY, S. SUITE 200, SEATTLE, WA 98134-1436 Laboratory Director: ROBERT W GRAHAM MD, CLIA- 50D0833094



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Hope Orthopedics Of Oregon
1600 State St
Salem, OR  97301-4257
Phone: (503)540-6300
Fax: (503) 540-6404

| | |
|---|---|
| Patient: | **Modesto Luis Hernandez** |
| Date of Birth: | 07/24/1969 |
| Date: | 07/12/2022 2:18 PM |
| Visit Type: | Pre-Operative Visit |
| Provider: | Yon Gomez PA-C |
| Historian: | self |

This 52 year old client presents for left shoulder Pain.

# History of Present Illness
## 1.  left shoulder Pain
## Subjective:
52-year-old male who presents today for preoperative evaluation of his left shoulder. Patient is scheduled to undergo a left shoulder arthroscopy, rotator cuff repair, subacromial decompression, extensive debridement, biceps tenodesis on 07/19/2022.

Today patient rates his pain as a 6/10. Patient reports no significant changes to the shoulder since last examination.

# Problem List

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Impingement syndrome, shoulder, left | | N | | |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | | N | | |
| Traumatic partial tear of left biceps tendon, subsequent encounter | | N | | |
| Full thickness tear of left subscapularis | | N | | |

tendon, subsequent
encounter

**Past Medical History** (Detailed)
Patient reported no relevant past medical/surgical history.

**Medication Reconciliation**
Medications reconciled today.
Patient is on no medications.

**Allergies:**

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

# Family History
(Detailed)

Patient reports there is no relevant family history.

# Social History  (Detailed)
Tobacco use reviewed.

Preferred language is Spanish; Castilian.

Tobacco use status: Current non-smoker.

Smoking status: Never smoker.

## Tobacco Screening
Patient has never used tobacco. Patient has not used tobacco in the last 30 days. Patient has not used smokeless tobacco in the last 30 days.

## Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| | Never smoker | | | | |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Cyanosis and Irregular heartbeat/palpitations. |
| GI | Negative | Constipation, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance and Heat intolerance. |
| Neuro | Negative | Difficulty walking, Dizziness and Headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position | Measured By |
|---|---|---|---|---|---|---|
| 2:45 PM | 5.0 | 3.50 | 161.29 | 07/12/2022 | Standing | Erin Howard |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|
| 2:45 PM | 190.00 | | 86.183 | | 33.13 | | Erin Howard |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 2:45 PM | 126/78 | standing | right | arm | manual | adult large | Erin Howard |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|---|---|---|---|---|---|---|---|
| 2:45 PM | 97.3 | 36.28 | temporal | 64 | | | Erin Howard |

## Pain Scale

| Time | Pain Score | Method | Measured By |
|---|---|---|---|
| 2:45 PM | 6/10 | Numeric Pain Intensity Scale | Erin Howard |

**Exam:**

On physical exam patient is in no distress.  Alert and oriented to time and place.  Breathing is unlabored.

Respiratory: Chest clear. Even and unlabored. Clear to Auscultation. Non-labored breathing and no audible wheezing
Cardiovascular: Regular heart rate and rhythm. No audible murmurs or extra sounds.

Left shoulder exam:
Inspection: There is no visible swelling, ecchymosis, skin lesions, scapular winging, or muscle atrophy present.
Palpation: No focal tenderness to palpation about the bicipital groove, anterior over the AC joint, or posteriorly.
Neurovascular: Distally patient has palpable 2+ radial pulse. Sensation is normal in axillary, median, ulnar, and radial nerve distributions.

Range of Motion:
Forward flexion: 170
Abduction: 90
External rotation in abduction: 90
External rotation at the side: 60
Internal rotation: T10

Muscle strength is:
5/5 in scaption
5/5 external rotation
4/5 internal rotation

## Indication/Type of Treatment:

| Indication | Type of Treatment | Side | Region | Initial Treatment Date | Global Days | Status |
|---|---|---|---|---|---|---|
| Impingement syndrome, shoulder, left | Arthscpy shldr decompression | Left | Shoulder | 07/19/2022 | | scheduled |
| Full thickness tear of left subscapularis tendon, subsequent encounter | Arthroscop Rotator Cuff Repair | Left | Shoulder | 07/19/2022 | | scheduled |
| Traumatic partial tear of left biceps tendon, subsequent encounter | ARTHROSCOPY BICEPS TENODESIS | Left | Shoulder | 07/19/2022 | | scheduled |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | Extensive debridement | Left | Shoulder | 07/19/2022 | | scheduled |

## Clinical Assessment:

Luis Hernandez, Modesto    107000074752 07/24/1969 07/12/2022 02:18 PM Page: 4/5

# MED VANTAGE

PH: (888) 412-8087 • Fax: (888) 522-0355
2134 S Richards Street • Salt Lake City, UT 84115

**PATIENT DIRECT AGREEMENT**
**DVT PREVENTION SYSTEM**

PLEASE COMPLETE ALL ITEMS IN YELLOW

## Letter of Medical Necessity / Assignment of Benefits

Items Provided to Patient by MedVantage: Intermittent Pneumatic Compression Device and All Accessories

**LUIS HERNANDEZ, MODESTO**

**DOB:**07/24/1969 (52)   **DOS:**07/19/2022
**Gender:**Male   **MRN:**400776
**Physician:**Elkin, Daniel

|REF| 3040

VENAFLOW ELITE CALF CUFF  |LOT| TJ02240220605

☐ *AT-HOME DVT Prevention System*

### 1.) Assignment of Benefits (AOB) and Authorization to Release Information:

I understand that signing this form authorizes MedVantage and/or billing affiliates (BA) to submit claims directly on my behalf to my insurance carrier(s) or other health or medical plans. I also understand that signing this form assigns to MedVantage (BA) my right to payment of any and all healthcare or medical benefits for the items described above. This means MedVantage (BA) will receive direct payment for these items. I understand that signing this form authorizes MedVantage (BA) to acquire from the surgery center, and to release to my insurance carrier(s) and any other of my health or medical plans, any information necessary to process this or a related medical claim. I agree MedVantage (BA) may contact me for any additional information necessary to process this claim. I understand that after my surgery I will receive an Explanation of Benefits (EOB) document from my health insurance company which explains how the insurance company processed a claim for products / services by MedVantage (BA). Further, I understand that the EOB is not a bill or invoice, and I have read and understand the information on the back of this form. I agree should I have questions regarding the applicable EOB that I am to call MedVantage (BA) and not the surgery center or physician for information. If I receive a check from my insurance carrier for this service, I agree to endorse and forward on to MedVantage or its designated affiliate at 2134 S Richards Street, Salt Lake City, UT 84115.

**X** _____   _____
         Signature of Patient / Responsible Patient Representative                          Date

| 1 Point Risk Factors | 2 Point Risk Factors | 5 Point Risk Factors |
|---|---|---|
| ☐ Age 41-60 years | ☐ Age 61-74 years | ☐ Elective Major Lower Extremity Arthroplasty |
| ☐ Minor Surgery planned | ☐ Major Surgery (> 45 minutes) | ☐ Hip, Pelvis or Fracture (< 1 month) |
| ☐ History of prior Major Surgery | ☐ Arthroscopic Surgery | ☐ Stroke (< 1 month) |
| ☐ Varicose Veins | ☐ Laparoscopic Surgery (> 45 minutes) | ☐ Multiple Trauma |
| ☐ History of inflammatory bowel disease | ☐ Previous Malignancy | ☐ Acute Spinal Cord Injury (Paralysis) (< 1 month) |
| ☐ Swollen legs (current) | ☐ Central Venous Access | ☐ Major Surgery lasting over 3 hours |
| ☐ Obesity (BMI > 25) | ☐ Morbid Obesity (BMI > 40) | |
| ☐ Acute Myocardial Infarction (<1 month) | | **Surgical Risk Factors** |
| ☐ Congestive Heart Failure (< 1 month) | **3 Point Risk Factors** | ☐ Revision Surgery |
| ☐ Sepsis (<1 month) | ☐ Age 75 years and over | ☐ Extensive Surgical Dissection |
| ☐ Serious lung disease, including Pneumonia (< 1 month) | ☐ Major Surgery lasting 2-3 hours | ☐ Previous Major Bleeding |
| ☐ Abnormal Pulmonary Function (COPD) | ☐ BMI > 50 (Venous Stasis Syndrome) | ☐ Difficult-to-Control Bleeding During Current Operative Procedure |
| ☐ Medical patient currently at bed rest | ☐ History of SVT, DVT/PE | |
| ☐ Leg Plaster Cast or Brace | ☐ Family History of DVT/PE | |
| ☐ Use of Tourniquet | ☐ Present Cancer or Chemotherapy | **TOTAL RISK FACTOR SCORE:** ➤ ☐ |
| ☐ General Anesthesia (>30 minutes) | ☐ Positive Factor V Leiden | |
| ☐ Oral Contraceptive or Hormone Replacement Therapy | ☐ Positive Prothrombin 20210A | ☐ **High Risk: 3+ Points** |
| ☐ Pregnancy or Postpartum (< 1 month) | ☐ Elevated Serum Homocysteine | ☐ **Moderate Risk: 2 Points** |
| ☐ History of unexplained stillborn infant, recurrent spontaneous abortion (=3), premature birth with toxemia or growth-restricted infant | ☐ Positive Lupus Anticoagulant | |
| | ☐ Elevated Anticardiolipin Antibodies | Length of Need:    1    (Unit) |
| | ☐ Heparin-induced Thrombocytopenia (HIT) | |
| | ☐ Other Thrombophilia | |

**Due to this patient's risk for developing deep vein thrombosis, I am prescribing mechanical DVT prophylaxis because of the following:**

☐ My patient has been prescribed antibiotics, NSAIDs or other medication documented by pharmaceutical manufacturers to have contraindications with anticoagulants, causing major interactions including but not limited to allergic skin reactions and excess bleeding

☐ My patient has been prescribed mechanical prophylaxis AND anticoagulants because of their level of risk.
   *American Journal of Medicine, Feb. 2012, Allergy,2006 Dec; 61 (12) 1432-40, Cochrane Database of Systematic Reviews 2008, Issue 4, Epocrates.com*

*Please Write ICD-10 Codes Here*   X_____ X_____ X_____ X_____

### 2.) Letter of Medical Necessity / Physician Order

Deep Vein Thrombosis (DVT) is a significant risk factor for patients undergoing surgery and immobilized patients. Prevention of DVT is more effective than treatment and an important aspect of patient care before, during and after surgery. I have assessed this patient's risk of developing DVT due to age, type of surgery, patient and family medical history, and other documented factors that may increase the risk of DVT. My assessment indicates the use of mechanical thromboprophylaxis by pneumatic compression device and segmental gradient pressure pneumatic appliances. It is my opinion this is medically necessary and reasonable in accordance with accepted standards of practice and appropriate treatment of this patient.

**X** _____   _____
Physician Signature (OR ATTACH COPY OF SIGNED PHYSICIAN ORDER). Please do not stamp      Printed Name / NPI#                          Date



**orthopedics** of oregon

1600 State Street
Salem, OR 97301
**Phone:** 503-540-6300
**Fax:** 503-540-6404
www.hopeorthopedics.com

| | |
|---|---|
| **PATIENT ID:** 107000074752 | **EXAM DATE:** 03/17/2022 |
| **PATIENT:** MODESTO LUIS HERNANDEZ | **ACCESSION #:** 1657469 |
| **DATE OF BIRTH:** 07/24/1969 | **REFERRED BY:** SEAN ELLIOT ANP |

**MR SHOULDER - LEFT**

**HISTORY**
Dislocation, posterior pain, evaluate for labral tear

**COMPARISON**

**STUDIES**
Radiographic series 02/23/2022

**TECHNIQUE**
Multiplanar sequences with T1, intermediate, T2, and/or T2*-weighted image contrast.

**FINDINGS**

*ROTATOR CUFF:* Moderate severity supraspinatus and infraspinatus tendinopathy. Advanced fatty atrophy teres minor muscle. Subscapularis tendon severely attenuated lateral 2.5 cm secondary to near complete partial-thickness articular surface tearing.

*CORACOACROMIAL ARCH:* AC joint mild osteoarthritis with loss of articular cartilage, cortical irregularities and osseous remodeling.

*GLENOHUMERAL JOINT:* Long head of biceps tendon mildly medially subluxed with tendinopathy. Diffuse complex tearing of the superior and anterior labral segments. Osteochondral abnormality with loss of articular cartilage and cortical irregularities anterior inferior glenoid.

*OSSEOUS/BONE MARROW:* No fracture or significant osseous abnormality.

*GENERAL:* Small amount of subacromial bursal fluid with synovitis.

**IMPRESSION**

1. Rotator cuff tendon complex: Moderate severity supraspinatus and infraspinatus tendinopathy. Advanced fatty atrophy teres minor muscle. Subscapularis tendon severely attenuated lateral 2.5 cm secondary to near complete partial-thickness articular surface tearing.
2. AC joint: Mild osteoarthritis.
3. Glenohumeral joint complex: Long head of biceps tendon mildly medially subluxed with tendinopathy. Diffuse complex tearing of the superior and anterior labral segments. Osteochondral abnormality anterior inferior glenoid with loss of articular cartilage and cortical irregularities.

Electronically signed by Stephen F. Quinn, M.D. (Friday, March 18, 2022 1:49:57 PM)

## WILLAMETTE SURGERY CENTER PC
1445 State Street, Salem, OR 97301
503-365-3965

_____**OPERATIVE NOTE**_____

**PATIENT:**                Modesto Luis Hernandez
**DATE OF BIRTH:**          07/24/1979
**ENCOUNTER DATE:**         07/19/2022
**SURGEON:**                Daniel Elkin MD

**PREOPERATIVE DIAGNOSIS:**
1. Left shoulder rotator cuff tear of subscapularis
2. Left shoulder degenerative labral fraying
3. Left shoulder biceps tendon tear proximal
4. Left shoulder superior labrum anterior-posterior tear

**POSTOPERATIVE DIAGNOSIS:**
1. Left shoulder rotator cuff tear of subscapularis
2. Left shoulder degenerative labral fraying
3. Left shoulder biceps tendon tear proximal
4. Left shoulder superior labrum anterior-posterior tear

**PROCEDURE:**
1. Left shoulder arthroscopic rotator cuff repair
2. Arthroscopic biceps tenodesis
3. Extensive debridement

**ASSISTANT:**              Yon Gomez, P.A.-C

**ANESTHESIA:**             LMA with interscalene nerve block per Dr. Lloyd

**SPECIMENS:**              None

**EBL:**                    Minimal

**COMPLICATIONS:**          None

**POSTOP CONDITION:**       Stable to recovery

**INDICATIONS:**   The patient is a 52-year-old gentleman with the above diagnoses. He failed conservative treatment. He continues to have pain refractory to conservative measures and therefore was indicated for the above procedure.

**DESCRIPTION OF PROCEDURE:**  The patient was seen in preoperative holding. Consent was verified. The risks, benefits and alternatives were discussed and the patient wished to proceed. The left shoulder was marked by myself and the patient. The patient was brought to the OR and induced with the above anesthesia. The patient was placed in the lateral decubitus position. All bony prominences were padded. The left upper extremity was prepped and draped in the usual sterile fashion. A surgical time-out was called identifying the left side as the correct side. This correlated with preoperative imaging, markings on the patient and the consent form.

At this point, we began diagnostic arthroscopy from the posterior portal of the glenohumeral joint. The humeral head and glenoid cartilage were intact. There was degenerative labral fraying anteriorly. There was significant scar tissue about the rotator interval. There was a full thickness tear of the subscapularis without retraction.

The biceps tendon was medially subluxated and there was significant tearing of the superior labrum at the bicipital attachment.

At this point, an anterior working portal was established. The rotator interval tissue was cleared using the RF device as well as a motorized shaver. The subcoracoid space was developed. There was no subcoracoid impingement. We performed an extensive debridement of the degenerative labral tissue as well as the capsular and rotator interval tissue.

We then performed a Loop 'n Tack biceps tenodesis using the FiberLink. The biceps was resected from the superior glenoid tubercle. We next used the scorpion to pass two SutureTapes through the subscapularis. These SutureTapes as well as the biceps suture were placed into an Arthrex 4.75 mm SwiveLock and this was inserted into the lesser tuberosity for anatomic restoration of the subscapularis and for the arthroscopic biceps tenodesis. We had excellent purchase on the anchor. The tails were cut flush. The repair was stable to probing as well as internal and external rotation.

We next entered the subacromial space. A bursectomy was accomplished. The undersurface of the acromion was visualized. There was no spurring. The superior aspect of the rotator cuff was visualized from the bursal surface and there was no tearing. We therefore did not do any work in this region.

The shoulder was drained of arthroscopic fluid. The portals were closed in interrupted fashion using 3-0 Vicryl followed by 3-0 nylon sutures. A sterile dressing was applied. The patient was awakened from anesthesia and brought to PACU in stable condition.

Yon Gomez, P.A.-C, a trained surgical assistant, was necessary for multiple parts of the procedure including positioning, retraction, placement of implants, arm and camera manipulation and closure.

**DISPOSITION:**  The patient will be in a sling for four weeks. No active biceps lifting. Active elbow, wrist and hand range of motion would be permitted. No active shoulder motion for four weeks. He will be on aspirin for four weeks for DVT prophylaxis.

_____
Daniel Elkin, M.D.
DE:jsc

D: 07/19/22 – 08:52
T: 07/19/22 – 18:34
#0719-074

Facility Name _____ **U68 MCI** _____

Month/Year ____ **June, 2022**

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Covid Test- PCR on 7-12-22 | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. *CC* START DATE 6/17/2022 STOP DATE 7-12-22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7-14-2022 NPO at Midnight on 7-19-22 for 7-20-22 surgery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. *CC* START DATE 6/17/2022 STOP DATE 7-20-22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 81mg PO QD X 4 weeks after surgery | 09 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. M.M. START DATE 7-15-22 STOP DATE 08-17-22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol #3 2 po TID X 7 days after surgery then ↓ | 09 14 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. M.M. START DATE 7-15-22 STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol #3, 1 po TID X 7 days | 09 14 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. M.M. START DATE 7/15/22 STOP DATE 8/4/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ketoralac 10mg po TID X 5 days | 09 14 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. M.M. START DATE 7/19/22 STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sling L arm x 4 weeks post op | 7 N 0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. M.M. START DATE 7/19/22 STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGY | NKDA | | DOB: 7-24-69 | | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| DIAGNOSIS | | | | | | | | |
| PATIENT NAME | Luis-Hernandez, Modesto | ID | 21941529 | WING C8 1066 | | | | |

DOCUMENTATION CODES =
DC - Discontinued Order    R - Refused    S - Self Administered
DO - Dose Omitted    C - Court    NS - No Show
H - Medical Hold    LD - Lock Down    O - Other

C.Gage RN

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS



MARION COUNTY SHERIFF'S OFFICE
INSTITUTIONS DIVISION

No. 12854

# AIC GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the AIC Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, not additional grievance forms. If you want to grieve more than one issue, use a grievance form for each issue.

**Reason for Grievance** (Check One):
( )Conditions of Confinement       (✓)Medical Care            ( )General Classification Procedures
( )Participation in AIC Programs   ( )Religious Practices      ( )Telephone, Mail & Visiting Procedures
( )Prison Rape Elimination Act-PREA ( )Food Service            ( )AIC Trust Accounts

**AIC's Name:** Modesto Luis Hernandez  **SID:** 2194 1529  **Cell:** 102

**Grievance:** About three months ago, I suffered a slip and fall at Delta Pod, while working as a Pod Worker. During my fall, I sustained injuries to my right arm/shoulder and my left leg to include my left testicle area. To this date, I continue to experience daily pain. I also have difficulties sleeping. I was told the jail did not have proper equipment, but I need an MRI or other medical attention.

**AIC Signature:** Modesto Luis Hernandez  **Date / Time:** 01-13-2022  7:45

**Receiving Deputy Signature:** Gracida Hernandez  **#** 215  **Date / Time:** 01/13/22 1446

**Deputy's Response:**

**Deputy's Signature:** _____  **#** ___  **Date / Time:** 1-16-22

**Acceptance of Resolution of Grievance:** Refused  **Date / Time:** 1/20/22 7:05
AIC's SIGNATURE

**Supervisor's Review:**  **Date / Time Received:** _____

**Supervisor's Signature:** C.W. Clay Rm  **#** 833  **Date / Time:** 1-24-22 1458

**Acceptance of Resolution of Grievance:** Refused  **Date / Time:** _____
AIC's SIGNATURE

**Administrator's Review:**  **Date / Time Received:** _____
Yes, I have been seen by doctors here, and the diagnose is always the same, nothing conclusive. No answer to what's wrong with me. What I need is to be seen by a hospital doctor and get an MRI to get to the bottom of my ailments/afflictions/pain = constant. Please make arrangements.

**Administrator's Signature:** _____  **#** ___  **Date / Time:** _____

**Acceptance of Resolution of Grievance:** _____  **Date / Time:** _____
AIC's SIGNATURE

Distribution: WHITE – Professional Standards Unit  CANARY – AIC File  PINK – AIC  GOLDENROD-AIC Receipt
AIC Grievance Form 06/2020



MARION COUNTY SHERIFF'S OFFICE
INSTITUTIONS DIVISION

№ 02362

## AIC GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the AIC Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, not additional grievance forms. If you want to grieve more than one issue, use a grievance form for each issue.

**Reason for Grievance** (Check One):

( ) Conditions of Confinement          (✓) Medical Care          ( ) General Classification Procedures
( ) Participation in AIC Programs      ( ) Religious Practices     ( ) Telephone, Mail & Visiting Procedures
( ) Prison Rape Elimination Act-PREA   ( ) Food Service            ( ) AIC Trust Accounts

**AIC's Name:** Modesto Luis Hernandez      **SID:** 21941529      **Cell:** E5-103

**Grievance** Over 3 months ago. I suffered a slip and fall at Delta Pod, while working as a pod worker. During my accident, I sustained injuries to my right arm, shoulder and to my left leg— to include soreness & pain to my left testicle. To this date, I continue to experience daily pain to all those areas mentioned above. This incident has also caused me difficulty sleeping. I need to see a hospital Dr.

**AIC Signature:** Modesto Luis Hernandez      **Date / Time:** 1-26-202

**Receiving Deputy Signature:** S. Adan      **#** 1266      **Date / Time:** 01-26-22 1399

**Deputy's Response:**
_(illegible handwriting)_
1-31-22

**Deputy's Signature:** CJ Jureo      **#** 873      **Date / Time:** 1-77-23  835

**Acceptance of Resolution of Grievance:** REFUSED      **Date / Time:** 1-28-202
**AIC's SIGNATURE**

**Supervisor's Review:**      **Date / Time Received:**
_(illegible handwriting)_

**Supervisor's Signature:** CJ Jureo      **#** 873      **Date / Time:** 2-22-2021

**Acceptance of Resolution of Grievance:** ReFused      **Date / Time:** 2-3 2022
**AIC's SIGNATURE**

**Administrator's Review:**      **Date / Time Received:** 2-4-22  0900
AIC HERNANDEZ YOU HAVE BEEN EVALUATED BY THE DOCTOR.

**Administrator's Signature:** Larson      **#** 18      **Date / Time:** 2/4/22  0907

**Acceptance of Resolution of Grievance:** ReFused      **Date / Time:**
**AIC's SIGNATURE**

Distribution: WHITE – Professional Standards Unit    CANARY – AIC File    PINK – AIC    GOLDENROD-AIC Receipt
AIC Grievance Form 06/2020

MARION COUNTY SHERIFF'S OFFICE
INSTITUTIONS DIVISION

1685

## AIC GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the AIC Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, not additional grievance forms. If you want to grieve more than one issue, use a grievance form for each issue.

**Reason for Grievance** (Check One):
( )Conditions of Confinement      (✓)Medical Care      ( )General Classification Procedures
( )Participation in AIC Programs      ( )Religious Practices      ( )Telephone, Mail & Visiting Procedures
( )Prison Rape Elimination Act-PREA      ( )Food Service      ( )AIC Trust Accounts

**AIC's Name:** _____ SID: _2 / 94 / 5 _ _ 4_    Cell: _____

Grievance: _As you know I have been hurt in_ _____
_working I'm in pain going the day with pain_ _____
_really bad I ask the I I ask a medical t_ _____
_Hospital contact, Chronic is remedy to remain_ _____
_and asked you to be re-eval in area s_ _____

AIC Signature: _Luis Hernandez_ _____ Date / Time: ____

Receiving Deputy Signature: _____ # _216_    Date / Time: ____

**Deputy's Response:** _____
_Seen by the Nur_ _____
_order Faxed the_ _____
_are following_ _____
_have life-lo follows_ _____

Deputy's Signature: _____ # _____    Date / Time: ____

Acceptance of Resolution of Grievance: _____ Date / Time: ____
**AIC's SIGNATURE**

**Supervisor's Review:** _____ Date / Time Received: _8-31-22_ ( )
_YOU AL GRIEVED THIS ISSUE ON GRIEVANCE # 2R AL___ 1/91_
_YOU WERE TRANSPORTED TO AN OUTSIDE CONSULTATION on_
_8-30-22_
_Rob_

Supervisor's Signature: _DUNBAR_ _4366_    # _79_    Date / Time: _8-31-22  1510_

Acceptance of Resolution of Grievance: _issue not resolved_    Date / Time: _9-2-22/7:54_
**AIC's SIGNATURE**

**Administrator's Review:** _____ Date / Time Received: _9/6____
_This issue was addressed on grievance # 1691_ _____

Administrator's Signature: _____ # _____    Date / Time: ____

Acceptance of Resolution of Grievance: _Luis Hernandez_    Date / Time: _9-8-22 / 10:05AM_
**AIC's SIGNATURE**

Distribution: WHITE – Professional Standards Unit    CANARY – AIC File    PINK – AIC    GOLDENROD-AIC Receipt
AIC Grievance Form 06/2020



MARION COUNTY SHERIFF'S OFFICE
INSTITUTIONS DIVISION

NO. 1691

## AIC GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the AIC Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, not additional grievance forms. If you want to grieve more than one issue, use a grievance form for each issue.

**Reason for Grievance** (Check One):

( ) Conditions of Confinement          (✓) Medical Care                    ( ) General Classification Procedures
( ) Participation in AIC Programs       ( ) Religious Practices             ( ) Telephone, Mail & Visiting Procedures
( ) Prison Rape Elimination Act-PREA    ( ) Food Service                   ( ) AIC Trust Accounts

**AIC's Name:** Luis Hernandez Valdesto          **SID:** 2194_____     **Cell:** ___

**Grievance:** I NEED TO Be seen by the outside spec_____
A ortho pedic Doct. cracked my shoulder I see he_____
Because he's going to tell me what I can do start _____
th. spinal therapy classes in 1. C. F. G. Ho_____
these my Body and I'm in pain and I'm still in_____

**AIC Signature:** Luis Hernandez Valdesto          **Date / Time:** 08-__-__

**Receiving Deputy Signature:** S. Anderson          **#** A216          **Date / Time:** __

**Deputy's Response:** Put you on the doctor's list _____
Has further with the doctor _____

**Deputy's Signature:** M._____          **#** 95          **Date / Time:** __

**Acceptance of Resolution of Grievance:** issue not resolved          **Date / Time:** __ 11-5 AM

AIC's SIGNATURE

**Supervisor's Review:**          **Date / Time Received:** 8-3-22 0700
YOU WERE TRANSPORTED TO AN OUTSIDE CONSULTATION ON 8-3-22 A
YOU REQUESTED

**Supervisor's Signature:** DUNBAR 4736          **#** 29          **Date / Time:** 8-3-22 1240

**Acceptance of Resolution of Grievance:** issue not resolved          **Date / Time:** 12-22

AIC's SIGNATURE

**Administrator's Review:**          **Date / Time Received:** __
Your request to See outside physician _____
was granted. Therefore this issue has _____

**Administrator's Signature:** __ A.3          **#** ____          **Date / Time:** __

**Acceptance of Resolution of Grievance:** Luis He_____          **Date / Time:** 8-2-22 / 10:05 AM

AIC's SIGNATURE

Distribution: WHITE – Professional Standards Unit   CANARY – AIC File   PINK – AIC   GOLDENROD-AIC Receipt
AIC Grievance Form 06/2020



MARION COUNTY SHERIFF'S OFFICE
INSTITUTIONS DIVISION

Nº 4324

(7/10)

## AIC GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the AIC Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, not additional grievance forms. If you want to grieve more than one issue, use a grievance form for each issue.

**Reason for Grievance** (Check One):
( ) Conditions of Confinement
( ) Participation in AIC Programs
( ) Prison Rape Elimination Act-PREA

(✓) Medical Care
( ) Religious Practices
( ) Food Service

( ) General Classification Procedures
( ) Telephone, Mail & Visiting Procedures
( ) AIC Trust Accounts

C2-104

**AIC's Name:** Luis Modesty-Hernandez    **SID:** 2194529 **Cell:** C2-104

**Grievance:** MCCF C-2 10-5-22 rimo In reference to my surgery, I would request all revised DR radiology, x-ray company names, company name of Interpolers of Appts, Finally video AS I was recorded in Surgery. The physician did not want to operate on my leg wit Dr. (?) be a Medical Staff. I want copies of all out side visits so I may use as a reference of my medical health. It's been a year since ___ ___

**AIC Signature:** Modesto Luis Hernandez    **Date / Time:** 10-05-22

**Receiving Deputy Signature:** W. Hook    **#A307**    **Date / Time:** 10/5/22 @ 1400

**Deputy's Response:**
Medical    All requests for medical records must go through your attorney

**Deputy's Signature:** ___ # 826    **Date / Time:** 10-8-22 1215

**Acceptance of Resolution of Grievance:** Refuse    **Date / Time:** 10-9-22 10:35 Am
*AIC's SIGNATURE*

**Supervisor's Review:** Answer above is correct. Medical records request go through your attorney    **Date / Time Received:** 10-10-2022 1300

**Supervisor's Signature:** Sarah L.    # 832    **Date / Time:** 10-10-2022 1410

**Acceptance of Resolution of Grievance:** REFUSE    **Date / Time:** 10-12-22 109p
*AIC's SIGNATURE*

**Administrator's Review:** PLEASE SPEAK WITH YOUR LEGAL COUNSEL TO REQUEST YOUR MEDICAL RECORDS.    **Date / Time Received:** 10-13-22 1447

**Administrator's Signature:** Ramey    # 18    **Date / Time:** 10/13/22 1450

**Acceptance of Resolution of Grievance:** Luis Hernandez M    **Date / Time:** 10-14-22 750p
*AIC's SIGNATURE*

Distribution: WHITE – Professional Standards Unit  CANARY – AIC File  PINK – AIC  GOLDENROD-AIC Receipt
AIC Grievance Form 06/2020



MARION COUNTY SHERIFF'S OFFICE
INSTITUTIONS DIVISION

No. 4325

## AIC GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the AIC Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, not additional grievance forms. If you want to grieve more than one issue, use a grievance form for each issue.

**Reason for Grievance** (Check One):
( )Conditions of Confinement        ( )Medical Care              ( )General Classification Procedures
( )Participation in AIC Programs    ( )Religious Practices       ( )Telephone, Mail & Visiting Procedures
( )Prison Rape Elimination Act-PREA ( )Food Service              ( )AIC Trust Accounts

**AIC's Name:** _____ SID: 2194 5 __ Cell: __

Grievance: _____
_____
_____
_____

AIC Signature: _____ Date / Time: 10 ___

Receiving Deputy Signature: W. Hook    4302    # ____ Date / Time: 10/5/22 0400

**Deputy's Response:** _____
Medical _____
_____

Deputy's Signature: _____ # ____ Date / Time: _____

Acceptance of Resolution of Grievance: _____ Date / Time: _____
**AIC's SIGNATURE**

**Supervisor's Review:** _____ Date / Time Received: _____
_____
_____
_____

Supervisor's Signature: _____ # ____ Date / Time: _____

Acceptance of Resolution of Grievance: _____ Date / Time: _____
**AIC's SIGNATURE**

**Administrator's Review:** _____ Date / Time Received: 10/13/22 1445
This is approved procedure.
_____
_____

Administrator's Signature: _____ # 15 Date / Time: 10/13/22 1449

Acceptance of Resolution of Grievance: _____ Date / Time: _____
**AIC's SIGNATURE**

Distribution: WHITE – Professional Standards Unit   CANARY – AIC File   PINK – AIC   GOLDENROD-AIC Receipt
AIC Grievance Form 06/2020



MARION COUNTY SHERIFF'S OFFICE
INSTITUTIONS DIVISION

№ 4326

3-102

## AIC GRIEVANCE FORM

**INSTRUCTIONS:** Follow the rules in the AIC Handbook regarding the facility's grievance procedures. Fill in the blanks in the first two sections. If you need more room, use additional sheets of paper, not additional grievance forms. If you want to grieve more than one issue, use a grievance form for each issue.

**Reason for Grievance** (Check One):
( )Conditions of Confinement     (✓)Medical Care     ( )General Classification Procedures
( )Participation in AIC Programs     ( )Religious Practices     ( )Telephone, Mail & Visiting Procedures
( )Prison Rape Elimination Act-PREA     ( )Food Service     ( )AIC Trust Accounts

C3-102

**AIC's Name:** Luj Modesto Hernandez     **SID:** 2194159     **Cell:** C2-104

**Grievance:** WCF C-2 10-5-22 700 pm I am receiving medication for my pain + suffer Fion injury Here in McC EAS Aworkers Please I am requesting that the medication co-pay and Bill for med on my trust account be taken care of. Wit RN Bobbi RN Heather RN Cindy G Antony DR Leb trust account. Remedys Pay for AIC medical meds, BIN, Outside, as well.

**AIC Signature:** Modesto luis Hernandez     **Date / Time:** 10-05-22

**Receiving Deputy Signature:** W. Hook   A307   #     **Date / Time:** 10/5/22 1400

**Deputy's Response:** FD.C4
The county looks at this at the time they process this downtown

**Deputy's Signature:** ✓# 026     **Date / Time:** 10-12-22 0950

**Acceptance of Resolution of Grievance:** REFUSE     **Date / Time:** 10-12-22 1459
*AIC's SIGNATURE*

**Supervisor's Review:**     **Date / Time Received:** 10/27/22 0830
What incident are you Refering to. I see a Hall that you had on 7.22.22? Or are you refering to a different date.

**Supervisor's Signature:** Sarah Li   #832     **Date / Time:** 10/27/22 130

**Acceptance of Resolution of Grievance:** REFUSE     **Date / Time:** 10-11-4-22 1012
*AIC's SIGNATURE*

**Administrator's Review:**     **Date / Time Received:** 11/8/22 @ 0800
At this time we will not be reimbursing any funds related to this claim.

**Administrator's Signature:** WM-LL A13   #,     **Date / Time:** 11/8/22 @ 1510

**Acceptance of Resolution of Grievance:** REFUSE     **Date / Time:** 11/8/2022 745
*AIC's SIGNATURE*

Distribution: WHITE – Professional Standards Unit   CANARY – AIC File   PINK – AIC   GOLDENROD-AIC Receipt
AIC Grievance Form 06/2020

1/26/2022

Medical
—AIC Grievance Form—    ES-102

seen Dr.    Modesto Luis Hernandez   SiD: 21941529

0/22/21

0/24/21    01/26/2022 — Over 3 mos. ago, I suffered a slip and fall at Delta Po.

/05/21    while working as a Pod worker. During my accident, I sustained

/18/21    injuries to my right arm, shoulder, and leg — to include soreness

2/24/21    and pain to my left testicle.  To this date, I continue to experien

/21/2022    daily pain to all those areas mentioned above. This incident has also

caused me difficulty sleeping.  I need to see a hospital Dr.


01/20/2022 — As explained in previous medical kytes and grievance

While working at Delta Pod as a Pod worker, I slipped and fell

during my mopping duty.  During my fall, I sustained

serious injuries to my left arm, shoulder, leg, and left testicle.

Also later that evening I felt an unusual discomfort in my

left rib cage.  So, it has been over three months now and the

pain is continuous and deprives me from needed sleep.

     I am requesting to be taken to the local hospital to be

seen by a doctor to diagnose my symptoms.  I am

also hoping to be examined by use of an MRI.

I do not want more pain medication, I want to be

properly treated with the proper equipment.  I do not

want to end up with any permanent damage to my

body.  Please consider my request for medical attention

outside the jail.  I've already seen the jail doctor

several times with the same answers of not having

equipment to perform more comprehensive examination

01/26/2022 — Grievance return because we filled out the wrong section on the grievance.    The reply was as follows:

I have been seen by the Marion County Jail doctor on several occasions with the same end result. The doctor has told me that the jail is not equipped to perform an indepht examination of my injuries, thus I am requesting to be taken to an outside hospital or clinic doctor. Please consider my request and make arrangements to have me seen by an outside doctor. I am very willing to pay for any medical services if the jail cannot pay. I do not want to end up with permanent damage to my left side of the body.    Thank you.

**Hope Orthopedics Of Oregon**
1600 State St
Salem, OR  97301-4257
Phone: (503)540-6300
Fax: (503) 540-6404

Patient:               **Modesto Luis Hernandez**
Date of Birth:         **07/24/1969**
Date:                  **02/23/2022 12:49 PM**
Visit Type:            **Office Visit**
Provider:              **Sean Elliott ANP**
Historian:             self

This 52 year old male presents for Left Left Shoulder / Right Shoulder.

# History of Present Illness
## 1.  Left Left Shoulder / Right Shoulder
### Subjective:
Modesto Luis Hernandez is a 52 year-old male here today for the left shoulder. This patient was kindly sent by Dr. Lance Loberg as a direct referral for orthopedic evaluation.

HISTORY OF PRESENT ILLNESS

Modesto Luis Hernandez is a 52-year-old gentleman who is incarcerated in the Marion County Jail. He states he was cleaning up his room in his cell and there was a wet floor and he ended up doing the splits 3 months ago. He states he fell backward and bumped his head and landed directly on his left shoulder. He had immediate pain in his left shoulder and left hip. He denies any previous problems with his hip or left knee. He denies any black and blue marks along his hip. He denies any previous problems with his left shoulder.

Starting with his hip, he states he had significant pain with ambulation the first week following the injury. It slowly improved. He feels a pain along the mid-hamstring region which is quite localized. This worsens when he walks, climbs up stairs, etc. He describes what he feels is like a tendon being pulled. He describes it as like a banjo string, which seems like it's moving mainly in the mid-hamstring region. He has been treated with anti-inflammatories and conservative treatment. He feels the pain has improved by about 50%. He rates his pain 4/10 which is mainly in the mid-hamstring of his left leg.

Concerning his left shoulder, he states he landed backward on his outstretched left arm. He denies any previous problems or trauma to his left shoulder. He feels 90% of the pain is along the anterior joint line. He states it feels like it has subluxed or moved, and he has to put it in a certain position in

order to get it to "pop back in." He notes he has had a mild loss of strength in his left shoulder. He states 90% of the pain is along the anterior joint line. It worsens with overhead motion. Pain is relieved with his arm at his side. He denies any neck issues, radicular symptoms, numbness, tingling, or paresthesia down his left upper extremity.

Relevant records were reviewed in preparation for the visit (ROS, PSFH, and available EMR charts), and relevant findings were incorporated into the history of present illness.

## Past Medical History
Patient reported no relevant past medical/surgical history.

## Medication Reconciliation
Medications reconciled today.
Patient is on no medications.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES Reviewed, no changes. | | | |

## Family History
Patient reports there is no relevant family history.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Cyanosis and Irregular heartbeat/palpitations. |
| GI | Negative | Constipation, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria and Hematuria. |
| Endocrine | Negative | Cold intolerance and Heat intolerance. |
| Neuro | Negative | Difficulty walking, Dizziness and Headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position | Measured By |
|---|---|---|---|---|---|---|
| 1:23 PM | 5.0 | 5.00 | 165.10 | 02/23/2022 | Standing | Jasmin SandovalVazquez |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|
| 1:23 PM | 185.00 | | 83.915 | dressed without shoes | 30.79 | | Jasmin SandovalVazquez |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 1:23 PM | 158/100 | sitting | right | arm | automatic | adult large | Jasmin SandovalVazquez |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|---|---|---|---|---|---|---|---|
| 1:23 PM | 97.8 | 36.56 | temporal | 57 | irregular | | Jasmin SandovalVazquez |

## Pain Scale

| Time | Pain Score | Method | Measured By |
|---|---|---|---|
| 1:23 PM | 8/10 | Numeric Pain Intensity Scale | Jasmin SandovalVazquez |

**Exam:**
Constitutional: In general, the patient is awake, alert, oriented x3, and in no acute distress.
Pleasant affect. Healthy male. He is in ankle chains and handcuffs.
Head: Normocephalic. Atraumatic.
Psychiatric: Behavior and conversation is appropriate.
Respiratory: Normal respiratory effort, talks in complete sentences, no use of accessory muscles.
Respirations even, unlabored.
Neck: Soft, supple with no adenopathy.
Abdomen: Mild central obesity.
Gait: Non-antalgic.

Left shoulder: Patient has mild tenderness over the anterior joint line and subacromial space. No tenderness over the AC joint or biceps tendon. 0 - 160 degrees active forward elevation. 0 - 160 degrees active abduction. 0 - 70 degrees active external rotation. Active internal rotation is L1 - Midscap. He has mild Hawkins and Neer tests. Negative O'Briens, Speeds, and hornblower. Shoulder apprehension is negative at 90 degrees of abduction and 90 degrees of external rotation. Supraspinatus 5/5. Infraspinatus 4/5. Subscapularis 5/5. Distal sensory is grossly intact. Skin is warm with good color, good capillary refill. Normal sensation to touch. No erythema, no sign of infection.

Left lower extremity: He has no pain in his groin. 30 degrees of internal rotation of the hip. 110 degrees of flexion. 60 degrees of external rotation. Negative FADIR, Patrick's, log roll, and quadriceps tests. Quadriceps 5/5. Hamstrings are dramatically different from the contralateral side. Left hamstrings: 4/5. Right hamstrings 5/5. He has moderate tenderness at the mid-hamstring region. I see no ecchymosis or swelling noted. He has mild tenderness over the insertion of his hamstring.

Left knee: No effusion. Full extension. 120 degrees of flexion. He has no tenderness along the patellofemoral region, medial joint line, or lateral joint line. No valgus or varus instability. Negative McMurray, figure four, and Lachman.

## Joint Injection/Aspiration

| Indication | Procedure | Summary |
|---|---|---|
| Unspecified disorder of synovium and tendon, left shoulder | arthrocentesis major joint | Site was prepped using alcohol. Left shoulder subacromial space injection was performed with ethyl chloride for anesthetic. A 22 gauge needle was used. Placement confirmed by manual palpation. Kenalog Injectable 40 mg (1 mL), Lidocaine 1% (4 mL) were injected. Pressure and adhesive sterile dressing used. |

## Comments

The risks, benefits, and alternatives of steroid injection therapy were discussed with the patient. Risks include but are not limited to steroid flares, skin changes, tendon rupture, infection, blood sugar elevation, and allergic reaction. The patient understood and wished to continue. Allergies, past medical history, and medications were reviewed.

## Diagnostics:

| Study | Result/Report |
|---|---|
| Xray Shoulder 3 views Left shoulder | 02/23/2022: 3 views of the left shoulder at Hope Orthopedics of Oregon were ordered, taken, and reviewed by me. The images demonstrate the shoulder in normal alignment. Glenohumeral joint is well-preserved and well-seated. No significant glenohumeral arthritis. AC joint is intact. He |

has mild AC arthritis. He has a grade 1
acromion with no significant spurring. No
fracture or dislocation noted.

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|-------|---------|--------|------|----------------|--------|------------------------|--------|
| Dietary management education, guidance, and counseling | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment Provider Plan | Unspecified disorder of synovium and tendon, left shoulder (M67.912). ICD-10 Codes: |

>> M67.912 - Unspecified disorder of synovium and tendon, left shoulder
>> S76.312A - Strain of muscle, fascia and tendon of the posterior muscle group at thigh level, left thigh, initial encounter
>> E66.9 - Obesity, unspecified
>> Z68.30 - Body mass index [BMI] 30.0-30.9, adult
>> Z60.3 - Acculturation difficulty
>> Z65.1 - Imprisonment and other incarceration

E&M Code:
99204 with Modifier 25 (New patient, level 4)

E&M Level Justification:

Moderate Level of Medical Decision Making based on the following categories:

Moderate Problem Complexity –
>> Moderate problem complexity based on the presence of complicated injury/illness on the basis of treatment option(s) associated with morbidity

Minimal Data Review –
>> Minimal data review with default justification

Moderate Risk of Complication –
>> Moderate risk assessed today based on decision regarding minor surgery with risk factors, diagnosis or treatment significantly limited by social determinants of health

E&M Modifier Justification:

Modifier 25 was coded because during this same clinic visit as a procedure or service

identified by a CPT code was performed, the patient's condition required a significant, separately identifiable E&M service above and beyond the other service provided or beyond the usual preoperative and postoperative care associated with the procedure that was performed. The E&M Service may be prompted by the symptom or condition for which the procedure was provided. As such, different diagnoses are not required for reporting the E&M services on the same date. The circumstance may be reported by adding modifier 25 to the appropriate level of E&M service.

CPT Codes:
>> 20610 with Modifier LT Shoulder (excluding AC joint) injection without ultrasound guidance (any substance)
>> 73030 with Modifier LT Complete X-ray of left shoulder, minimum of 2 views
>> 73552 with Modifier LT X-ray of left femur, minimum of 2 views
>> 73590 with Modifier LT X-ray of left tibia and fibula, 2 views

HCPCS Codes:
>> Anesthetics are considered bundled into the procedure and not billed separately - 0. Lidocaine (4 cc 1%)
>> J3301 - 4 units. Kenalog (40 mg)

| | | |
|---|---|---|
| 2. | Assessment | Strain of fascia of the post muscle group at thigh level of lt thigh, initial encounter (S76.312A). |
| 3. | Assessment | Obesity, unspecified (E66.9). |
| 4. | Assessment | Acculturation difficulty (Z60.3). |
| 5. | Assessment | Imprisonment and other incarceration (Z65.1). |
| 6. | Assessment | Body mass index (BMI) 30.0-30.9, adult (Z68.30). |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling. |

## Assessment:
1. Rotator cuff dysfunction, left shoulder
2. History of unwitnessed subluxations, left shoulder
3. Chronic left shoulder pain
4. Hamstring sprain, left leg

## Plan:
I suspect that he tore his hamstring on his left lower extremity. It has been 3 months and his pain has improved, but he is still continuing to have symptoms. I would recommend an MRI to look for a full-thickness tear of his hamstring.

Concerning his left shoulder, I think most of his problem is impingement in his left shoulder. I would recommend trying a subacromial injection before further imaging. Consent signed and procedure

explained. Skin was prepped with alcohol and ethyl chloride. We injected 4 CCs of Lidocaine with 40 mg of Kenalog into the posterior subacromial space. He tolerated the procedure well.

Recommendations sent to jail for further imaging of his left lower extremity.

Today's elevated BMI instructions/counseling includes dietary management education, guidance, and counseling.

Any questions were answered. The patient demonstrated understanding and is agreeable with the recommendations as discussed.

SOCIAL FACTORS

Patient reported today the following factors that may influence their accessibility to care:
1. The patient is unable to communicate with the provider without a translator present.
2. The patient is currently incarcerated in the Marion County Jail.

This note was generated for Sean Elliott, NP using the Robin service.

**Provider**
Electronically signed by:
Elliott, Sean  02/28/2022 10:11 AM
*Document generated by:*  Megan Kaplan 02/28/2022 10:11 AM

-----------------------------------------------------------------------------------------------------------------------------

**Electronically signed by Sean Elliott ANP on 03/01/2022 10:19 AM**

# Hope Radiology

1600 State St
Salem, OR  97301-4257
Phone: (503)540-6376
Fax: (503) 540-6404

| | |
|---|---|
| Date: | 02/23/2022 12:49 PM |
| Patient: | Modesto  Luis Hernandez |
| Date of Birth: | 07/24/1969 |
| Gender: | Male |
| Provider: | Sean Elliott ANP |
| Primary Payer: | |
| Policy Number: | |
| Secondary Payer: | |
| Policy Number: | |

**The following diagnostic studies were indicated:**

| Dx./Indication | Study | |
|---|---|---|
| Pain of left leg | Xray Femur 2 views Left Femur | 02/23/2022: 2 views of the left femur at Hope Orthopedics of Oregon were ordered, taken, and reviewed by me. The images demonstrate the femur in anatomic position. No fracture or dislocation is noted. No significant arthritis is appreciated. |
| | | Impression: Normal x-ray for age |
| Pain of left leg | Xray Tibia And Fibula 2 Views Left Tibia/Fibula | 02/23/2022: 2 views of the left tibia and fibula at Hope Orthopedics of Oregon were ordered, taken, and reviewed by me. The images demonstrate the ankle in normal alignment. Ankle mortise is intact with no diastasis. Medial clear space is less than 2 mm. The knee is in normal alignment. Well-preserved medial and lateral joint spaces. No fracture or dislocation noted. |
| | | Impression: Normal tib-fib x-ray |
| Pain in left shoulder | Xray Shoulder  3 views Left shoulder | 02/23/2022: 3 views of the left shoulder at Hope Orthopedics of Oregon were ordered, taken, and reviewed by me. The images demonstrate the shoulder in normal alignment. Glenohumeral joint is well-preserved and well-seated. No significant glenohumeral arthritis. AC joint is intact. He has mild AC arthritis. He has a grade 1 acromion with no significant spurring. No fracture or dislocation noted. |

## Provider

Electronically signed by:
Elliott, Sean  02/24/2022 12:11 PM

Document generated by:  Ella OverfieldLam  02/24/2022

Electronically signed by Sean Elliott ANP on 02/28/2022 09:48 AM

# Hope Orthopedics Of Oregon

1600 State St
Salem, OR  97301-4257
Phone: (503)540-6300
Fax: (503) 540-6404

| | |
|---|---|
| Patient: | **Modesto Luis Hernandez** |
| Date of Birth: | **07/24/1969** |
| Date: | **03/30/2022 1:30 PM** |
| Visit Type: | **Office Visit** |
| Provider: | **Sean Elliott ANP** |
| Historian: | **self** |

This 52 year old male presents for RC Left Shoulder.

# History of Present Illness

## 1. RC Left Shoulder

## Subjective:

Modesto Hernandez is a 52 year-old gentleman who is currently incarcerated in the Marion County Jail. He was previously seen on 02/23/2022 for a suspected complete left hamstring tear as well as a rotator cuff tear of his left shoulder. He denies any previous problems with either of these prior to his injury.

Concerning his left shoulder, we gave him a subacromial injection at our visit on 02/23/2022. He states it was quite effective. It reduced his pain by at least half and he regained some motion. He still occasionally feels pain along his lateral shoulder. He describes it as a sharp, stabbing pain that radiates to his elbow. It worsens with external rotation in abduction.

Concerning his left hamstring, he states this too is improved. He feels pain about 4 to 5 cm from the insertion of his ischial tuberosity. It is aggravated by heavy exercise and running. He states he is about 50% better from when his injury occurred.

DIAGNOSTIC STUDIES
03/17/2022: Left hamstring MRI at Hope Orthopedics of Oregon was reviewed by me. The left hamstring shows a common hamstring complex tendon avulsed from the ischial origin and is retracted distally by 4 cm. Moderate fat atrophy semimembranosus, semitendinosus, and biceps femoris muscles. No other abnormality is noted.

The formal radiology report reads as follows:
1. Common hamstring complex tendon: Avulsed from the ischial tuberosity origin and is retracted distally by 4 cm. Moderate fatty atrophy semimembranosus, semitendinosus and biceps femoris muscles.

03/17/2022: Left shoulder MRA at Hope Orthopedics of Oregon was reviewed by me.

The formal radiology report reads as follows:
1. Rotator cuff tendon complex: Moderate severity supraspinatus and infraspinatus tendinopathy. Advanced fatty atrophy teres minor muscle. Subscapularis tendon severely attenuated lateral 2.5 cm secondary to near complete partial-thickness articular surface tearing.
2. AC joint: Mild osteoarthritis.
3. Glenohumeral joint complex: Long head of biceps tendon mildly medially subluxed with tendinopathy. Diffuse complex tearing of the superior and anterior labral segments. Osteochondral abnormality anterior inferior glenoid with loss of articular cartilage and cortical irregularities.

Imaging studies reviewed and documented today were performed in-house but were originally read by a provider under a different specialty.

SOCIAL FACTORS:
Patient reported today the following factors that may influence their accessibility to care:
- He is unable to communicate with the provider without a translator present.
- He is currently incarcerated at Marion County Jail.

ROS:
Relevant records were reviewed in preparation for the visit (ROS, PSFH, and available EMR charts), and relevant findings were incorporated into the history of present illness.

**Past Medical History**  (Detailed)
Patient reported no relevant past medical/surgical history.

**Medication Reconciliation**
Medications reconciled today.
Patient is on no medications.

**Allergies:**

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES Reviewed, no changes. | | | |

## Family History
(Detailed)

Patient reports there is no relevant family history.

## Social History  (Detailed)
Preferred language is Spanish; Castilian.

Tobacco use status: Current non-smoker.

Smoking status: Never smoker.

# Vital Signs

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|------|----------|----------|------|------|--------|-----------|-------------|
| 1:52 PM | 137/85 | sitting | right | arm | automatic | adult large | Jasmin SandovalVazquez |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|------|--------|--------|-----------|-----------|---------|----------|-------------|
| 1:52 PM | | | | 50 | regular | | Jasmin SandovalVazquez |

## Pain Scale

| Time | Pain Score | Method | Measured By |
|------|-----------|--------|-------------|
| 1:52 PM | 7/10 | Numeric Pain Intensity Scale | Jasmin SandovalVazquez |

Exam:
Constitutional: In general, the patient is awake, alert, oriented x3, and in no acute distress.
Pleasant affect. Healthy male.
Head: Normocephalic. Atraumatic.
Psychiatric: Behavior and conversation is appropriate.
Respiratory: Normal respiratory effort, talks in complete sentences, no use of accessory muscles.
Respirations even, unlabored.
Neck: Soft, supple with no adenopathy. No cervical tenderness. Spurling is negative bilaterally.
Abdomen: Soft, nondistended.

Left shoulder: Tenderness over the greater tuberosity and anterior joint line. No tenderness over the AC joint. 0 - 170 degrees active forward elevation. 0 - 170 degrees active abduction with a mild painful arc between 110 and 130 degrees. 0 - 90 degrees active external rotation. Active internal rotation L1 - midscap. Moderate Hawkins. Positive Neer. Negative Speed's and O'Brien's. Supraspinatus 4/5. Infraspinatus 5/5. Subscapularis 4/5. Distal sensory is grossly intact. Skin is warm with good color, good capillary refill. No erythema, no sign of infection.

Left hamstring: No significant skin changes. No significant tenderness along the ischial tuberosity or hamstring tendon. Straight leg raise is negative. Cross leg raise is negative. Hamstring strength 4/5 on the left and 5/5 on the right. Quad 5/5. Distal sensory is grossly intact.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment Provider Plan | Strain of musc/tend the rotator cuff of left shoulder, init (S46.012A). E&M Code: |

99215 (no Modifiers) (Established patient, level 5)

This visit was coded at a level 5 based on total time spent with the patient. This visit was 40 mins, which includes face-to-face time spent personally examining, counseling, and educating the patient and non-face-to-face time spent reviewing prior documentation, ordering any discussed plan items, and documenting relevant clinical information.

ICD-10 Codes:

>> S46.012A - Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter

>> M24.112 - Other articular cartilage disorders, left shoulder

>> M19.012 - Primary osteoarthritis, left shoulder

>> M95.8 - Other specified acquired deformities of musculoskeletal system

>> S76.312A - Strain of muscle, fascia and tendon of the posterior muscle group at thigh level, left thigh, initial encounter

>> Z65.1 - Imprisonment and other incarceration

>> Z60.3 - Acculturation difficulty

| # | Detail Type | Description |
|---|---|---|
| 2. | Assessment | Other articular cartilage disorders, left shoulder (M24.112). |
| 3. | Assessment | Primary osteoarthritis, left shoulder (M19.012). |
| 4. | Assessment | Oth acquired deformities of musculoskeletal system (M95.8). |
| 5. | Assessment | Strain of msl/fasc/tnd post grp at thi lev, left thigh, init (S76.312A). |

6.    Assessment    Imprisonment and other incarceration (Z65.1).

7.    Assessment    Acculturation difficulty (Z60.3).

## Assessment:
1. Rotator cuff tear, subscapularis
2. Degenerative labral tear, left shoulder
3. Osteoarthritis, glenohumeral joint
4. Osteochondral defect, left shoulder
5. Complete hamstring tear, proximal ischial tuberosity

## Plan:
Due to the atrophy and significant retraction of his hamstring tendon, I do not feel that this is amenable to surgery. I told the patient, however, I am not a surgeon, and if he is still struggling with pain and symptoms in his hamstring that it might be reasonable to get a second opinion from a sports medicine surgeon to see if pursuing this type of surgery would even be worth it.

Concerning his left shoulder, he states he has moderately improved. He is managing well with how his situation is now. We discussed physical therapy and glenohumeral injection for treatments. If he fails all of these, he might be a good candidate for rotator cuff repair surgery.

We will schedule him for routine follow up with Dr. Elkin for a chronic hamstring tear.

Any questions were answered. The patient demonstrated understanding and is agreeable with the recommendations as discussed.

This note was generated for Sean Elliott, NP using the Robin service.

## Provider
Electronically signed by:
Elliott, Sean  04/11/2022 5:04 PM
*Document generated by:*  Megan Kaplan 04/11/2022 05:04 PM

----------------------------------------------------------------------------------------------------

**Electronically signed by Sean Elliott ANP on 04/26/2022 02:58 PM**

**Secure**

,
Phone:
Fax:

Patient:                 **Modesto Luis Hernandez**
Date of Birth:        07/24/1969
Date:                    05/02/2022 1:30 PM
Visit Type:            **Office Visit**
Provider:              **Sean Elliott ANP**
Historian:             self

This 52 year old client presents for RC L SHOULDER AND LEG.

# History of Present Illness
## 1.  RC L SHOULDER AND LEG
## Subjective:

Modesto Luis Hernandez is a 52 year-old gentleman who is here for recheck of his left hamstring as well as his left shoulder. As stated previously, the patient is incarcerated at Marion County Jail. He states he was cleaning up his cell and there was a wet floor and he ended up doing the splits. This was around the end of December 2021. He fell backwards and landed directly on his left shoulder. He has had significant pain in his left hamstring area and left shoulder since.

We gave patient a left subacromial injection on 02/24/2022 which was effective. He states that it reduced his pain by about 50%. Our plan on 03/30/2022 was to refer him to the sports medicine team to discuss conservative versus surgical options for his left hamstring as well as his shoulder. Unfortunately, the referral never happened and he is back in my office.

He states his hamstring is better. He states he is able to walk and sit with minimal pain. He still feels quite weak in his left hamstring region going from a sitting to a standing position as well as when running. He states the majority of the pain is 4 to 5 inches distal to his ischial tuberosity in the mid-hamstring region. He rates his pain 4/10.

Concerning his left shoulder, he states he has considerable popping and catching. He states when he shrugs his shoulders, he feels significant pain in the anterior aspect of his shoulder. He states he has moderate pain with overhead motions. he rates his pain 6/10. He does note some weakness as far as lifting with his left shoulder. He is right hand dominant. He is currently incarcerated at Marion County Jail. He states his occupation is a welder on the street.

03/30/2022 HPI: Modesto Hernandez is a 52 year-old gentleman who is currently incarcerated in the Marion County Jail. He was previously seen on 02/23/2022 for a suspected complete left hamstring tear as well as a rotator cuff tear of his left shoulder. He denies any previous problems with either of these prior to his injury.

Concerning his left shoulder, we gave him a subacromial injection at our visit on 02/23/2022. He states it was quite effective. It reduced his pain by at least half and he regained some motion. He still occasionally feels pain along his lateral shoulder. He describes it as a sharp, stabbing pain that radiates to his elbow. It worsens with external rotation in abduction.

Concerning his left hamstring, he states this too is improved. He feels pain about 4 to 5 cm from the insertion of his ischial tuberosity. It is aggravated by heavy exercise and running. He states he is about 50% better from when his injury occurred.

DIAGNOSTIC STUDIES
03/17/2022: Left hamstring MRI at Hope Orthopedics of Oregon was reviewed by me. The left hamstring shows a common hamstring complex tendon avulsed from the ischial origin and is retracted distally by 4 cm. Moderate fat atrophy semimembranosus, semitendinosus, and biceps femoris muscles. No other abnormality is noted.

The formal radiology report reads as follows:
1. Common hamstring complex tendon: Avulsed from the ischial tuberosity origin and is retracted distally by 4 cm. Moderate fatty atrophy semimembranosus, semitendinosus and biceps femoris muscles.

03/17/2022: Left shoulder MRA at Hope Orthopedics of Oregon was reviewed by me.

The formal radiology report reads as follows:
1. Rotator cuff tendon complex: Moderate severity supraspinatus and infraspinatus tendinopathy. Advanced fatty atrophy teres minor muscle. Subscapularis tendon severely attenuated lateral 2.5 cm secondary to near complete partial-thickness articular surface tearing.
2. AC joint: Mild osteoarthritis.
3. Glenohumeral joint complex: Long head of biceps tendon mildly medially subluxed with tendinopathy. Diffuse complex tearing of the superior and anterior labral segments. Osteochondral abnormality anterior inferior glenoid with loss of articular cartilage and cortical irregularities.

SOCIAL FACTORS:
Patient reported today the following factors that may influence their accessibility to care: He is currently incarcerated at the Marion County Jail.

ROS:
Relevant records were reviewed in preparation for the visit (ROS, PSFH, and available EMR charts), and relevant findings were incorporated into the history of present illness.

**Past Medical History**
Patient reported no relevant past medical/surgical history.

## Medications (active prior to today)
Patient is on no medications.

## Medication Reconciliation
Medications reconciled today.
Patient is on no medications.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Family History
Patient reports there is no relevant family history.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Cyanosis and Irregular heartbeat/palpitations. |
| GI | Negative | Constipation, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance and Heat intolerance. |
| Neuro | Negative | Difficulty walking, Dizziness and Headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |

## Vital Signs

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|------|----------|----------|------|------|--------|-----------|-------------|
| 1:40 PM | 146/95 | sitting | right | arm | automatic | adult large | Jasmin SandovalVazquez |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|------|--------|--------|-----------|-----------|---------|----------|-------------|
| 1:40 PM | | | | 52 | irregular | | Jasmin SandovalVazquez |

### Pain Scale

| Time | Pain Score | Method | | Measured By |
|------|-----------|--------|--|-------------|
| 1:40 PM | 5/10 | Numeric Pain Intensity Scale | | Jasmin SandovalVazquez |

**Exam:**

Constitutional: In general, the patient is awake, alert, oriented x3, and in no acute distress. Pleasant affect. Healthy male. He is handcuffed at his wrists and his ankles.

Head: Normocephalic. Atraumatic.

Neck: Soft, supple with no adenopathy.

Psychiatric: Behavior and conversation is appropriate.

Respiratory: Normal respiratory effort, talks in complete sentences, no use of accessory muscles. Respirations even, unlabored.

Abdomen: Soft, nondistended.

Gait: He ambulate briskly with no evidence of antalgic gait. He is able to get up from his chair to the table without any difficulties or assistance.

Left shoulder: Patient has significant tenderness along the anterior joint line and greater tuberosity. No tenderness over the AC joint or biceps tendon. 0 - 160 degrees active forward elevation. 0 - 130 degrees active abduction with painful arc. 0 - 90 degrees active external rotation. Active internal rotation L1-midscap. Mildly positive Hawkins. Negative Neer and Jobe's tests. Positive O'Brien's. Supraspinatus 5/5. Infraspinatus 5/5. Subscapularis 4/5. Negative for shoulder apprehension. Skin is warm with good color, good capillary refill. Distal sensory is grossly intact to left upper extremity. No erythema, no sign of infection.

Left hamstring region: Patient has point tenderness along the ischial tuberosity as well as proximal hamstring, mainly in the mid region. There is no ecchymosis or swelling noted. He is able to take his foot to his gluteal region without difficulty. Hamstring strength against resistance 3/5. Patient has no sciatica and has normal sensation of his left lower extremity below the knee. Gastroc 5/5. Extensor hallucis 5/5.

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Strain of fascia of the post muscle group at thigh level of lt thigh, subsequent encounter |

Provider Plan    (S76.312D).
E&M Code:
99214 (no Modifiers) (Established patient, level 4)
Moderate Level of Medical Decision Making based on the following categories:
Moderate Problem Complexity —
>> Moderate problem complexity based on 1+ chronic illnesses with exacerbation
Minimal Data Review —
>> Minimal data review based on default justification
Moderate Risk Of Complication —
>> Moderate risk of complication based on diagnosis or treatment significantly limited by social determinants of health
ICD-10 Codes:
>> S76.312D - Strain of muscle, fascia and tendon of the posterior muscle group at thigh level, left thigh, subsequent encounter
>> M79.605 - Pain in left leg
>> G89.29 - Other chronic pain
>> S46.812D - Strain of other muscles, fascia and tendons at shoulder and upper arm level, left arm, subsequent encounter
>> M19.012 - Primary osteoarthritis, left shoulder
>> M24.112 - Other articular cartilage disorders, left shoulder
>> M95.8 - Other specified acquired deformities of musculoskeletal system
>> Z65.1 - Imprisonment and other incarceration

2.    Assessment    Pain in left leg (M79.605).

3.    Assessment    Other chronic pain (G89.29).

4.    Assessment    Strain of musc/fasc/tend at shldr/up arm, left arm, subs (S46.812D).

5.    Assessment    Primary osteoarthritis, left shoulder (M19.012).

6.    Assessment    Other articular cartilage disorders, left shoulder (M24.112).

7.    Assessment    Oth acquired deformities of musculoskeletal system (M95.8).

8.    Assessment    Imprisonment and other incarceration (Z65.1).

## Assessment:
1. Complete hamstring tear at ischial origin, chronic
2. Chronic left hamstring pain
3. Rotator cuff tear, subscapularis
4. Osteoarthritis, glenohumeral region
5. Degenerative anterior and superior labral tears
6. Osteochondral defect, glenoid

## Plan:

I wished to refer him to a surgeon much earlier than this. He is almost six months out from a complete hamstring tear. My gut feeling is he would have significant problems going through surgery now as far as the rehab process. I don't even know if this viable. I would like to refer him to Dr. Elkin for a second opinion. My personal opinion is I think he needs to do conservative management for his hamstring and avoid surgery if possible.

Concerning his left shoulder, we talked about a glenohumeral injection of his left shoulder. We talked about physical therapy for his left shoulder as well as surgery. Patient states he works in a manual labor job and wants this fixed. He would like to discuss possible surgery with a surgeon. I will refer him to Dr. Elkin for this also. We will avoid giving him a glenohumeral injection in case surgery is necessary. All questions were answered.

Any questions were answered. The patient demonstrated understanding and is agreeable with the recommendations as discussed.

This note was generated for Sean Elliott, NP using the Robin service.

**Provider**
Electronically signed by:
Elliott, Sean  05/03/2022 9:14 AM
*Document generated by:*  Charity Haddix 05/03/2022 09:14 AM

----------------------------------------------------------------------------------------------------------------------------------

**Electronically signed by Sean Elliott ANP on 05/09/2022 11:42 AM**

# Hope Orthopedics Of Oregon
1600 State St
Salem, OR  97301-4257
Phone: (503)540-6300
Fax: (503) 540-6404

| | |
|---|---|
| Patient: | **Modesto Luis Hernandez** |
| Date of Birth: | 07/24/1969 |
| Date: | 05/17/2022 1:28 PM |
| Visit Type: | Office Visit |
| Provider: | Daniel M. Elkin MD |
| Historian: | self |

This 52 year old client presents for ENP LEFT SHOULDER.

# History of Present Illness
## 1.  ENP LEFT SHOULDER
## Subjective:
Modesto Luis Hernandez is a 52-year-old right hand dominant male presenting for evaluation of his left shoulder and left hamstring. He had an acute injury in December 2021 when he was mopping up his cell and slipped on water, did the splits and injured his left hamstring, then landed back onto his left shoulder which resulted in pain.

He has been seeing Sean Elliott, ANP who has been treating him. He ordered an MRI for the left hamstring and left shoulder. The left shoulder has a known rotator cuff tear, bicep tear, and labral tears. The left hamstring has a known hamstring tear. Sean recommended conservative management of the hamstring since he is 6 months post-injury and referred him to me to discuss surgery options for the left shoulder.

Today, he reports left shoulder pain and rates it 5/10. His pain is located on the anterior shoulder. He reports he feels noise in his shoulder. He has been treating this conservatively with a cortisone injection on 02/23/2022 into the subacromial space which gave him mild relief for a short period of time. He also tried resting and giving it time.

PATIENT HISTORY:
-Obesity

ROS:
Relevant records were reviewed in preparation for the visit (ROS, PSFH, and available EMR charts), and relevant findings were incorporated into the history of present illness.

## Problem List

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Impingement syndrome, shoulder, left | | N | | |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | | N | | |
| Traumatic partial tear of left biceps tendon, subsequent encounter | | N | | |
| Full thickness tear of left subscapularis tendon, subsequent encounter | | N | | |

**Past Medical History** (Detailed)

## Medications (active prior to today)

Patient is on no medications.

## Medication Reconciliation

Medications reconciled today.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Family History

(Detailed)

## Social History  (Detailed)

Preferred language is Spanish; Castilian.

Tobacco use status: Current non-smoker.

Smoking status: Never smoker.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Cyanosis and Irregular heartbeat/palpitations. |
| GI | Negative | Constipation, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance and Heat intolerance. |
| Neuro | Negative | Difficulty walking, Dizziness and Headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position | Measured By |
|---|---|---|---|---|---|---|
| 1:39 PM | 5.0 | 4.00 | 162.56 | 05/17/2022 | Standing | Sarah Clark |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|
| 1:39 PM | 191.00 | | 86.636 | dressed with shoes | 32.78 | | Sarah Clark |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 1:39 PM | 169/104 | sitting | left | arm | automatic | adult large | Sarah Clark |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|------|--------|--------|-----------|-----------|---------|----------|-------------|
| 1:39 PM | 97.7 | 36.50 | temporal | 65 | regular | | Sarah Clark |

## Pain Scale

| Time | Pain Score | Method | | Measured By |
|------|-----------|--------|--|-------------|
| 1:39 PM | 5/10 | Numeric Pain Intensity Scale | | Sarah Clark |

**Exam:**

LEFT SHOULDER EXAM

Inspection: patient is in no distress. Alert and oriented to time and place. Breathing is unlabored. There is no visible swelling, ecchymosis, skin lesions, scapular winging, or muscle atrophy present.

Palpation: No focal tenderness to palpation about the anterior over the AC joint, or posteriorly. Positive bicep tenderness. No crepitation.

Neurovascular: Distally patient has palpable 2+ radial pulse. Sensation is normal in axillary, median, ulnar, and radial nerve distributions.

Range of Motion:
Forward flexion active: 160 degrees
Forward flexion passive: 165 degrees
Abduction: 90 degrees
External rotation at the side: 45 degrees
External rotation in abduction: 90 degrees
Internal rotation: T12

Strength:
Scaption: 5/5
Internal rotation: 4/5
External rotation: 5/5

Special Tests:
Lift-off test: Positive

LEFT HIP EXAM

Inspection: patient is in no distress. Alert and oriented to time and place. Breathing is unlabored. There is no visible swelling, ecchymosis, skin lesions, or muscle atrophy. Normal non-antalgic gait. Leg lengths are grossly equal.

Palpation: No tenderness to palpation about the symphysis pubis, adductors, greater trochanter, or buttocks. Proximal hamstring tenderness.

Neurovascular: Distally patient has palpable 2+ pulses. Sensation is intact and normal in all distributions in the thigh, leg, and foot.

Strength:
Hamstrings: weakness with activation

DIAGNOSTIC STUDIES:
03/17/2022: Left hamstring MRI report at Hope Orthopedics of Oregon was reviewed by me.

The formal radiology report reads as follows:
1. Common hamstring complex tendon: Avulsed from the ischial tuberosity origin and is retracted distally by 4 cm. Moderate fatty atrophy semimembranosus, semitendinosus and biceps femoris muscles.


03/17/2022: Left shoulder MRA report at Hope Orthopedics of Oregon was reviewed by me.

The formal radiology report reads as follows:
1. Rotator cuff tendon complex: Moderate severity supraspinatus and infraspinatus tendinopathy. Advanced fatty atrophy teres minor muscle. Subscapularis tendon severely attenuated lateral 2.5 cm secondary to near complete partial-thickness articular surface tearing.
2. AC joint: Mild osteoarthritis.
3. Glenohumeral joint complex: Long head of biceps tendon mildly medially subluxed with tendinopathy. Diffuse complex tearing of the superior and anterior labral segments. Osteochondral abnormality anterior inferior glenoid with loss of articular cartilage and cortical irregularities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment Provider Plan | Strain of musc/fasc/tend at shldr/up arm, left arm, init (S46.812A). E&M Code: 99214 (no Modifiers) (Established patient, level 4) Moderate Level of Medical Decision Making based on the following categories: Moderate Problem Complexity — >> Moderate problem complexity based on complicated or worsening problem associated with surgical intervention Limited Data Review — >> Limited data review based on 2 diagnostic test(s) reviewed/ordered High Risk Of Complication — >> High risk of complication based on decision regarding major surgery with risk factors ICD-10 Codes: >> S46.812A - Strain of other muscles, fascia and tendons at shoulder and upper arm level, left arm, initial encounter >> S46.212A - Strain of muscle, fascia and tendon of other parts of biceps, left arm, initial encounter >> S76.312D - Strain of muscle, fascia and tendon of the posterior muscle group at thigh level, left thigh, subsequent encounter >> Z60.3 - Acculturation difficulty >> Z65.1 - Imprisonment and other incarceration >> E66.9 - Obesity, unspecified >> Z68.32 - Body mass index [BMI] 32.0-32.9, adult |
| 2. | Assessment | Strain of fascia of other part of biceps of left arm, initial encounter (S46.212A). |
| 3. | Assessment | Strain of fascia of the post muscle group at thigh level of lt thigh, subsequent encounter (S76.312D). |
| 4. | Assessment | Acculturation difficulty (Z60.3). |

5.    Assessment    Imprisonment and other incarceration (Z65.1).

6.    Assessment    Obesity, unspecified (E66.9).

7.    Assessment    Body mass index [BMI] 32.0-32.9, adult (Z68.32).


## Assessment:
1. Left shoulder subscapularis tear
2. Left shoulder bicep tear
3. Left hamstring tear

## Plan:
I reviewed the diagnosis as well as the treatment plan. Since it has been so long since the injury, the hamstring is not something that is likely repairable. There is some atrophy and I do not believe we would be able to fix it. However, I discussed that his leg function can still be normal without that tendon in his leg. He should strengthen the hamstring and I showed him how to do this with laying on his belly. My recommendation would be to send him to physical therapy for the left hamstring and he is in agreement with this plan.

In regards to his shoulder, I recommend fixing his rotator cuff tear and bicep tear with an arthroscopy. He is in agreement with this plan.

-Conservative treatments he has tried and failed include cortisone injections and time.

We discussed surgery as an appropriate treatment course and the patient elected to proceed. We discussed possible risks of left arthroscopic rotator cuff repair and biceps tenodesis which include, but are not limited to: allergic reactions to anesthesia, postoperative infection, stiffness, swelling, blood clots, continued pain, and in some severe cases osteonecrosis or rapid deterioration of surrounding cartilage.
I reviewed the postoperative recovery process including wearing a sling and going to physical therapy.

Patient reports today the following factors that may influence their accessibility to care: The patient resides at Marion County Jail. Secondly, the patient is Spanish speaking and therefore a Spanish-English interpreter was present during the encounter today.

Any questions were answered. The patient demonstrated understanding and is agreeable with the recommendations as discussed.


This note was generated for Daniel Elkin, MD using the Robin service.

**Provider**
Electronically signed by:
Elkin, Daniel M 05/18/2022 7:47 AM
*Document generated by:* Ana Navarro 05/18/2022 07:47 AM

-------------------------------------------------------------------------------------------------------------------------------

**Electronically signed by Daniel M. Elkin MD on 05/18/2022 01:55 PM**

## Hope Orthopedics Of Oregon
1600 State St
Salem, OR  97301-4257
Phone: (503)540-6300
Fax: (503) 540-6404

| | |
|---|---|
| Patient: | **Modesto Luis Hernandez** |
| Date of Birth: | 07/24/1969 |
| Date: | 07/12/2022 2:18 PM |
| Visit Type: | Pre-Operative Visit |
| Provider: | Yon Gomez PA-C |
| Historian: | self |

This 52 year old client presents for left shoulder Pain.

# History of Present Illness
## 1. left shoulder Pain
## Subjective:

52-year-old male who presents today for preoperative evaluation of his left shoulder. Patient is scheduled to undergo a left shoulder arthroscopy, rotator cuff repair, subacromial decompression, extensive debridement, biceps tenodesis on 07/19/2022.

Today patient rates his pain as a 6/10. Patient reports no significant changes to the shoulder since last examination.

# Problem List

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Impingement syndrome, shoulder, left | | N | | |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | | N | | |
| Traumatic partial tear of left biceps tendon, subsequent encounter | | N | | |
| Full thickness tear of left subscapularis | | N | | |

tendon, subsequent
encounter

## Past Medical History  (Detailed)
Patient reported no relevant past medical/surgical history.

## Medication Reconciliation
Medications reconciled today.
Patient is on no medications.

### Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Family History
(Detailed)

Patient reports there is no relevant family history.

## Social History  (Detailed)
Tobacco use reviewed.

Preferred language is Spanish; Castilian.

Tobacco use status: Current non-smoker.

Smoking status: Never smoker.

## Tobacco Screening
Patient has never used tobacco. Patient has not used tobacco in the last 30 days. Patient has not used smokeless tobacco in the last 30 days.

## Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| | Never smoker | | | | |

**Review of Systems**

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Cyanosis and Irregular heartbeat/palpitations. |
| GI | Negative | Constipation, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance and Heat intolerance. |
| Neuro | Negative | Difficulty walking, Dizziness and Headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position | Measured By |
|---|---|---|---|---|---|---|
| 2:45 PM | 5.0 | 3.50 | 161.29 | 07/12/2022 | Standing | Erin Howard |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|
| 2:45 PM | 190.00 | | 86.183 | | 33.13 | | Erin Howard |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 2:45 PM | 126/78 | standing | right | arm | manual | adult large | Erin Howard |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|---|---|---|---|---|---|---|---|
| 2:45 PM | 97.3 | 36.28 | temporal | 64 | | | Erin Howard |

## Pain Scale

| Time | Pain Score | Method | Measured By |
|---|---|---|---|
| 2:45 PM | 6/10 | Numeric Pain Intensity Scale | Erin Howard |

**Exam:**

On physical exam patient is in no distress.  Alert and oriented to time and place.  Breathing is unlabored.

Respiratory: Chest clear. Even and unlabored. Clear to Auscultation. Non-labored breathing and no audible wheezing

Cardiovascular: Regular heart rate and rhythm. No audible murmurs or extra sounds.

Left shoulder exam:

Inspection: There is no visible swelling, ecchymosis, skin lesions, scapular winging, or muscle atrophy present.

Palpation: No focal tenderness to palpation about the bicipital groove, anterior over the AC joint, or posteriorly.

Neurovascular: Distally patient has palpable 2+ radial pulse. Sensation is normal in axillary, median, ulnar, and radial nerve distributions.

Range of Motion:

Forward flexion: 170

Abduction: 90

External rotation in abduction: 90

External rotation at the side: 60

Internal rotation: T10

Muscle strength is:

5/5 in scaption

5/5 external rotation

4/5 internal rotation

## Indication/Type of Treatment:

| Indication | Type of Treatment | Side | Region | Initial Treatment Date | Global Days | Status |
|---|---|---|---|---|---|---|
| Impingement syndrome, shoulder, left | Arthscpy shldr decompression | Left | Shoulder | 07/19/2022 | | scheduled |
| Full thickness tear of left subscapularis tendon, subsequent encounter | Arthroscop Rotator Cuff Repair | Left | Shoulder | 07/19/2022 | | scheduled |
| Traumatic partial tear of left biceps tendon, subsequent encounter | ARTHROSCOPY BICEPS TENODESIS | Left | Shoulder | 07/19/2022 | | scheduled |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | Extensive debridement | Left | Shoulder | 07/19/2022 | | scheduled |

## Clinical Assessment:

Luis Hernandez, Modesto    107000074752 07/24/1969 07/12/2022 02:18 PM Page: 4/5

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Encounter for other preprocedural examination (Z01.818). |

### Assessment:

1. Left shoulder subscapularis tear

### Plan:

Pre-operative instructions were discussed with the patient. Patient is part of the Marion County's Sheriffs Office and will be provided support post-operatively while in the facility.. Oxycodone was recommended for post-operative pain management. A sling was fitted for the patient today to wear post-operatively. He would like to proceed with a left shoulder arthroscopy, rotator cuff repair, subacromial decompression, extensive debridement, biceps tenodesis as scheduled. Documents outlining pre and post-procedural guidelines were also discussed.

We discussed the risks, benefits, and alternatives to surgery. Risks include but are not limited to: infection, bleeding, stiffness, nerve damage, continued pain, arthritis, blood clots, breathing problems, death, anesthesia complications, and failure to return to premorbid level of activity. We reviewed the rehabilitation process and post-operative course as well. The patient had the opportunity to ask questions, which were answered.

Any questions were answered. The patient demonstrated understanding and is agreeable with the recommendations as discussed.

Yon Gomez, PA-C for attending physician, Daniel Elkin, MD

## Provider

Electronically signed by:
Gomez, Yon  07/14/2022 8:56 AM
*Document generated by:* Yon Gomez 07/14/2022 08:56 AM

-----------------------------------------------------------------------------------------------------------------------

**Electronically signed by Yon Gomez PA-C on 07/14/2022 10:11 AM**

# Willamette Surgery Center PC
1445 State Street, Salem, OR 97301
503-365-3965

## OPERATIVE NOTE

| | |
|---|---|
| **PATIENT:** | Modesto Luis Hernandez |
| **DATE OF BIRTH:** | 07/24/1969 |
| **ENCOUNTER DATE:** | 07/19/2022 7:30 AM |
| **SURGEON:** | Daniel M. Elkin MD |

**PREOPERATIVE DIAGNOSIS:**
1. Left shoulder rotator cuff tear of subscapularis
2. Left shoulder degenerative labral fraying
3. Left shoulder biceps tendon tear proximal
4. Left shoulder superior labrum anterior-posterior tear

**POSTOPERATIVE DIAGNOSIS:**
1. Left shoulder rotator cuff tear of subscapularis
2. Left shoulder degenerative labral fraying
3. Left shoulder biceps tendon tear proximal
4. Left shoulder superior labrum anterior-posterior tear

**PROCEDURE:**
1. Left shoulder arthroscopic rotator cuff repair
2. Arthroscopic biceps tenodesis
3. Extensive debridement

**ASSISTANT:** Yon Gomez, P.A.-C

**ANESTHESIA:** LMA with interscalene nerve block per Dr. Lloyd

**SPECIMENS:** None

**EBL:** Minimal

**COMPLICATIONS:** None

**POSTOP CONDITION:** Stable to recovery

**INDICATIONS:** The patient is a 52-year-old gentleman with the above diagnoses. He failed conservative treatment. He continues to have pain refractory to conservative measures and therefore was indicated for the above procedure.

**DESCRIPTION OF PROCEDURE:** The patient was seen in preoperative holding. Consent was verified. The risks, benefits and alternatives were discussed and the patient wished to proceed. The left shoulder was marked by myself and the patient. The patient was brought to the OR and induced with the above anesthesia. The patient was placed in the lateral decubitus position. All bony prominences were padded. The left upper extremity was prepped and draped in the usual sterile fashion. A surgical time-out was called identifying the left side as the correct side. This correlated with preoperative imaging, markings on the patient and the consent form.

At this point, we began diagnostic arthroscopy from the posterior portal of the glenohumeral joint. The humeral head and glenoid cartilage were intact. There was degenerative labral fraying anteriorly. There was significant scar tissue about the rotator interval. There was a full thickness tear of the subscapularis without retraction. The biceps tendon was medially subluxated and there was significant tearing of the superior labrum at the bicipital attachment.

At this point, an anterior working portal was established. The rotator interval tissue was cleared using the RF device as well as a motorized shaver. The subcoracoid space was developed. There was no subcoracoid impingement. We performed an extensive debridement of the degenerative labral tissue as well as the capsular and rotator interval tissue.

We then performed a Loop 'n Tack biceps tenodesis using the FiberLink. The biceps was resected from the superior glenoid tubercle. We next used the scorpion to pass two SutureTapes through the subscapularis. These SutureTapes as well as the biceps suture were placed into an Arthrex 4.75 mm SwiveLock and this was inserted into the lesser tuberosity for anatomic restoration of the subscapularis and for the arthroscopic biceps tenodesis. We had excellent purchase on the anchor. The tails were cut flush. The repair was stable to probing as well as internal and external rotation.

We next entered the subacromial space. A bursectomy was accomplished. The undersurface of the acromion was visualized. There was no spurring. The superior aspect of the rotator cuff was visualized from the bursal surface and there was no tearing. We therefore did not do any work in this region.

The shoulder was drained of arthroscopic fluid. The portals were closed in interrupted fashion using 3-0 Vicryl followed by 3-0 nylon sutures. A sterile dressing was applied. The patient was awakened from anesthesia and brought to PACU in stable condition.

Yon Gomez, P.A.-C, a trained surgical assistant, was necessary for multiple parts of the procedure including positioning, retraction, placement of implants, arm and camera manipulation and closure.

**DISPOSITION:** The patient will be in a sling for four weeks. No active biceps lifting. Active elbow, wrist and hand range of motion would be permitted. No active shoulder motion for four weeks. He will be on aspirin for four weeks for DVT prophylaxis.

---

Daniel Elkin, M.D.
DE:jsc

D: 07/19/22 – 08:52
T: 07/19/22 – 18:34
#0719-074

## Hope Orthopedics Of Oregon
1600 State St
Salem, OR  97301-4257
Phone: (503)540-6300
Fax: (503) 540-6404

Patient:                    **Modesto Luis Hernandez**
Date of Birth:              07/24/1969
Date:                       07/28/2022 9:20 AM
Visit Type:                 Post-Operative Visit
Provider:                   Yon Gomez PA-C
Historian:                  Interpreter

This 53 year old client presents for post-op Left Shoulder.

# History of Present Illness
## 1.  post-op Left Shoulder
## Subjective:
53-year-old male status post left shoulder arthroscopic rotator cuff repair, arthroscopic biceps tenodesis, extensive debridement performed on 07/19/2022. Patient states that he is overall doing well post-operatively. He reports that he is receiving all his post-operative medications at his facilities as recommended. At this time he reports that he is maintaining in the sling as instructed with no active shoulder motions. Today he rates his pain as a 5/10. He reports that he has not showered since the date of the surgery but that they are providing him with wash clothes.

# Problem List

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Impingement syndrome, shoulder, left | | N | | |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | | N | | |
| Traumatic partial tear of left biceps tendon, subsequent encounter | | N | | |
| Full thickness tear of left subscapularis | | N | | |

tendon, subsequent
encounter

## Past Medical History  (Detailed)

## Medication Reconciliation
Medications reconciled today.
Patient is on no medications.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES Reviewed, no changes. | | | |

## Family History
(Detailed)

## Social History  (Detailed)
Preferred language is Spanish; Castilian.

Tobacco use status: Current non-smoker.

Smoking status: Never smoker.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Cyanosis and Irregular heartbeat/palpitations. |
| GI | Negative | Constipation, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance and Heat intolerance. |
| Neuro | Negative | Difficulty walking, Dizziness and Headache. |
| Integumentary | Negative | Rash. |

Luis Hernandez, Modesto    107000074752 07/24/1969 07/28/2022 09:20 AM Page: 2/5

| MS | Negative | Except as noted in HPI and Chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |

## Vital Signs

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|------|----------|----------|------|------|--------|-----------|-------------|
| 9:32 AM | 156/91 | sitting | right | arm | automatic | adult large | Michelle Janisse |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|------|--------|--------|-----------|-----------|---------|----------|-------------|
| 9:32 AM | 97.4 | 36.33 | temporal | 61 | regular | | Michelle Janisse |

### Pain Scale

| Time | Pain Score | Method | Measured By |
|------|-----------|--------|-------------|
| 9:32 AM | 5/10 | Numeric Pain Intensity Scale | Michelle Janisse |

**Exam:**
On physical exam patient is in no distress. Alert and oriented to time and place. Breathing is unlabored.

Focused exam of the left shoulder reveals:
Some visible swelling, incisions are intact with no signs of infection.
Sutures were removed and Steri-Strips placed.

Active range of motion:
Not assessed due to proximity to surgery.

5/5 AIN/PIN/Ulnar nerve strength.

2+ radial pulse. Sensation is normal in axillary, median, ulnar, and radial nerve distributions.

### Indication/Type of Treatment:

| Indication | Type of Treatment | Side | Region | Initial Treatment Date | Global Days | Status |
|------------|-------------------|------|--------|------------------------|-------------|--------|
| Impingement syndrome, shoulder, left | Arthscpy shldr decompression | Left | Shoulder | 07/19/2022 | | scheduled |
| Full thickness tear of left subscapularis | Arthroscop Rotator Cuff Repair | Left | Shoulder | 07/19/2022 | | scheduled |

Luis Hernandez, Modesto    107000074752 07/24/1969 07/28/2022 09:20 AM Page: 3/5

| tendon, subsequent encounter | | | | | | |
|---|---|---|---|---|---|---|
| Traumatic partial tear of left biceps tendon, subsequent encounter | ARTHROSCOPY BICEPS TENODESIS | Left | | Shoulder | 07/19/2022 | scheduled |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | Extensive debridement | Left | | Shoulder | 07/19/2022 | scheduled |

**Clinical Assessment:**

# Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Encounter for other orthopedic aftercare (Z47.89). |

**Assessment:**

53-year-old male status post left shoulder arthroscopic rotator cuff repair, arthroscopic biceps tenodesis, extensive debridement performed on 07/19/2022.

**Plan:**

Overall patient is doing well post-operatively. He will continue to be in a sling for a total of 4 weeks and will continue with his at post-operative exercises of active elbow and wrist motions before starting physical therapy. He will follow-up in 6 weeks to reassess progress after coming out of sling and starting formal physical therapy. We discussed that during next visit we will review intra-operative images since they are not uploaded into our system.

Any questions were answered. The patient demonstrated understanding and is agreeable with the recommendations as discussed.

Yon Gomez, PA-C  for attending physician, Daniel Elkin, MD

# Provider

Electronically signed by:
Gomez, Yon  07/28/2022 11:34 AM
*Document generated by:*  Yon Gomez 07/28/2022 11:34 AM

------------------------------------------------------------------------------------------------------------------------

**Electronically signed by Yon Gomez PA-C on 07/28/2022 12:26 PM**

# Hope Orthopedics Of Oregon
1600 State St
Salem, OR  97301-4257
Phone: (503)540-6300
Fax: (503) 540-6404

Patient:                           **Modesto Luis Hernandez**
Date of Birth:                     07/24/1969
Date:                              09/16/2022 1:11 PM
Visit Type:                        Office Visit
Provider:                          Yon Gomez PA-C
Historian:                         self

This 53 year old  patient was referred by Sean Elliott.

This 53 year old client presents for L shoulder PO.

# History of Present Illness
## 1. L shoulder PO
## Subjective:
53-year-old male status post left shoulder arthroscopic rotator cuff repair, arthroscopic biceps tenodesis, extensive debridement performed on 07/19/2022. Patient states that he is overall doing well post-operatively and reports that he has started to work with physical therapy at his facility on gaining his range of motion. He reports that he is still maintaining in his sling. At this time he is only taking ibuprofen. Today he rates his pain as a 6/10. He reports some intermittent numbness distally in the fingers but denies any tingling

# Problem List

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Impingement syndrome, shoulder, left | | N | | |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | | N | | |
| Traumatic partial tear of left biceps tendon, subsequent encounter | | N | | |
| Full thickness tear of | | N | | |

left subscapularis
tendon, subsequent
encounter

## Past Medical History (Detailed)

### Past Surgical History

| Management | Date | Comments |
|---|---|---|
| Arthroscop Rotator Cuff Repair | 20220719 | |
| ARTHROSCOPY BICEPS TENODESIS | 20220719 | |
| Arthscpy shldr decompression | 20220719 | |
| Extensive debridement | 20220719 | |

# Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| ibuprofen 200 mg tablet | take 1 tablet by oral route every 6 hours as needed with food | // | | | Y |

## Medication Reconciliation
Medications reconciled today.

## Allergies:

| Ingredient | Reaction (Severity) | | Medication Name | Comment |
|---|---|---|---|---|
| NO KNOWN ALLERGIES Reviewed, no changes. | | | | |

# Family History
 (Detailed)

# Social History  (Detailed)
Preferred language is Spanish; Castilian.

Luis Hernandez, Modesto    107000074752 07/24/1969 09/16/2022 01:11 PM Page: 2/6

Tobacco use status: Current non-smoker.

Smoking status: Never smoker.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Cyanosis and Irregular heartbeat/palpitations. |
| GI | Negative | Constipation, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance and Heat intolerance. |
| Neuro | Negative | Difficulty walking, Dizziness and Headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |

# Vital Signs

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 1:23 PM | 154/96 | sitting | right | arm | automatic | adult | Marrissa Brinson |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|---|---|---|---|---|---|---|---|
| 1:23 PM | 97.0 | 36.11 | temporal | 56 | regular | | Marrissa Brinson |

## Pain Scale

| Time | Pain Score | Method | | Measured By |
|---|---|---|---|---|
| 1:23 PM | 6/10 | Numeric Pain Intensity Scale | | Marrissa Brinson |

**Exam:**
On physical exam patient is in no distress. Alert and oriented to time and place. Breathing is unlabored.

Focused exam of the left shoulder reveals:
No visible swelling, incisions are well healed with no signs of infection.

Luis Hernandez, Modesto    107000074752 07/24/1969 09/16/2022 01:11 PM Page: 3/6

Active range of motion:
Forward flexion: 160
Abduction: 80
External rotation in abduction: 80
External rotation at the side: 80
Internal rotation: T10

5/5 AIN/PIN/Ulnar nerve strength.

2+ radial pulse. Sensation is normal in axillary, median, ulnar, and radial nerve distributions.

## Indication/Type of Treatment:

| Indication | Type of Treatment | Side | Region | Initial Treatment Date | Global Days | Status |
|---|---|---|---|---|---|---|
| Impingement syndrome, shoulder, left | Arthscpy shldr decompression | Left | Shoulder | 07/19/2022 | 59 | completed |
| Full thickness tear of left subscapularis tendon, subsequent encounter | Arthroscop Rotator Cuff Repair | Left | Shoulder | 07/19/2022 | 59 | completed |
| Traumatic partial tear of left biceps tendon, subsequent encounter | ARTHROSCOPY BICEPS TENODESIS | Left | Shoulder | 07/19/2022 | 59 | completed |
| Superior labrum anterior-to-posterior (SLAP) tear of left shoulder | Extensive debridement | Left | Shoulder | 07/19/2022 | 59 | completed |

## Clinical Assessment:

# Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Arthscpy shldr decompression | | | Left | | | 07/19/2022 | Shoulder |
| Arthroscop Rotator Cuff Repair | | | Left | | | 07/19/2022 | Shoulder |
| ARTHROSCOPY BICEPS TENODESIS | | | Left | | | 07/19/2022 | Shoulder |
| Extensive debridement | | | Left | | | 07/19/2022 | Shoulder |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Encounter for other orthopedic aftercare (Z47.89). |

### Assessment:

53-year-old male status post left shoulder arthroscopic rotator cuff repair, arthroscopic biceps tenodesis, extensive debridement performed on 07/19/2022.

### Plan:

Today we reviewed his progress and timelines with rehabilitation. He has achieved nearly full range of motion at this time but discussed continuing to focus on range of motion exercises. At 3 months he may begin the strengthening phase of rehabilitation. We discussed that he no longer needs to wear a sling. He will return in 2 months to reassess progress.

Any questions were answered. The patient demonstrated understanding and is agreeable with the recommendations as discussed.

Yon Gomez, PA-C for attending physician, Daniel Elkin, MD

## Active Patient Care Team Members

| Name | Contact | Agency Type | Support Role | Relationship | Active Date | Inactive Date | Specialty |
|---|---|---|---|---|---|---|---|
| Lance Loberg | | | Patient provider | PCP | | | Family Medicine |
| Tommy Vu | | | encounter provider | | | | Physician Assistant |

## Provider

Electronically signed by:
Gomez, Yon  09/16/2022 4:09 PM
*Document generated by:*  Yon Gomez 09/16/2022 04:09 PM

CC Providers:

Loberg, Lance G
9605 Grand Ronde Road
Grand Ronde
OR

Luis Hernandez, Modesto    107000074752 07/24/1969 09/16/2022 01:11 PM Page: 5/6

97347-0000

---------------------------------------------------------------------------------------------------------------------------------

**Electronically signed by Yon Gomez PA-C on 09/16/2022 04:54 PM**

# Hope Therapy Services

1600 State St
Salem, OR  97301-4257
Phone: (503)540-6472
Fax: (503) 540-6480

**Date:**            August 30, 2022
**Patient Name:**   Luis Hernandez  Modesto           **MR #:**
**Date of Birth:**   07/24/1969                        **Phone:** (503)588-6815
**Insurance:**      Marion County Sheriffs Office

---

## HOPE THERAPY SERVICES INITIAL EVALUATION

**MEDICAL DIAGNOSIS:**      M75.121      Nontraumatic complete tear of right rotator cuff (M75.121)

**TREATING DIAGNOSIS:**     M25.512      Pain, joint, shoulder, left (M25.512)
                            M25.612      Stiffness of left shoulder joint (M25.612)
                            M62.81       Muscle weakness (generalized) (M62.81)

**PRECAUTIONS /**
  **CONTRAINDICATIONS:**    None
**TOTAL TREATMENT TIME:**   40 minutes
**DATE OF ONSET:**          07/19/2022
**TREATMENT STARTED:**      08/30/2022
**VISIT#:**                 1
**TIME IN:**                9:10
**TIME OUT:**               10:00

**TREATING THERAPIST:**     Jennifer F. Truax MSPT ATC R
**REFERRING PROVIDER:**     Donna Millan FNP

---

**Body Part / Injury:**     Left Shoulder

**Surgical Procedure**
L RCR with biceps tenodesis    **Date:** 07/19/2022    **Days post op:**  1 Month 11 Days

**Pain level at rest:**         3/10

**Pain level during activity:**  4/10

**PQRS:**

## Subjective
Luis presents to PT today w a Spanish Speaking Interpreter and a Sheriff Transport guard.  He is 6 weeks s/p R RCR with bicep tenodesis and was sent to PT for a HEP instruction to use while in prison.

---

He is using pain meds and asks when he can come off of them. He agrees to approach this question at his follow up.

**He c/o LE pain as well and asks about an injury to his L leg.  We deferred this for now given he has not had any PT since surgery and he is 6 weeks s/p.**

## Objective

Interpreter present:  David Ramirez  ID: 12709

Initial evaluation complete.  Neurovascular status intact. Pt educated on current surgical procedure and expectations of rehab.
 Instructed and demonstration of
HEP (HO provided) which includes:
Access Code: X94PWBDV
Seated Shoulder Flexion Towel Slide at Table Top - 2-3 x daily - 7 x weekly - 2-3 sets - 10-15 reps
Scaption Wall Slide with Towel -
Seated Shoulder Shrugs -
Seated Scapular Retraction -
Seated Elbow Flexion AAROM -
Seated Upper Trapezius Stretch (Mirrored) -

Pt has limitations given the prison environment.

| | |
|---|---|
| **Initial Eval:** | PT-low complexity 15 minutes. No personal factors or co-morbidities. Presents with stable and uncomplicated characteristics. |
| **Ther Ex:** | 25 minutes |
| | TherEx was performed to HEP Education. |

## Shoulder Evaluation

### Range of Motion

|  | **RIGHT** |  |
|---|---|---|
| Flexion | Active: 170 | Strength: 5/5 |
| Abduction | Active: 170 | Strength: 5/5 |

|  | **LEFT** |  |
|---|---|---|
| Flexion | Active: 60 | Passive: 115 |
| Abduction | Active: 30 | Passive: 115 |

## Assessment

Patient presents to therapy s/p Lt RCR. Pt demonstrates a good understanding of the surgical procedure and HEP. The clinical findings support the medical necessity to implement physical therapy treatment. Pt presents with deficits in ROM and strength. Pt would benefit from therapy to increase ROM and strength and decrease pain to return to prior level of function as described in the eval.

Rehab potential is expected to be good
Patient's motivation appears to be good
Patient's understanding of the condition is good

---

## Plan

Patient to be seen as listed to meet goals. Will progress ROM and strength per MEDIUM/LARGE RCR protocol and as appropriate. Modalities as needed for pain control. Patient was informed of evaluation findings, involved in goal development and education. Given evaluation findings, the prognosis is GOOD with respect to achieving the above listed goals.

I will give Tommy Vu his advancement exercises for phase II of his rehab process. :

**Exercises**

> Range of motion
> Strengthening
> Home exercise program

**Frequency**:          1 times per week
**Duration:**          1 week(s)

## GOALS

**Short Term Goals**

Maintain integrity of repair by Following precautions and adhering to sling usage
> **To be met in 1 weeks  To be met by 08/30/2022**

Pt compliance with HEP 2-3x daily
> **To be met in 2 weeks**

Increase PROM flexion to 115 deg
> **To be met in 3 weeks  To be met by 08/30/2022**

Pt to begin transition out of sling abd pillow 08/30/2022

*I have reviewed and agree with today's treatment.*

**I certify the need for these services for up to 90 days under this plan of treatment and while under my care.**

_____          _____

**Provider**                              **Date**

_____

*This document was generated electronically through NextGen EMR system.*

Electronically signed by Jennifer F. Truax MSPT ATC R on 08/30/2022 11:07 AM

_____

08/05/2022 FRI 12:01  FAX                                                    ☒001/003



**MARION COUNTY SHERIFF'S OFFICE**

JOE KAST, SHERIFF

# FAX COVER SHEET

**To:** Scheduling

    Agency: HOPE Ortho

    Fax Number: 503-540-6404

    Phone Number: 503-540-6400

    Date: 08-05-2022

**From:** Deputy Erik Douglass

    Agency: MARION COUNTY SHERRIFS OFFICE

    Fax Number: 503-588-6819

    Phone Number: 503-588-6815

    Email: edouglass@CO.MARION.OR.US

    Number of Pages: 3
    (Including cover sheet)

---

**CONFIDENTIALITY NOTICE**

The material enclosed within this facsimile transmission is private and confidential and is the property of the sender. The information may be privileged and is intended only for the use of the individual(s) or entity to which it is directed. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distributing or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this facsimile in error, please notify our office immediately at (503) 588-5094 to arrange for the return of the forwarded documents.

---

Special Instructions:

Luis-Hernandez, Modesto DOB: 07-24-1969 SID: 21941529

This subject is a prisoner at the Marion County Jail. Dr. Lance Loberg would like to schedule a six-weeks follow-up consultation following the most recent HOPE consult.

Please contact me to set a appointment date and time.

Thank you,    Deputy Erik Douglass  503-588-6815

Rev. 6/19

Marion County Courthouse • 100 High Street NE / PO Box 14500, Salem, OR 97309
503.588.5094 • 503.588.7931 (fax) • www.co.marion.or.us/so
"To whom much is entrusted, much is expected."

Name: Luis Hernandez, Modesto                    DOB: 07/24/1969                    Date

08/05/2022 FRI 12:02 FAX ☐002/003



**Marion County Jail**
**Health Services Unit**
4000 Aumsville Hwy. S.E., Salem, Oregon 97317
Phone (503)588-8528   Fax (503)588-6819

DATE **8·3·22**

## OUTSIDE CONSULT REQUISITION

### PATIENT INFO
Name Luis - Hernandez, Modesto

SID 21941529          DOB 7·24·69

Allergies NKDA

MRD

### REFERRAL INFO
Doctor's Name

Clinic Name Hope Orthopedics

Date/Time of Appt

Address

Phone Number

Directions

Reason For Consult Follow up appt in 6 weeks

Special Instructions

Date Completed

Name: Luis Hernandez, Modesto                DOB: 07/24/1969                Da

08/05/2022 FRI 12:02 FAX

**PLEASE WRITE FIRMLY    USE BLACK BALL POINT PEN**

# MARION COUNTY JAIL - PHYSICIAN'S ORDERS

| Date: 7/22/22 | Time: 1200 | Name: | **1** |
|---|---|---|---|

1) ASA 81mg P12 PO Dm
1) Schedule / arrange appt / transport c̄ Dr Yon @ Hope
   Ortho 7/28/22 @ 0930.
2) Ankle pumps QHour if resting, or walk hourly x 3
   weeks to prevent blood clots
3) Begin (slowly) Physical therapy exercises shown in
   handout for 4-6 months. ———————— Dmilla FNP-C

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: 7.22.22 | Time: 1450 | Name: | **2** |
|---|---|---|---|

1/ Sent to ER by car c/ AIC fell and c/o
shoulder and groin area pain.
T. O. Dr. Loberg / Bryan M̄
2/ No dayroom until 7/28/22      Noted
T. O. Dr. Loberg / Bryan, M̄    7.22.22
                                  Jim N̄ @ 1370
                                  Bryan, RN

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: 7.26.22 | Time: 1559 | Name: Luis Hernandez, Modesto | **3** |
|---|---|---|---|

1) May remove dressing to Lt.
   shoulder.
2) Cover the sutures c̄ bandaids
3) Stitches to be removed at SH
   appt.

   T.O. Dr Loberg / @ appt
                              Dmilla FNP-C

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

| Date: 7/29/22 | Time: 1500 | Name: | **4** |
|---|---|---|---|

1) Per Hope Ortho: 1) Maintain in sling with no
   active shoulder motion x4 weeks
2) Start Physical therapy in 4 weeks
3) Hope Ortho follow up appt in 6 weeks
                              Dmilla FNP-C

☐ UNLESS THIS BOX IS CHECKED, A FORMULARY EQUIVALENT MEDICATION MAY BE SUBSTITUTED BY PHARMACY

Patient Name Luis Hernandez, Modesto     Physician Dr. Loberg

Allergies NKDA                                            1/15DM

Name: Luis Hernandez, Modesto          DOB: 07/24/1969          Date

*Luis-Hernandez*



# MARION COUNTY SHERIFF'S OFFICE

## Discharge/Transfer Form - Health Services

4000 Aumsville Hwy SE - Salem, OR 97317 - Phone (503) 588-8528 / Fax (503) 588-6819

**TO:** _OSCD_   **DATE:** _11-22-22_

**INMATE NAME:** _Luis-Hernandez, Modesto_   **SID#** _21941529_

**AKA:** _____   **DOB:** _7.24.69_

**ALLERGIES:** _____   **DATE ADMITTED:** _7.23.21_

**MEDICAL / MENTAL HEALTH ISSUES:** ① _shoulder rotator cuff repair on 7/20/22_
_____
_____
_____

| MEDICATIONS | SIG | START DATE | STOP DATE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

**TREATMENTS:** _____
_____

**TB SKIN TEST:**   **GIVEN:** _8/3/21_   **CHEST X-RAY:** _____
  **READ:** _8/6/21_   **RESULTS:** _8mm_

**LAB DATA/OTHER:** _____
_____
_____

**RN SIGNATURE:** _____   **J#** _805_